**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| THE LASALLE GROUP, INC., *et al*.,[1] | § | Case No. 19-31484 |
| | § | |
| Debtors. | § | (Jointly Administered) |

**GLOBAL NOTES, METHODOLOGY AND SPECIFIC
DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

**Introduction**

The LaSalle Group, Inc., West Houston Memory Care, LLC, Cinco Ranch Memory Care, LLC, Pearland Memory Care, LLC and Riverstone Memory Care, LLC (collectively, the "**Debtors**") with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the Northern District of Texas (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness

---

[1]. The Debtors in the Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the Order (I) Directing Joint Administration of Chapter 11 Cases, and (II) Granting Related Relief [Docket No. 35] and may also be found on the Debtors' claims agent's website at https://www.donlinrecano.com/lasalle. The Debtors' mailing address is 545 E. John Carpenter Freeway, Suite 500, Irving, Texas 75062.

of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized. The Debtors, on behalf of themselves, their officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of each of the Debtors. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

**Global Notes and Overview of Methodology**

1. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general

reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

The listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 4) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

2. **Description of Cases and "as of" Information Date**. On May 2, 2019 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On May 7, 2019, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11 cases [Docket No. 35].

   **The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of April 30, 2019, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of May 2, 2019.**

3. **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of April 30, 2019, in the Debtors' books and records. Additionally, because the book values of certain assets, may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

4. **Recharacterization**. Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5. **Real Property and Personal Property–Leased**. In the ordinary course of their businesses, the Debtors leased real property and various articles of personal property, including, fixtures, and equipment, from certain third-party lessors. The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements. The Debtors have made reasonable efforts to include lease obligations on Schedule D (secured

debt) to the extent applicable and to the extent the lessor filed a UCC-1. However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

6. **Excluded Assets and Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, employee benefit accruals, and deferred gains. In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding Claims on a post-petition basis. Prepetition liabilities which have been paid post-petition have been excluded from the Schedules and Statements. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

7. **Insiders**.  Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) senior level officers; (c) equity holders holding in excess of 5% of the voting securities of the Debtor entities; (d) non-debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtors). Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

8. **Intellectual Property Rights**.  The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

9. **Intercompany and Other Transactions.**  For certain reporting and internal accounting purposes, the Debtors record certain intercompany receivables and payables. Receivables and payables among the Debtors and its non-debtor affiliates are reported as assets on

Schedule A/B 77 or liabilities on Schedule E/F part 2, as appropriate (collectively, the "*Intercompany Claims*"). Intercompany Claims are reported as of April 30, 2019, updated, where practical, to reflect values as of the Petition Date for accounts that have had material changes since April 30, 2019. While the Debtors have used commercially reasonable efforts to ensure that the proper intercompany balance is attributed to each legal entity, the Debtors and their estates reserve all rights to amend the Intercompany Claims in the Schedules and Statements, including, without limitation, to change the characterization, classification, categorization or designation of such claims, including, but not limited to, the right to assert that any or all Intercompany Claims are, in fact, consolidated or otherwise properly assets or liabilities of a different Debtor entity. Although separate Schedules and Statements have been prepared and filed for each of the Debtors, certain of the information set forth in the Schedules and Statements has been prepared on a consolidated basis. As a result, the Schedules and Statements may not reflect all intercompany activity.

10. **Executory Contracts and Unexpired Leases**. Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.

Moreover, other than real property leases reported in Schedule A/B 55, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates. The Debtors' executory contracts and unexpired leases have been set forth in Schedule G.

11. **Materialman's/Mechanic's Liens**. The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

12. **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the Claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or leases or to exercise their rights to setoff against such Claims.

13. **Claims Description**. Schedules D and E/F permit each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

14. **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or

recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

15. **Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

     a.    Undetermined Amounts. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

     b.    Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

     c.    Liens. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

16. **Estimates and Assumptions**.   Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. Actual amounts could differ from those estimates, perhaps materially.

17. **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

18. **Intercompany**. The listing in the Schedules or Statements (including, without limitation, Schedule A/B or Schedule E/F) by the Debtors of any obligation between a Debtor and another Debtor or a non-debtor affiliate is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

19. **Setoffs**. The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers. These offsets and other similar rights are consistent

with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

20. **Resident Names and Addresses**. Resident names and addresses have been removed from the entries listed on the Schedules and Statements and have been replaced with reference to a unique resident number. Such redacted information is available upon request of the Office of the United States Trustee and the Bankruptcy Court. The Debtors will mail any required notice or other documents to the responsible parties' that have been designated by the residents for making medical, legal, and financial decisions.

21. **Global Notes Control**. If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

<u>**Specific Disclosures with Respect to the Debtors' Schedules**</u>

**Schedule A/B**. All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of April 30, 2019, unless otherwise noted below. Other than real property leases reported on Schedule A/B 55, the Debtors have not included leases and contracts on Schedule A/B. Leases and contracts are listed on Schedule G.

> **Schedule A/B 3**. Cash values held in financial accounts are listed on Schedule A/B 3 as of May 2, 2019. Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Emergency Motion Pursuant To Sections 105(A), 345(B), 363(C), And 364(A) Of The Bankruptcy Code For Authorization To (I) Continue To Use Existing Cash Management System, (II) Maintain Existing Bank Accounts, And (III) Waive Certain Deposit Guidelines* [Docket No. 9] (the "**Cash Management Motion**").

> **Schedule A/B 11**. Accounts receivable do not include intercompany receivables. Intercompany receivables are reported in Schedule A/B 77.

> **Schedule A/B 15**. Ownership interests in subsidiaries have been listed in Schedules A/B 15 as an undetermined amount because the fair market value of such ownership is dependent on numerous variables and factors and likely differs significantly from their net book value.

> **Schedule A/B 55**. The Debtors have listed owned real property in Schedule A/B 55. The Debtors have also listed their real property leases in Schedule A/B 55.

> **Schedule A/B 63**. The Debtors maintain a resident mailing list. The amount is listed as undetermined because the fair market value of such ownership cannot be determined.

> **Schedule A/B 74 & 75**. In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds, or warranty Claims. Additionally, certain of the Debtors may be a party to

pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant. Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74 or 75. The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to these questions shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.

**Schedule D**. The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included. All Claims listed on Schedule D, however, appear to have been incurred before the Petition Date.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or inchoate statutory lien rights.

**Schedule E/F part 2**. The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F part 2, based upon the Debtors' books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F part 2. Furthermore, claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Schedule E/F part 2 also includes potential or threatened litigation claims. Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein. The Debtors expressly incorporate by reference into Schedule E/F part 2 all parties to pending litigation listed in the Debtors' Statements 7, as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F part 2.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or

unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

In addition, to the extent a vendor or supplier invoices The LaSalle Group, Inc. directly for goods and services provided to the other Debtors, the Debtors have listed such vendor or supplier in Schedule E/F part 2 as either: (i) "The LaSalle Group, Inc. for the benefit of [vendor/supplier name];" (ii) "Lake Superior Contracting, LP for the benefit of"; (iii) TLG Family Management, for the benefit of"; (iv) The LaSalle Group, Inc. d/b/a Autumn Leaves"; or (v) "The LaSalle Group Inc. d/b/a Constant Care Family Management". Accordingly, if a vendor or supplier cannot locate their name ALPHA sorted in Schedule E/F Part 2, they should review the section of Schedule E/F, part 2 beginning with the ALPHA sort as listed in items (i) through (v) above.

**Schedule G**. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease, was in effect on the Petition Date, or is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements,

title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on the Schedule G.

**Schedule H**. For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Because the Debtors have treated all such Claims as contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule E/F part 2 and Statement 7, as applicable.

## Specific Disclosures with Respect to the Debtors' Statements

**Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement question 4), employees, and bankruptcy professionals (which payments appear in Statement 11 and include any retainers paid to bankruptcy professionals). The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.

**Statement 4**. Statement 4 accounts for a respective Debtor's intercompany transactions, as well as other transfers to insiders as applicable. With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals including compensation, bonus (if any), expense reimbursement, relocation reimbursement, and/or severance. Amounts paid on behalf of such employee for certain life and disability coverage, which coverage is provided to all of the Debtors' employees, has not been included.

**Statement 5**. Statement 5 excludes goods returned in the ordinary course of business.

**Statement 7**. Any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein. In addition, the Debtors have reported all pending and closed employee related actions within in one year of the Petition Date in Statement 7, but have not designated the specific employee related actions as pending or concluded as any analysis to determine said status would be time consuming and an inefficient use of estate assets.

**Statement 10**. The Debtors occasionally incur losses for a variety of reasons, including theft and property damage. The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.

**Statement 11**. Out of an abundance of caution, the Debtors have included payments to all professionals who have rendered any advice related the Debtors' bankruptcy

proceedings in Statement 11. However, it is possible that the disclosed fees also relate to other, non-bankruptcy related services, and may include services rendered to other parties.

**Statement 26d**. The Debtors have provided financial statements in the ordinary course of their businesses to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date. Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors have not disclosed any parties that may have received such financial statements for the purposes of Statement 26d.

**Statement 27**. Debtors West Houston Memory Care, LLC, Cinco Ranch Memory Care, LLC, Pearland Memory Care, LLC and Riverstone Memory Care, LLC, do not "inventory" their personal property, food, medications, etc. Accordingly, no response is reported for these Debtors at Statement 27.

**Statement 28**. The Debtors have listed the special members and investor members in response to Statement 28. The special members and investor members listed on Statement 28 have been included for informational purposes and their inclusion shall not constitute an admission that those entities exercise control over the Debtors.

**Statement 30**. Unless otherwise indicated in a Debtor's specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td><strong>Debtor name:</strong> The LaSalle Group, Inc.</td></tr>
<tr><td><strong>United States Bankruptcy Court for the:</strong> Northern District of Texas</td></tr>
<tr><td><strong>Case number (if known):</strong> 19-31484</td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals  12/15

| Part 1: | Summary of Assets |
| --- | --- |

**1.**  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

1a.  **Real property:**
Copy line 88 from Schedule A/B ....................................................

| UNDETERMINED |
| --- |

1b.  **Total personal property:**
Copy line 91A from Schedule A/B ...................................................

| $43,049,532.30 |
| --- |

1c.  **Total of all property:**
Copy line 92 from Schedule A/B ....................................................

| $43,049,532.30 |
| --- |

| Part 2: | Summary of Liabilities |
| --- | --- |

**2.**  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D .................

| $4,486,222.22 |
| --- |

**3.**  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

3a.  **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of Schedule E/F .........................................................

| $37,346.82 |
| --- |

3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ...........................

| + $38,736,867.66 |
| --- |

**4.**  *Total liabilities*
Lines 2 + 3a + 3b .............................................................................................................................

| $43,260,436.70 |
| --- |

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** The LaSalle Group, Inc. |
| **United States Bankruptcy Court for the:** Northern District of Texas |
| **Case number (if known):** 19-31484 |

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

**1.    Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**2.    Cash on hand**

| 2.1. | _____ | $_____ |

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1. | JP MORGAN CHASE<br>700 NORTH PEARL STREET<br>FLOOR 14 SUITE 1400<br>DALLAS TX 75201 | OPERATING | 5536 | $121,146.34 |
| 3.2. | JP MORGAN CHASE<br>700 NORTH PEARL STREET<br>FLOOR 14 SUITE 1400<br>DALLAS TX 75201 | HEALTH FUND | 6070 | $79,468.18 |
| 3.3. | JP MORGAN CHASE<br>700 NORTH PEARL STREET<br>FLOOR 14 SUITE 1400<br>DALLAS TX 75201 | PAYROLL | 5759 | $1,528,090.65 |
| 3.4. | JP MORGAN CHASE<br>700 NORTH PEARL STREET<br>FLOOR 14 SUITE 1400<br>DALLAS TX 75201 | MERCHANT ACCOUNT | 5270 | $19,500.36 |
| 3.5. | DALLAS CAPITAL BANK<br>14185 DALLAS PARKWAY SUITE 200<br>DALLAS TX 75254 | OPERATING | 8361 | $31,277.04 |

Debtor **The LaSalle Group, Inc.**                        Case number *(if known)* **19-31484**

**4.**    **Other cash equivalents** *(Identify all)*

| | Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|---|
| 4.1. | _____ | _____ | _____ | _____ | $_____ |

**5.**    **Total of part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

> $1,779,482.57

---

| **Part 2:** | Deposits and prepayments |
|---|---|

**6.**    **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below

**7.**    **Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|
| 7.1.  SECURITY<br><br>CENTENNIAL CENTER, LLC<br>PO BOX #11564<br>NEWARK NJ 07101 | $2,483.69 |
| 7.2.  SECURITY<br><br>HARTMAN SPE, LLC<br>PO BOX 571017<br>HOUSTON TX 77257 | $25,023.75 |
| 7.3.  SECURITY<br><br>ONE PENSACOLA PLAZA<br>C/O DUCKWORTH REALTY<br>308 EAST PEARL ST STE 200<br>JACKSON MS 39201 | $138.75 |
| 7.4.  SECURITY<br><br>ROSEMONT SUMMIT OPERATING, LLC<br>P.O. BOX 203525<br>DALLAS TX 75320 | $3,984.37 |
| 7.5.  SECURITY<br><br>THE BUNKER HILL BUILDING<br>9525 KATY FREEWAY<br>SUITE 215<br>KATY TX 77024 | $2,249.92 |

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|
| 8.1.  RETAINER<br><br>CROWE & DUNLEVY, P.C. | $328,928.39 |
| 8.2.  RETAINER<br><br>DONLIN RECANO AND COMPANY INC | $143,906.05 |
| 8.3.  RETAINER<br><br>HARNEY PARTNERS | $125,635.00 |

---

Debtor    **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

|  | Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 8.4. | TAIL INSURANCE | $174,132.00 |
|  | NATIONAL HEALTH INVESTORS |  |
| 8.5. | PREPAID POSTAGE | $3,866.35 |
|  | PITNEY BOWES |  |
| 8.6. | PREPAID PROPERTY & CASUALTY INSURANCE | $5,835.15 |
|  | PROPERTY & CASUALTY INSURANCE CARRIERS |  |

**9.    Total of part 2**

Add lines 7 through 8. Copy the total to line 81.                    $816,183.42

---

**Part 3:    Accounts receivable**

**10.    Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**11.    Accounts receivable**

|  |  | Face amount | Doubtful or uncollectible accounts |  | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. | 90 days old or less: | $_____ - | $_____ | = ........ → | $_____ |
| 11b. | Over 90 days old: | $_____ - | $_____ | = ........ → | $_____ |

**12.    Total of part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.            $0.00

---

**Part 4:    Investments**

**13.    Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.    Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock

14.1. _____    _____    $_____

Debtor   **The LaSalle Group, Inc.**                                                    Case number *(if known)* **19-31484**

**15.**   **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
          including any interest in an LLC, partnership, or joint venture**

| | Name of entity | % of ownership | | |
|---|---|---|---|---|
| 15.1. | AL FLOWER MOUND MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ | UNDETERMINED |
| 15.2. | AMARILLO MEMORY CARE, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 4.8% | _____ | UNDETERMINED |
| 15.3. | ARLINGTON REIT TENANT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ | UNDETERMINED |
| 15.4. | BOLINGBROOK REIT TENANT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ | UNDETERMINED |
| 15.5. | CARROLLTON AUTUMN LEAVES, LP<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 50.0% | _____ | UNDETERMINED |
| 15.6. | CARROLLTON OF LASALLE, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ | UNDETERMINED |
| 15.7. | CLEAR LAKE ARC TENANT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ | UNDETERMINED |
| 15.8. | CORINTH ASSISTED CARE, LP<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 32.5% | _____ | UNDETERMINED |
| 15.9. | CRYSTAL LAKE REIT TENANT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ | UNDETERMINED |
| 15.10. | CY-FAIR ARC TENANT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ | UNDETERMINED |
| 15.11. | FLOWER MOUND AUTUMN LEAVES, LP<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 50.0% | _____ | UNDETERMINED |
| 15.12. | FORT MILL MENORY CARE, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 2.5% | _____ | UNDETERMINED |
| 15.13. | FRANKLIN PSH TENANT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 94.25% | _____ | UNDETERMINED |
| 15.14. | GURNEE MEMORY CARE, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 5.0% | _____ | UNDETERMINED |
| 15.15. | LAKE SUPERIOR CONTRACTING, LP<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 99.0% | _____ | UNDETERMINED |
| 15.16. | LAKE SUPERIOR MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ | UNDETERMINED |
| 15.17. | LASALLE AMARILLO MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ | UNDETERMINED |
| 15.18. | LASALLE ARLINGTON HEIGHTS MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ | UNDETERMINED |

Debtor **The LaSalle Group, Inc.**                                  Case number *(if known)* **19-31484**

| | | |
|---|---|---|
| 15.19. LASALLE ASSISTED CARE, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |
| 15.20. LASALLE CINCO RANCH MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |
| 15.21. LASALLE CYPRESSWOOD MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |
| 15.22. LASALLE DENTON MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 20.0% | _____ UNDETERMINED |
| 15.23. LASALLE ESTERO MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |
| 15.24. LASALLE FORT MILL MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |
| 15.25. LASALLE FOSSIL CREEK MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 5.2% | _____ UNDETERMINED |
| 15.26. LASALLE GEORGETOWN MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |
| 15.27. LASALLE GREENVILLE MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |
| 15.28. LASALLE GURNEE MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |
| 15.29. LASALLE LEE'S SUMMIT MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |
| 15.30. LASALLE NAPLE'S MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |
| 15.31. LASALLE OF CORINTH, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |
| 15.32. LASALLE ORLAND PARK MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 67.0% | _____ UNDETERMINED |
| 15.33. LASALLE OSWEGO MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |
| 15.34. LASALLE OVERLAND PARK MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |
| 15.35. LASALLE PEALAND MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |
| 15.36. LASALLE RIVERSTONE MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |
| 15.37. LASALLE SARASOTA MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |

Debtor **The LaSalle Group, Inc.**                                  Case number *(if known)* **19-31484**

| | | | |
|---|---|---|---|
| 15.38. | LASALLE SOUTH AUSTIN MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |
| 15.39. | LASALLE SOUTHWEST FT. WORTH MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |
| 15.40. | LASALLE ST. CHARLES MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |
| 15.41. | LASALLE STOCKBRIDGE MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |
| 15.42. | LASALLE STONE OAK MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |
| 15.43. | LASALLE SUGARLOAF MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |
| 15.44. | LASALLE TOWNE LAKE MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |
| 15.45. | LASALLE TULSA MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |
| 15.46. | LASALLE VENICE MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |
| 15.47. | LASALLE VERNON HILLS MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |
| 15.48. | LASALLE WEST HOUSTON MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |
| 15.49. | LASALLE WESTOVER HILLS MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |
| 15.50. | LASALLE WHEELING MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |
| 15.51. | LASALLE WINDWARD MANAGEMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |
| 15.52. | MEYERLAND ARC TENANT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |
| 15.53. | MWW DEVELOPMENT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |
| 15.54. | NAPLE'S MEMORY CARE, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 2.5% | _____ UNDETERMINED |
| 15.55. | ROCKWALL REIT TENANT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ UNDETERMINED |
| 15.56. | SARASOTA MEMORY CARE, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 2.5% | _____ UNDETERMINED |

Debtor **The LaSalle Group, Inc.**                                                   Case number *(if known)* **19-31484**

| 15.57. | SOUTH AUSTIN MEMORY CARE, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 2.5% | _____ | UNDETERMINED |
| 15.58. | SOUTH BARRINGTON REIT TENANT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ | UNDETERMINED |
| 15.59. | SOUTHWEST FT. WORTH MEMORY CARE, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 50.0% | _____ | UNDETERMINED |
| 15.60. | STONE OAK MEMORY CARE, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 5.0% | _____ | UNDETERMINED |
| 15.61. | THE WOODLANDS ARC TENANT, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ | UNDETERMINED |
| 15.62. | VENICE MEMORY CARE, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 3.8% | _____ | UNDETERMINED |
| 15.63. | WINFIELD DESIGN, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | 100.0% | _____ | UNDETERMINED |

**16.**    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe

16.1.    _____            $_____

**17.**    **Total of part 4**

    Add lines 14 through 16. Copy the total to line 83.

|  |
|---|
| UNDETERMINED |

---

**Part 5:**  **Inventory, excluding agriculture assets**

**18.**    **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| 19.1. _____ | _____ | $_____ | _____ | $_____ |
| **20.** **Work in progress** | | | | |
| 20.1. _____ | _____ | $_____ | _____ | $_____ |
| **21.** **Finished goods, including goods held for resale** | | | | |
| 21.1. _____ | _____ | $_____ | _____ | $_____ |
| **22.** **Other inventory or supplies** | | | | |
| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| 22.1. OFFICE SUPPLIES | _____ | $0.00 | LIQUIDATION | $500.00 |

**23.**    **Total of part 5**

    Add lines 19 through 22. Copy the total to line 84.

|  |
|---|
| $500.00 |

Debtor   **The LaSalle Group, Inc.**                                   Case number *(if known)* **19-31484**

**24.   Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

**25.   Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes   Book value: $_____   Valuation method: _____   Current value: $_____

**26.   Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27.   Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.   Crops—either planted or harvested** | | | |
| 28.1. _____ | $_____ | _____ | $_____ |
| **29.   Farm animals.**  Examples: Livestock, poultry, farm-raised fish | | | |
| 29.1. _____ | $_____ | _____ | $_____ |
| **30.   Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1. _____ | $_____ | _____ | $_____ |
| **31.   Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1. _____ | $_____ | _____ | $_____ |
| **32.   Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1. _____ | $_____ | _____ | $_____ |

**33.   Total of part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34.   Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35.   Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes   Book value: $_____   Valuation method: _____   Current value: $_____

**36.   Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

Debtor    **The LaSalle Group, Inc.**                                                 Case number *(if known)* **19-31484**

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39.  Office furniture** | | | |
| 39.1.  OWNED | $_____ | Liquidation | $10,000.00 |
| **40.  Office fixtures** | | | |
| 40.1.  _____ | $_____ | _____ | $_____ |

| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 41.1.  LEASED COPIERS | UNDETERMINED | Liquidation | $6,000.00 |
| 41.2.  COMPUTERS, PRINTERS, AND OTHER IT EQUIPMENT | UNDETERMINED | Liquidation | $10,000.00 |
| 41.3.  NETWORK STORAGE EQUIPMENT | UNDETERMINED | Liquidation | $26,000.00 |

**42.  Collectibles.**  Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
| --- | --- | --- | --- |
| 42.1.  _____ | $_____ | _____ | $_____ |

**43.  Total of part 7**

Add lines 39 through 42. Copy the total to line 86.

| |
| --- |
| $52,000.00 |

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☑ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

| **Part 8:** | Machinery, equipment, and vehicles |
| --- | --- |

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor    **The LaSalle Group, Inc.**                                                              Case number *(if known)* **19-31484**

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.**  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1.  _____    $_____    _____    $_____

**48.**  **Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1.  _____    $_____    _____    $_____

**49.**  **Aircraft and accessories**

49.1.  _____    $_____    _____    $_____

**50.**  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

50.1.  _____    $_____    _____    $_____

**51.**  **Total of part 8**

Add lines 47 through 50. Copy the total to line 87.

$0.00

**52.**  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53.**  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| Part 9: | Real property |
|---|---|

**54.**  **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.**  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| 55.1. _____<br><br>OFFICE SPACE<br><br>ONE PENSACOLA PLAZA<br>C/O DUCKWORTH REALTY<br>125 W ROMANA ST, STE 215<br>PENSACOLA FL 32502 | LEASED OFFICE SPACE | UNDETERMINED | _____ | UNDETERMINED |
| 55.2. _____<br><br>OFFICE SPACE<br><br>CENTENNIAL CENTER, LLC<br>1900 E GOLF ROAD, STE 600<br>SCHAUMBURG IL 60173 | LEASED OFFICE SPACE | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **The LaSalle Group, Inc.**                                                   Case number *(if known)* **19-31484**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.3.  _____<br><br>OFFICE SPACE<br><br>ROSEMONT SUMMIT OPERATING, LLC<br>545 E. JOHN CARPENTER FRWY, SUITE 500<br>IRVING TX 75062 | LEASED OFFICE SPACE | UNDETERMINED | _____ | UNDETERMINED |

**56.**    Total of part 9

Add the current value on lines 55. Copy the total to line 88.

| | |
|---|---|
| | UNDETERMINED |

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No
☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

**Part 10:    Intangibles and intellectual property**

**59.    Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **Patents, copyrights, trademarks, and trade secrets** | | |
| 60.1.    AUTUMN LEAVES TRADEMARKS | UNDETERMINED | _____ | UNKNOWN |
| **61.** | **Internet domain names and websites** | | |
| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
| 61.1.    AUTUMNLEAVES.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.2.    LASALLEGROUP.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.3.    ADULTDAYSTAY.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.4.    AUTUMN-LEAVES-LIVING.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.5.    AUTUMNLEAVES.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.6.    AUTUMNLEAVESFOUNDATION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.7.    AUTUMNLEAVESFOUNDATION.ORG | UNDETERMINED | _____ | UNDETERMINED |
| 61.8.    AUTUMNLEAVESLIVING.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.9.    AUTUMNLEAVESRES.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.10.  AUTUMNLEAVESSUX.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.11.  AUTUMNLEAVESUCKS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.12.  AUTUMNOAKSLIVING.COM | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **The LaSalle Group, Inc.**                                                          Case number *(if known)* **19-31484**

**61.    Internet domain names and websites**

| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|
| 61.13.  AWFAMILYCARE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.14.  CCFAMILYHOSPICE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.15.  CCFHOSPICE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.16.  CCFMGMT.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.17.  CCFMGT.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.18.  CCHOSPICE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.19.  CONSTANTCARECORP.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.20.  CONSTANTCAREFAMILY.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.21.  CONSTANTCAREFAMILYHOSPICE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.22.  CONSTANTCAREFM.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.23.  CONSTANTCAREHOSPICE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.24.  CONSTANTCAREMGMT.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.25.  CUTNFLUFF.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.26.  ENCOREADULTDAYSTAY.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.27.  ENCOREDAILYENRICHMENT.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.28.  ENCOREDAY.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.29.  FAMCAREMGMT.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.30.  FAMCAREMGT.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.31.  FAMILYCARELIVING.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.32.  FASHIONSONTHEMOVE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.33.  GOLFFORACAUSE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.34.  KMWPALAZZO.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.35.  KMWRESIDENCE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.36.  LAKESUPERIORCONTRACTING.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.37.  LASALLE-UNIVERSITY.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.38.  LASALLECUSTOMHOMES.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.39.  LASALLEEQUITY.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.40.  LASALLEGROUP.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.41.  LASALLELEARNING.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.42.  LASALLELEARNING.ORG | UNDETERMINED | _____ | UNDETERMINED |
| 61.43.  LASALLEQUITY.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.44.  LESALONGROUP.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.45.  LGCC.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.46.  MASONWARREN.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.47.  MEMORYFDN.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.48.  MEMORYFDN.ORG | UNDETERMINED | _____ | UNDETERMINED |
| 61.49.  MERIDIANRESEARCHGROUP.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.50.  MORNINGSPRINGS.COM | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **The LaSalle Group, Inc.**                                        Case number *(if known)* **19-31484**

**61.**    **Internet domain names and websites**

| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|
| 61.51. MWWDEVELOPMENT.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.52. MWWFAMILY.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.53. THEAUTUMNLEAVESFOUNDATION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.54. THEAUTUMNLEAVESFOUNDATION.ORG | UNDETERMINED | _____ | UNDETERMINED |
| 61.55. THELASALLEGROUP-UNIVERSITY.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.56. THELASALLEGROUP.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.57. THELASALLEGROUPINC.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.58. THEMEMORYCARE.ORG | UNDETERMINED | _____ | UNDETERMINED |
| 61.59. THEMEMORYCAREFOUNDATION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.60. THEMEMORYCAREFOUNDATION.ORG | UNDETERMINED | _____ | UNDETERMINED |
| 61.61. THEWHITLEY.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.62. THEWHITLEYASSISTEDLIVING.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.63. THEWHITLEYOFWHEELING.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.64. TLG-UNIVERSITY.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.65. TLGCC.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.66. TLGEMAIL.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.67. TLGFAMILYMANAGEMENT.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.68. TLGFAMILYMGMT.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.69. TLGFM.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.70. TLGFMGMT.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.71. TLGI.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.72. TLGU.ORG | UNDETERMINED | _____ | UNDETERMINED |
| 61.73. TLGUNIVERSITY.ORG | UNDETERMINED | _____ | UNDETERMINED |
| 61.74. TLGUNIVERSTIDY.ORG | UNDETERMINED | _____ | UNDETERMINED |
| 61.75. TLSGI.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.76. TMCNP.ORG | UNDETERMINED | _____ | UNDETERMINED |
| 61.77. VERNONHILLSGOLFFORACAUSE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.78. WHITLEYASSISTED.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.79. WHITLEYASSISTEDLIVING.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.80. WHITLEYASSISTEDLIVING.NET | UNDETERMINED | _____ | UNDETERMINED |
| 61.81. WHITLEYLIVING.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.82. WHITLEYMANOR.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.83. WHITLEYWHEELING.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.84. WINDESIGNLLC.COM | UNDETERMINED | _____ | UNDETERMINED |

**62.**    **Licenses, franchises, and royalties**

62.1.    _____    $_____    _____    $_____

**63.**    **Customer lists, mailing lists, or other compilations**

63.1.    _____    $_____    _____    $_____

Debtor    **The LaSalle Group, Inc.**                                                    Case number *(if known)* **19-31484**

**64.    Other intangibles, or intellectual property**

64.1.    _____    $_____    _____    $_____

**65.    Goodwill**

65.1.    _____    $_____    _____    $_____

**66.    Total of part 10**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| UNDETERMINED |

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☒ No
☐ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70.    Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

| |
|---|
| **Current value of debtor's interest** |

**71.    Notes receivable**

| Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | | Current value of debtor's interest |
|---|---|---|---|---|
| 71.1. _____ | $_____ - | $_____ | = ........ → | $_____ |
| _____ | | | | |

**72.    Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | Tax refund amount | NOL amount | Tax year | Current value of debtor's interest |
|---|---|---|---|---|
| 72.1. _____ | $_____ | $_____ | _____ | $_____ |

**73.    Interests in insurance policies or annuities**

| Insurance company | Insurance policy No. | Annuity issuer name | Annuity account type | Annuity account No. | Current value of debtor's interest |
|---|---|---|---|---|---|
| 73.1. _____ | _____ | _____ | _____ | _____ | $_____ |

**74.    Causes of action against third parties (whether or not a lawsuit has been filed)**

| | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| 74.1. _____ | _____ | $_____ | $_____ |

Debtor **The LaSalle Group, Inc.**                              Case number *(if known)* **19-31484**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| 75.1. | _____  _____ | $_____ | $_____ |

**76.** **Trusts, equitable or future interests in property**

| | | |
|---|---|---|
| 76.1. | _____ | $_____ |

**77.** **Other property of any kind not already listed**
Examples: Season tickets, country club membership

| | | |
|---|---|---|
| 77.1. | RECEIVABLE FROM PRESTONEWOOD ENCORE | $966,600.11 |
| 77.2. | RECEIVABLE FROM ACP I | $450.00 |
| 77.3. | RECEIVABLE FROM ARLINGTON AUTUMN LEAVES, L.P. | $912.25 |
| 77.4. | RECEIVABLE FROM ARLINGTON HEIGHTS MEMORY CARE | $3,622.67 |
| 77.5. | RECEIVABLE FROM AUTUMN LEAVES FOUNDATION | $88,919.35 |
| 77.6. | RECEIVABLE FROM BOLLINGBROOK | $282,318.80 |
| 77.7. | RECEIVABLE FROM CAR LANDCO | $7,624.50 |
| 77.8. | RECEIVABLE FROM CARROLLTON AUTUMN LEAVES, L.P. | $2,139,645.84 |
| 77.9. | RECEIVABLE FROM CATHERINE BROWNLEE | $11,645.12 |
| 77.10. | RECEIVABLE FROM CINCO RANCH AUTUMN LEAVES | $1,889,933.12 |
| 77.11. | RECEIVABLE FROM CITYVIEW MEMORY CARE LLC | $435,687.24 |
| 77.12. | RECEIVABLE FROM CORINTH ASSISTED CARE | $1,136,743.55 |
| 77.13. | RECEIVABLE FROM CORINTH AUTUMN OAKS | $1,231,431.82 |
| 77.14. | RECEIVABLE FROM CORNITH AO DEVELOPER FEE | $938,941.00 |
| 77.15. | RECEIVABLE FROM CUT N FLUFF LLC | $6,966.34 |
| 77.16. | RECEIVABLE FROM CY FAIR AUTUMN LEAVES | $1,204,696.53 |
| 77.17. | RECEIVABLE FROM CYPRESSWOOD MEMORY CARE LLC | $378,182.01 |
| 77.18. | RECEIVABLE FROM ENCHANTED H DEVELOPR FEE | $200,000.00 |
| 77.19. | RECEIVABLE FROM ENCHANTED HILLS | $244,564.37 |
| 77.20. | RECEIVABLE FROM ESTERO MEMORY CARE | $1,222,438.85 |
| 77.21. | RECEIVABLE FROM FLOWER MOUND AUTUMN LEAVES, L.P. | $2,029,877.62 |
| 77.22. | RECEIVABLE FROM FOSSIL CREEK MEMORY CARE LLC | $2,374.76 |
| 77.23. | RECEIVABLE FROM FRANKLIN | $86,196.86 |
| 77.24. | RECEIVABLE FROM GAR LANDCO | $32,449.40 |
| 77.25. | RECEIVABLE FROM GEORGETOWN MEMORY CARE | $13,253.36 |
| 77.26. | RECEIVABLE FROM GLEN ELLYN AUTUMN LEAVES | $2,056.18 |
| 77.27. | RECEIVABLE FROM GREENVILLE MEMORY CARE | $639,420.45 |
| 77.28. | RECEIVABLE FROM LEADING LIFE SENIOR LIVING INC. | $326,691.83 |
| 77.29. | RECEIVABLE FROM LEE'S SUMMIT | $116,840.48 |
| 77.30. | RECEIVABLE FROM MONARCH POA | $3,182.55 |
| 77.31. | RECEIVABLE FROM MEYERLAND | $872,680.82 |
| 77.32. | RECEIVABLE FROM NAPLES MEMORY CARE | $37,236.76 |

Debtor    **The LaSalle Group, Inc.**                                        Case number *(if known)* **19-31484**

| 77.33. | RECEIVABLE FROM NORTH AUSTIN MEMORY CARE | $20,707.76 |
|--------|-------------------------------------------|------------|
| 77.34. | RECEIVABLE FROM PEARLAND MEMORY CARE LLC | $4,079,669.08 |
| 77.35. | RECEIVABLE FROM RIVERSTONE MEMORY CARE LLC | $1,666,778.42 |
| 77.36. | RECEIVABLE FROM SARASOTA | $467,890.12 |
| 77.37. | RECEIVABLE FROM SOUTH AUSTIN | $100,458.59 |
| 77.38. | RECEIVABLE FROM ST CHARLES AUTUMN LEAVES | $883,917.04 |
| 77.39. | RECEIVABLE FROM STOCKBRIDGE AUTUMN LEAVES | $1,406,913.76 |
| 77.40. | RECEIVABLE FROM STONE OAK AUTUMN LEAVES | $1,164,631.96 |
| 77.41. | RECEIVABLE FROM SUGARLOAF AUTUMN LEAVES | $1,538,830.75 |
| 77.42. | RECEIVABLE FROM THE MEMORY CARE FOUNDATION | $394,858.30 |
| 77.43. | RECEIVABLE FROM TLG EEPP, LLC | $293,542.88 |
| 77.44. | RECEIVABLE FROM TULSA MEMORY CARE LLC | $2,277,921.00 |
| 77.45. | RECEIVABLE FROM VENICE | $432,104.75 |
| 77.46. | RECEIVABLE FROM VERNON HILLS MEMORY CARE LLC | $661,395.00 |
| 77.47. | RECEIVABLE FROM WEST HOUSTON AUTUMN LEAVES | $3,002,877.91 |
| 77.48. | RECEIVABLE FROM WESTOVER HILLS MEMORY CARE | $1,309,050.66 |
| 77.49. | RECEIVABLE FROM WHEELING MEMORY CARE | $1,429,685.79 |
| 77.50. | RECEIVABLE FROM WINDWARD MEMORY CARE | $579,809.68 |
| 77.51. | RECEIVABLE FROM WINFIELD DESIGN, LLC | $2,126,738.32 |
| 77.52. | GOLF MEMBERSHIP | $10,000.00 |

**78.    Total of part 11**

Add lines 71 through 77. Copy the total to line 90.                      $40,401,366.31

**79.    Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor **The LaSalle Group, Inc.**

Case number *(if known)* **19-31484**

| Part 12: | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,779,482.57 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $816,183.42 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $52,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ....................................................... → | | UNDETERMINED |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $40,401,366.31 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $43,049,532.30 | + 91b. UNDETERMINED |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................... $43,049,532.30

**Fill in this information to identify the case:**

**Debtor name:** The LaSalle Group, Inc.

**United States Bankruptcy Court for the:** Northern District of Texas

**Case number (if known):** 19-31484

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.1.    Creditor's name and address**

ASCENTIUM CAPITAL LLC
PO BOX 301593
DALLAS TX 75303-1593

**Creditor's email address, if known**

_____

**Date debt was incurred:** Various

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

LEASED EQUIPMENT

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☑ Unliquidated

☐ Disputed

UNDETERMINED    UNDETERMINED

Debtor **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

| 2.2. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

DE LAGE LANDEN
PO BOX 41602
PHILADELPHIA PA 19101-1602

**Creditor's email address, if known**

_____

**Date debt was incurred:** Various

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

LEASED EQUIPMENT                    UNDETERMINED  UNDETERMINED

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☑ Unliquidated

☐ Disputed

| 2.3. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

ORIGIN BANK
COMMUNITY TRUST BANK
DALLAS FINANCIAL CENTER - BUSINESS
8222 DOUGLAS AVENUE, SUITE 1
DALLAS TX 75225

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/30/15

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

PERSONAL PROPERTY                    $3,736,222.22    UNDETERMINED

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor **The LaSalle Group, Inc.**                                      Case number *(if known)* **19-31484**

| 2.4. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | SHI INTERNATION CORP<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE PA 19087 | LEASED EQUIPMENT | UNDETERMINED | UNDETERMINED |

**Creditor's email address, if known**

_____

Date debt was incurred: _____

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent

☒ Unliquidated

☐ Disputed

---

| 2.5. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | TMA APARTMENTS, INC. | PARTNERSHIP INTEREST IN ENCHANTED HILL LIMITED PARTNERSHIP | $750,000.00 | UNDETERMINED |

**Creditor's email address, if known**

_____

Date debt was incurred: 10/30/17

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☒ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**         $4,486,222.22

---

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

Debtor   **The LaSalle Group, Inc.**                                                   Case number *(if known)* **19-31484**

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

|  | Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| 3.1. | FORSHEY & PROSTOK LLP<br>JEFF P PROSTOK;MATTHIAS KLEINSASSER<br>777 MAIN ST<br>STE 1290<br>FORT WORTH TX 76102 | Line 2.3 | _____ |
| 3.2. | ORIGIN BANCORP INC<br>MAZAN SBAITI<br>SBAITI AND CO PLLC<br>1201 ELM ST STE 4010<br>DALLAS TX 75270 | Line 2.3 | _____ |
| 3.3. | STREUSAND LANDON OZBURN & LEMMON LLP<br>RHONDA B MATES<br>1801 S MOPAC EXPRESSWAY STE 320<br>AUSTIN TX 78746 | Line 2.3 | _____ |

**Fill in this information to identify the case:**

**Debtor name:** The LaSalle Group, Inc.

**United States Bankruptcy Court for the:** Northern District of Texas

**Case number (if known):** 19-31484

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1. | **Priority creditor's name and mailing address**<br><br>ANDREW DEMERS<br>Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br>$1,250.00 | **Priority amount**<br>$1,250.00 |
| --- | --- | --- | --- | --- |
| | | | | **Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>05/01/19 | **Basis for the claim:**<br>UNPAID SEVERANCE | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| 2.2. | **Priority creditor's name and mailing address**<br><br>CHERLYN ELZY, RTA<br>IRVING ISD TAX ASSESSOR<br>PO BOX 152021<br>IRVING TX 75015 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br>$623.91 | **Priority amount**<br>$623.91 |
| --- | --- | --- | --- | --- |
| | | | | **Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>1/1/2019 | **Basis for the claim:**<br>PERSONAL PROPERTY TAX | | |
| | **Last 4 digits of account number:** 0450 | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | | | |

Debtor     **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

| 2.3. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CHERYL SWANN | | $100.00 | $100.00 |
| | Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

04/23/19

**Basis for the claim:**

UNPAID SEVERANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.4. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | DALLAS COUNTY TAX OFFICE | | $755.14 | $755.14 |
| | JOHN R AMES, CTA | ☐ Contingent | | |
| | 1201 ELM STREET | ☐ Unliquidated | | **Nonpriority amount** |
| | SUITE 2600 | ☐ Disputed | | $0.00 |
| | DALLAS TX 75270 | | | |

**Date or dates debt was incurred**

1/1/2019

**Basis for the claim:**

PERSONAL PROPERTY TAX

**Last 4 digits of account number:** 0450

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.5. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MELVIN WARREN, JR | | $178.86 | $178.86 |
| | Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

5/1/19

**Basis for the claim:**

PREPETITION WAGES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **The LaSalle Group, Inc.**

Case number *(if known)* **19-31484**

| 2.6. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

2.6. **Priority creditor's name and mailing address**

MITCHELL WARREN
545 E JOHN CARPENTER FRWY SUITE 500
IRVING TX 75062

**Date or dates debt was incurred**

5/1/19

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PREPETITION WAGES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,458.33 | $1,458.33 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.7. **Priority creditor's name and mailing address**

ROBIN GLOVER
Address Intentionally Omitted

**Date or dates debt was incurred**

04/22/19

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

UNPAID SEVERANCE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,480.77 | $1,480.77 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.8. **Priority creditor's name and mailing address**

RODNEY SCOTT
Address Intentionally Omitted

**Date or dates debt was incurred**

04/22/19

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

UNPAID SEVERANCE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,784.87 | $2,784.87 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

| 2.9. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | TERRY WARREN<br>9464 LIVORNO COURT<br>NAPLES FL 34119 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $312.50 | $312.50 |

**Date or dates debt was incurred**

5/1/19

**Basis for the claim:**

PREPETITION WAGES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Nonpriority amount**

$0.00

---

| 2.10. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>P.O. BOX 13528, CAPITOL STATION<br>AUSTIN TX 78711 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,838.00 | $17,838.00 |

**Date or dates debt was incurred**

1/1/2019

**Basis for the claim:**

TEXAS FRANCHISE TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Nonpriority amount**

$0.00

---

| 2.11. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | THOMAS LECHOCKI<br>Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,355.21 | $5,355.21 |

**Date or dates debt was incurred**

04/25/19

**Basis for the claim:**

UNPAID SEVERANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Nonpriority amount**

$0.00

Debtor    **The LaSalle Group, Inc.**          Case number *(if known)* **19-31484**

| 2.12. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.12.**

**Priority creditor's name and mailing address**

VIRGINIA KIRKLAND
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $4,190.00 | $4,190.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

04/29/19

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

UNPAID SEVERANCE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**2.13.**

**Priority creditor's name and mailing address**

XIZOPING WANG-SCHNERINGER
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $1,019.23 | $1,019.23 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

04/22/19

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

UNPAID SEVERANCE

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor   **The LaSalle Group, Inc.**                                      Case number *(if known)* **19-31484**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | 1-800 FLOWERS.COM<br>P.O. BOX 29901<br>NEW YORK NY 10087-9901 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $28.38 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number: 6089** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.2. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | A PLACE FOR MOM<br>C/O LAURA HANSEN<br>FOX ROTHSCHILD, LLP<br>1001 FOURTH AVENUE, SUITE 4500<br>SEATTLE WASHINGTON 98154 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.3. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ABRAHAM, PRETTY<br>707 OAKDALE DR.<br>STAFFORD TX 77477 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>2/6/2019 | **Basis for the claim:**<br>WORKERS COMPENSATION CLAIM WITHIN 1 YEAR OF FILING | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor　**The LaSalle Group, Inc.**　　　　　　　　　　　Case number *(if known)* **19-31484**

---

| 3.4. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

ACTIVITYCONNECTION.COM LLC
818 SW THIRD AVE #222
PORTLAND OR 97204

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$360.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number: NONE**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.5. **Nonpriority creditor's name and mailing address**

ADELL SWEET
809 SAN SIMEON DRIVE
EDMOND
EDMOND OK 73003

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

12/10/2018

**Basis for the claim:**

EEOC/DISCRIMINATION

**Last 4 digits of account number: 2029**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.6. **Nonpriority creditor's name and mailing address**

ADVANTIUM CAPITAL
545 E. JOHN CARPENTER FREEWAY
STE 620
IRVING TX 75062

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Amount of claim**

$4,707.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

SECURITY DEPOSIT HELD FOR
SUBLEASES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **The LaSalle Group, Inc.**                                  Case number *(if known)* **19-31484**

| 3.7. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AIRGAS USA, LLC
PO BOX 676015
DALLAS TX 75267-6015

☐ Contingent
☐ Unliquidated
☐ Disputed

$9.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number: 8859**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.8. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALGONQUIN ACQUISITION CO.
1900 EAST GOLF ROAD
STE 600
SCHAUMBERG IL 60173

☑ Contingent
☑ Unliquidated
☐ Disputed

$7,000.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

SECURITY DEPOSIT HELD FOR SUBLEASES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.9. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMARILLO MEMORY CARE, LLC
545 E JOHN CARPENTER FRWY
SUITE 500
IRVING TX 75062

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,647.35

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor   **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

| 3.10. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | AMBIUS, LLC (21)<br>P.O. BOX 14086<br>READING PA 19612 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,088.75 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number: 3286** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.11. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | AMERICAN CREDIT PARTNERS INVESTMENT<br>LIMITED PARTNERSHIP II<br>545 E JOHN CARPENTER FRWY<br>SUITE 500<br>IRVING TX 75062 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $57,033.69 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>INTERCOMPANY PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☒ Yes | |

| 3.12. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | AMERICAN CREDIT PARTNERS INVESTMENT<br>LIMITED PARTNERSHIP III<br>545 E JOHN CARPENTER FRWY<br>SUITE 500<br>IRVING TX 75062 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,816.77 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>INTERCOMPANY PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☒ Yes | |

Debtor   **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

---

| 3.13. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERICAN CREDIT PARTNERS INVESTMENT
LIMITED PARTNERSHIP IV
545 E JOHN CARPENTER FRWY
SUITE 500
IRVING TX 75062

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,637.94

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.14. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERICAN NATIONAL BANK
P.O. BOX 40
TERRELL TX 75160

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LOAN GUARANTEE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.15. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANDERSON, TRACY
1347 RIVER OAK DR.
KAUFMAN TX 75142

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

3/14/2019

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **The LaSalle Group, Inc.**                                                    Case number *(if known)* **19-31484**

3.16.  **Nonpriority creditor's name and mailing address**

APS BUILDING SERVICES, INC.
11050 W LITTLE YORK RD, BLDG P
HOUSTON TX 77041

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$652.48

3.17.  **Nonpriority creditor's name and mailing address**

ARACELIS RUFFOLO AND DOMINQUE
BONSEIGNEUR
C/O DAVID FISH
THE FISH LAW FIRM, PC
200 E. 5TH AVENUE
SUITE 123
NAPERVILLE IL 60563

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

3.18.  **Nonpriority creditor's name and mailing address**

ARANCIBIA, HEATHER
1309 W GALENA BLVD
AURORA IL 60505

**Date or dates debt was incurred**

10/11/2018

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **The LaSalle Group, Inc.**                                          Case number *(if known)* **19-31484**

| | | |
|---|---|---|
| 3.19. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.19.**  **Nonpriority creditor's name and mailing address**

ARC
PO BOX 935491
ATLANTA GA 31193-5491

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3104**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$551.98

---

**3.20.**  **Nonpriority creditor's name and mailing address**

ARETHA PROCTOR
PO BOX 852502
MESQUITE TX 75185

**Date or dates debt was incurred**

8/8/2017

**Last 4 digits of account number: 2029**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

EEOC/DISCRIMINATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.21.**  **Nonpriority creditor's name and mailing address**

ARHC ALCFBTX01, LLC
C/O DUNN SHEEHAN
400 CARLILE STREET, SUITE 200
DALLAS TEXAS 75304

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor     **The LaSalle Group, Inc.**                                                                        Case number *(if known)* **19-31484**

| 3.22. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ARHC ALCLKTX01, LLC
C/O DUNN SHEEHAN
400 CARLILE STREET, SUITE 200
DALLAS TEXAS 75304

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.23. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ARHC ALMEYTX01, LLC
C/O DUNN SHEEHAN
400 CARLILE STREET, SUITE 200
DALLAS TEXAS 75304

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.24. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ARHC ALWOOTX01, LLC
C/O DUNN SHEEHAN
400 CARLILE STREET, SUITE 200
DALLAS TEXAS 75304

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The LaSalle Group, Inc.**                                      Case number *(if known)* **19-31484**

---

**3.25.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

ARIAS PAINTING COMPANY
PO BOX 796661
DALLAS TX 75379

☐ Contingent
☐ Unliquidated
☐ Disputed

$600.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number: NONE**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.26.** **Nonpriority creditor's name and mailing address**

ARIEL BROCK
C/O LUIS P. BARTOLOMEI
THE BARTOLOMEI FIRM
3710 RAWLINS STREET
SUITE 1601
DALLAS TEXAS 75219

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

10/11/2017

**Basis for the claim:**

PENDING LITIGATION/EEOC
DISCRIMINATION

**Last 4 digits of account number: 2029**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.27.** **Nonpriority creditor's name and mailing address**

ARLINGTON HEIGHTS MEMORY CARE LLC
545 E JOHN CARPENTER FRWY
IRVING TX 75062

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$29,645.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY BANK REFUND

**Last 4 digits of account number: 4233**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor    **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

| 3.28. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ASCENTIUM CAPITAL LLC
P.O.BOX 301593
DALLAS TX 75303-1593

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,233.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COPIER LEASE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.29. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AUTUMN LEAVES OF NAPLES FOR THE BENFIT
OF
THE GREATER NAPLES CHAMBER OF
COMMERCE
2390 TAMIAMI TRAIL NORTH STE 210
NAPLES FL 34103

☐ Contingent
☐ Unliquidated
☐ Disputed

$435.00

**Date or dates debt was incurred**

2/1/2019

**Basis for the claim:**

MEMBERSHIP DUES

**Last 4 digits of account number:** 1437

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.30. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AUTUMN LEAVES OF NW HOUSTON FOR THE
BENEFIT OF
SHARPS COMPLIANCE, INC.
PO BOX 679502
DALLAS TX 75267-9502

☐ Contingent
☐ Unliquidated
☐ Disputed

$147.65

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:** 4069

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor     **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

| 3.31. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BAILEY, KEVIN
2505 W TOLEDO CT
BROKEN ARROW OK 74012

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

10/30/2018

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.32. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BANK FIRST NATIONAL
C/O GREGORY SUDBURY
QUILLING, SELANDER, LOWNDS, WINSLETT &
MOSER, P.C.
2001 BRYAN STREET, SUITE 1800
DALLAS TEXAS 75201

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.33. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BANK OF THE OZARKS
625 COURT STREET
CLEARWATER FL 33756

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LOAN GUARANTEE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The LaSalle Group, Inc.**                                      Case number *(if known)* **19-31484**

| 3.34. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BANK OF THE OZARKS<br>625 COURT STREET<br>CLEARWATER FL 33756 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>LOAN GUARANTEE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.35. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BARTEN, SHARRON<br>4180 MERCURY ROAD<br>VENICE FL 34293 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>12/2/2018 | **Basis for the claim:**<br>WORKERS COMPENSATION CLAIM<br>WITHIN 1 YEAR OF FILING | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.36. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BB&T<br>2001 ROSS AVENUE<br>SUITE 2700<br>DALLAS TEXAS 75201 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>LOAN GUARANTEE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   **The LaSalle Group, Inc.**                                          Case number *(if known)* **19-31484**

---

**3.37.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BBVA COMPASS
8080 N. CENTRAL EXPRESSWAY
SUITE 310
DALLAS TX 75206

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LOAN GUARANTEE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.38.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BELL NUNNALLY
3232 MCKINNEY AVENUE STE 1400
DALLAS TX 75204-2429

☐ Contingent
☐ Unliquidated
☐ Disputed

$9,223.22

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LEGAL FEES

**Last 4 digits of account number:** 0432

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.39.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BIBBINS, BRITTANY
1090 RUSHMORE DRIVE APT 1
DEKALB IL 60115

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

9/19/2018

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

| | | | |
|---|---|---|---|
| 3.40. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

| | | |
|---|---|---|
| BILL, SONDRA<br>6 PINE VALLEY RD<br>PIEDMONT SC 29673 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

7/24/2018

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.41. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

BMO HARRIS
111 W. MONROE STREET 5 WEST
CHICAGO IL 60603

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LOAN GUARANTEE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.42. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

BOCKO, SHUBIRA
801 VICTORIA LN
ELK GROVE VILLAGE IL 60007

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

8/1/2018

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor  **The LaSalle Group, Inc.**                                                    Case number *(if known)* **19-31484**

| 3.43. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BOKF, N.A. D/B/A BANK OF TEXAS, FORMERLY
KNOWN AS BANK OF TEXAS, N.A
C/O COURTNEY BOWLINE
DEANS & LYONS, LLP
325 NORTH ST. PAUL STREET, SUITE 1500
DALLAS TEXAS 75201

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.44. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BONE MCALLESTER NORTON, PC
511 UNION STREET
SUITE 1600
NASHVILLE TN 37219

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,500.00

**Date or dates debt was incurred**

4/22/2019

**Basis for the claim:**

LEGAL FEES

**Last 4 digits of account number:** NONE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.45. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRANCH BANKING AND TRUST CO.
C/O KENNETH JOHNSON
JOHNSON & PRATT
1717 MAIN STREET, SUITE 3000
DALLAS TEXAS 75201

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **The LaSalle Group, Inc.**                                                    Case number *(if known)* **19-31484**

| | | |
|---|---|---|
| 3.46. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

3.46.  **Nonpriority creditor's name and mailing address**

BRAND BANK
PO BOX 1110
LAWRENCEVILLE GA 30046

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LOAN GUARANTEE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.47.  **Nonpriority creditor's name and mailing address**

BRIGHTHOUSE FINANCIAL
PO BOX 371487
PITTSBURGH PA 15250-7487

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,008.94

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 941

**Basis for the claim:**

LIFE INSURANCE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.48.  **Nonpriority creditor's name and mailing address**

BRIGHTVIEW LANDSCAPE SERVICES
PO BOX 31001-2463
PASADENA CA 91110-2463

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$16,769.46

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LANDSCAPING SERVICES

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **The LaSalle Group, Inc.**                    Case number *(if known)* **19-31484**

---

**3.49.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

| | **As of the petition filing date, the claim is:** *Check all that apply.* | |
| | | |

BRITT, VICTORIA
2615 AMARANTH
HOUSTON TX 77084

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

5/21/2019

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.50.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BROWN, MIESHA
5227 CORTELYOU LANE
HOUSTON TX 77021

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

9/13/2018

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.51.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BRUSNIAK PLLC D/B/A RYAN LAW
PO BOX 802882
DALLAS TX 75380-2882

☐ Contingent
☐ Unliquidated
☐ Disputed

$31,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LEGAL FEES

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

| | | |
|---|---|---|
| 3.52. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.52.

**Nonpriority creditor's name and mailing address**

CAMACHO, MARTHA
17310, KIETH HARROW BOULEVARD
HOUSTON TX 77084

**Date or dates debt was incurred**

9/19/2018, 02/05/19

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.53.

**Nonpriority creditor's name and mailing address**

CAMPBELL, DON
815 W.2ND ST.
EDMOND OK 73003

**Date or dates debt was incurred**

9/29/2018

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.54.

**Nonpriority creditor's name and mailing address**

CAREER RESOURCE SERVICES
2324 DUMAS DRIVE
FRISCO TX 75034

**Date or dates debt was incurred**

4/10/2018

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

RECRUITING SERVICES

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$7,200.00

---

Debtor     **The LaSalle Group, Inc.**                                      Case number *(if known)* **19-31484**

| | | | |
|---|---|---|---|
| 3.55. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | CARING.COM<br>P.O. BOX 7689<br>SAN FRANCISCO CA 94120-7689 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,700.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number: 3210** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.56. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | CARROLLTON AUTUMN LEAVES, LP<br>1800 KING ARTHUR BLVD<br>CARROLLTON TX 75010 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $24,000.00 |
| | **Date or dates debt was incurred**<br>4/30/2019 | **Basis for the claim:**<br>INTERCOMPANY VENDOR REIMBURSABLE EXPENSES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

| | | | |
|---|---|---|---|
| 3.57. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | CFP FIRE PROTECTION<br>153 TECHNOLOGY DR., STE 200<br>IRVINE CA 92618 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $29,298.88 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>FIRE PROTECTION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

| | |
|---|---|

**3.58.** **Nonpriority creditor's name and mailing address**

CHRISTINE MENNELLA
C/O JASON WAYMIRE
WILLIAMS, MORRIS & WAYMIRE
4330 S. LEE STREET, BLDG 400, SUITE A
BUFORD GEORGIA 30518

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.59.** **Nonpriority creditor's name and mailing address**

CITIZENS SECURITY BANK
14821 S. MEMORIAL
BIXBY OK 74008

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LOAN GUARANTEE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.60.** **Nonpriority creditor's name and mailing address**

CLEAR LAKE MEMORY CARE, LLC
545 E JOHN CARPENTER FRWY
SUITE 500
IRVING TX 75062

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLES

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$631,864.61

Debtor    **The LaSalle Group, Inc.**          Case number *(if known)* **19-31484**

| | | |
|---|---|---|
| 3.61. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

CLIFTONLARSONALLEN LLP
P.O. BOX 679334
DALLAS TX 75267-9334

**Amount of claim**

$82,520.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTING SERVICES

**Last 4 digits of account number:** 0179

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.62. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

CNA INSURANCE
PO BOX 6065-02
HERMITAGE PA 16148-1065

**Amount of claim**

$66,250.02

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROFESSIONAL LIABILITY INSURANCE DEDUCTIBLE

**Last 4 digits of account number:** 5458

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.63. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

COCA-COLA SOUTHWEST BEVERAGES LLC
PO BOX 744010
ATLANTA GA 30384-4010

**Amount of claim**

$4.10

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

6/25/2018

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:** 2018

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **The LaSalle Group, Inc.**                              Case number *(if known)* **19-31484**

| 3.64. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.64.   **Nonpriority creditor's name and mailing address**

COLEEN CARNEY
4691 MAGNOLIA LANE
LAKE IN THE HILLS IL 60156

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

11/15/2017

**Basis for the claim:**

EEOC/DISCRIMINATION

**Last 4 digits of account number: 2029**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.65.   **Nonpriority creditor's name and mailing address**

CONSOLIDATED COMMUNICATIONS
P.O. BOX 66523
SAINT LOUIS MO 63166-6523

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$85.18

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.66.   **Nonpriority creditor's name and mailing address**

CONSTANT CARE MANAGEMENT COMPANY
FOR THE BENEFIT OF
HILLYARD INC.
P. O. BOX 802049
KANSAS CITY MO 64180-2049

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$767.72

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor     **The LaSalle Group, Inc.**                                                    Case number *(if known)* **19-31484**

---

3.67.  **Nonpriority creditor's name and mailing address**

CONTRERAS, BIANCA
176 POND VIEW PASS
BUDA TX 78610

**Date or dates debt was incurred**

3/22/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.68.  **Nonpriority creditor's name and mailing address**

COOK, HOLLY
90 ACORN CT
ROUND LAKE BEACH IL 60073

**Date or dates debt was incurred**

5/23/2018

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.69.  **Nonpriority creditor's name and mailing address**

CORPORATE COST CONTROL INC
PO BOX 1180
LONDONDERRY NH 03053

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: NONE**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,050.00

---

Debtor    **The LaSalle Group, Inc.**                                                    Case number *(if known)* **19-31484**

| 3.70. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CPI ONE POINT
P.O. BOX 671735
DALLAS TX 75267-1735

$31.43

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number: 6486**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.71. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CRYSTAL LAKE MEMORY CARE, LLC
545 E JOHN CARPENTER FRWY
SUITE 500
IRVING TX 75062

$1,073,575.02

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.72. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CSC
PO BOX 13397
PHILADELPHIA PA 19101-3397

$57.96

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

10/11/2018

**Basis for the claim:**

VENDOR

**Last 4 digits of account number: 0212**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **The LaSalle Group, Inc.**                                                Case number *(if known)* **19-31484**

| 3.73. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CT CORPORATION
P.O. BOX 4349
CAROL STREAM IL 60197-4349

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,310.99

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

STATUTORY REPRESENTATION

**Last 4 digits of account number: NONE**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.74. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CURTIS GROUP ARCHITECTS LTD
5000 QUORUM DRIVE, SUITE 500
DALLAS TX 75254

☐ Contingent
☐ Unliquidated
☐ Disputed

$38,323.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ARCHITECTURAL SERVICES

**Last 4 digits of account number: 1552**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.75. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CYNTHIA CURRY
1800 WEDGEWOOD DRIVE
APT# 216
GURNEE IL 60031

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

3/15/2019

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Last 4 digits of account number: 7652**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

| | | | |
|---|---|---|---|
| 3.76. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | CYPRESSWOOD MEMORY CARE, LLC<br>545 E JOHN CARPENTER FRWY #500<br>IRVING TX 75062 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,900.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>INTERCOMPANY REIMBURSABLE<br>VENDOR EXPENSES | |
| | **Last 4 digits of account number: NONE** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

| | | | |
|---|---|---|---|
| 3.77. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | DALLAS BUSINESS JOURNAL<br>SUBSCRIPTION SERVICES<br>PO BOX 36919<br>CHARLOTTE NC 28236-9904 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number: 5617** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.78. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | DALLAS LIGHT BULB<br>PO BOX 541115<br>DALLAS TX 75354 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $282.50 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number: NONE** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

| | | |
|---|---|---|
| 3.79. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**Amount of claim**

DAVIDSON, ANNE
2024 NEWPORT CIRCLE
HANOVER PARK IL 60133

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

2/24/2019

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.80.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**

**Amount of claim**

DAVIS, BRITTANY
5401 DOLORES PL
DENTON TX 76208

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

10/18/2018

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.81.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**

**Amount of claim**

DE LAGE LANDEN
P.O. BOX 41602
PHILADELPHIA PA 19101-1602

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$14.24

**Date or dates debt was incurred**

4/6/2019

**Basis for the claim:**

COPIER LEASE

**Last 4 digits of account number:** 2944

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

| 3.82. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DEBRA D. WILKINS, INDIVIDUALLY AND AS
ATTORNEY-IN-FACT FOR ESTELLE D. KING
C/O FAYSSOUX & LANDIS
P.O. BOX 10207
209 E. WASHINGTON STREET
GREENVILLE SOUTH CAROLINA 29601

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.83. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DENTON MEMORY CARE LLC
545 E JOHN CARPENTER FRWY
SUITE 500
IRVING TX 75062

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,841.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.84. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DIAZ, MARITZA
4016 OXFORD CT
STREAMWOOD IL 60107

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

7/19/2018

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor     **The LaSalle Group, Inc.**                                         Case number *(if known)* **19-31484**

| | | | |
|---|---|---|---|
| 3.85. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | DIRECT SUPPLY, INC. BOX 88201 MILWAUKEE WI 53288-0201 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $5,204.80 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.86. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | DISCOVER BANK C/O STEPHEN BRUCE P.O. BOX 808 EDMOND OK 73083 | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.87. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | DOE, KORGABAE 19523 CAIRNS DR KATY TX 77449 | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** 9/6/2018 | **Basis for the claim:** WORKERS COMPENSATION CLAIM WITHIN 1 YEAR OF FILING | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

Debtor   **The LaSalle Group, Inc.**                                        Case number *(if known)* **19-31484**

---

3.88.  **Nonpriority creditor's name and mailing address**

DORCAH, DORA
1796 SATELLITE BLVD APT. 909
DULUTH GA 30097

**Date or dates debt was incurred**

2/22/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.89.  **Nonpriority creditor's name and mailing address**

EDMOND MEMORY CARE, LLC
545 E JOHN CARPENTER FRWY
SUITE 500
IRVING TX 75062

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLES

**Is the claim subject to offset?**

☐ No

☒ Yes

**Amount of claim**

$67,020.64

---

3.90.  **Nonpriority creditor's name and mailing address**

EDMOND MEMORY CARE, LLP
1001 S. BRYANT AVENUE
EDMOND OK 73034

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** NONE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

INTERCOMPANY REIMBURSABLE
VENDOR EXPENSES

**Is the claim subject to offset?**

☐ No

☒ Yes

**Amount of claim**

$1,218.75

---

Debtor    **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

---

**3.91.**  **Nonpriority creditor's name and mailing address**

EDWARDS, VERONICA
1018 S.MONITOR AVE
CHICAGO IL 60644

**Date or dates debt was incurred**

12/30/2018

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

**3.92.**  **Nonpriority creditor's name and mailing address**

FALUYI, BRITTANY
3900 EAST NORTH ST. APT. C-31
GREENVILLE SC 29615

**Date or dates debt was incurred**

11/6/2018

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

**3.93.**  **Nonpriority creditor's name and mailing address**

FEDEX
P.O. BOX 660481
DALLAS TX 75266-0481

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 8308**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $476.72 |

---

Debtor    **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

| 3.94. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | FIELDS, SHANEESE<br>5508 S. WOLCOTT<br>CHICAGO IL 60636 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>6/1/2018 | **Basis for the claim:**<br>WORKERS COMPENSATION CLAIM<br>WITHIN 1 YEAR OF FILING | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.95. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | FIRST NATIONAL (SOUTHLAKE)<br>C/O CHARLES BAUM<br>QUILLING, SELANDER, LOWNDS, WINSLETT &<br>MOSER, P.C.<br>2001 BRYAN STREET, SUITE 1800<br>DALLAS<br>DALLAS TEXAS 75201 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>LOAN GUARANTEE/PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.96. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | FIRST SECURE BANK OF SUGAR GROVE<br>670 N. SUGAR FROBE PARKWAY (ROUTE 47)<br>PO BOX 350<br>SUGAR GROVE IL 60554 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>LOAN GUARANTEE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor   **The LaSalle Group, Inc.**                                        Case number *(if known)* **19-31484**

| 3.97. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FISH GALLERY AUSTIN LLC
2909 FOUNTAIN VIEW
HOUSTON TX 77057

☐ Contingent
☐ Unliquidated
☐ Disputed

$371.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number: NONE**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.98. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FLORES, OSCAR
5759 GREENCRAIG
HOUSTON TX 77035

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

8/23/2018

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.99. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FORT MILL MEMORY CARE, LLC
545 E JOHN CARPENTER FRWY
SUITE 500
IRVING TX 75062

☐ Contingent
☐ Unliquidated
☐ Disputed

$16,288.96

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

Debtor      **The LaSalle Group, Inc.**                                                    Case number *(if known)* **19-31484**

| | | |
|---|---|---|
| 3.100. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

3.100.  **Nonpriority creditor's name and mailing address**

FRANSCIOS, MICKENCHINA
5314 MCCARTY ST
NAPLES FL 34113

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

9/19/2018

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.101.  **Nonpriority creditor's name and mailing address**

FREUND, LUCIA
PO BOX 3387
SHAWNEE KS 66203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

5/7/2019

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.102.  **Nonpriority creditor's name and mailing address**

FROST BANK
2950 N. HARWOOD
FLOOR 11
DALLAS TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LOAN GUARANTEE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **The LaSalle Group, Inc.**                                              Case number *(if known)* **19-31484**

---

**3.103.**    **Nonpriority creditor's name and mailing address**

FROST BANK
C/O CHARLES BAUM
QUILLING, SELANDER, LOWNDS, WINSLETT &
MOSER, P.C.
2001 BRYAN STREET, SUITE 1800
DALLAS
DALLAS TEXAS 75201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LOAN GUARANTEE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.104.**    **Nonpriority creditor's name and mailing address**

GAIL JOHNSON
6060 BELARBOR
APT# 3
HOUSTON TX 77033

**Date or dates debt was incurred**

4/30/2017

**Last 4 digits of account number: 7652**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.105.**    **Nonpriority creditor's name and mailing address**

GAMA, SANOUDJE
549 N SOMERSET TERRACE #3
OLATHE KS 66062

**Date or dates debt was incurred**

1/21/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **The LaSalle Group, Inc.**                                      Case number *(if known)* **19-31484**

| | | |
|---|---|---|
| 3.106. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.106. **Nonpriority creditor's name and mailing address**

GELAY-YEAGER, FRANCIS
2140 SUNSTONE DR
CARROLLTON TX 75006

**Date or dates debt was incurred**

6/15/2018

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.107. **Nonpriority creditor's name and mailing address**

GLOBAL IP NETWORKS INC
1009 JUPITER ROAD STE 500
PLANO TX 75074

**Date or dates debt was incurred**

APR-19

**Last 4 digits of account number:** 2053

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$147.88

---

3.108. **Nonpriority creditor's name and mailing address**

GOMEZ, KEYLA
137 N. GIFFORD STREET
ELGIN IL 60120

**Date or dates debt was incurred**

3/27/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **The LaSalle Group, Inc.**                                              Case number *(if known)* **19-31484**

---

3.109.   **Nonpriority creditor's name and mailing address**

GRANT, CATHY
2101 RUBIN RD.
FATE TX 75189

**Date or dates debt was incurred**

3/20/2019, 03/31/19

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.110.   **Nonpriority creditor's name and mailing address**

GRANT, RENEE
9922 WEST MONTGOMERY #254
HOUSTON TX 77088

**Date or dates debt was incurred**

12/14/2018

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.111.   **Nonpriority creditor's name and mailing address**

GRAY ENGINEERING CONSULTANTS, INC.
132 PILGRIM ROAD
GREENVILLE SC 29607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** NONE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ENGINEERING SERVICES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $2,222.50 |

---

Debtor     **The LaSalle Group, Inc.**                                                                    Case number *(if known)* **19-31484**

---

| 3.112. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.112.   **Nonpriority creditor's name and mailing address**

GRAY, LANIE
9150 SOUTH COULTER ST. APARTMENT 1322
AMARILLO TX 79119

**Date or dates debt was incurred**

4/22/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.113.   **Nonpriority creditor's name and mailing address**

GREAT SOUTHERN BANK
8201 PRESTON ROAD
SUITE 305
DALLAS TX 75225

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LOAN GUARANTEE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.114.   **Nonpriority creditor's name and mailing address**

GREEN BANK, N.A.
C/O STEPHEN W. LEMMON
STRESUAND, LANDON, OZBURN & LEMMON, LLP
811 BARTON SPRINGS RAD, SUITE 811
AUSTON TEXAS 78704

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor      **The LaSalle Group, Inc.**                                                    Case number *(if known)* **19-31484**

| | | |
|---|---|---|
| 3.115. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.115.  **Nonpriority creditor's name and mailing address**

GURNEE MEMORY CARE, LLC
545 E JOHN CARPENTER FRWY
SUITE 500
IRVING TX 75062

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLES

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

$17,626.56

---

3.116.  **Nonpriority creditor's name and mailing address**

GUTSCHE, DIANE
809 NE WESTWIND DR #B
LEES SUMMIT MO 64086

**Date or dates debt was incurred**

1/17/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.117.  **Nonpriority creditor's name and mailing address**

HAMMER, ELISABETH
9600 E KENTUCKY RD
INDEPENDENCE MO 64053

**Date or dates debt was incurred**

7/17/2018

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **The LaSalle Group, Inc.**                                        Case number *(if known)* **19-31484**

| 3.118. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.118.    **Nonpriority creditor's name and mailing address**

HANCOCK WHITNEY BANK
2510 14TH STREET
GULFPORT MS 39501

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LOAN GUARANTEE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.119.    **Nonpriority creditor's name and mailing address**

HARBOR LINEN
P O BOX 3510
CHERRY HILL NJ 08034

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$165.62

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:** 8462

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.120.    **Nonpriority creditor's name and mailing address**

HARKINS, ANGELA
5 AVICE DALE DR
GREENVILLE SC 29611

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

5/21/2018

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

| 3.121. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.121.   **Nonpriority creditor's name and mailing address**

HD SUPPLY
PO BOX 509058
SAN DIEGO CA 92150-9058

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,904.14

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.122.   **Nonpriority creditor's name and mailing address**

HEALTHCARE INTERACTIVE, INC.
8800 HIGHWAY 7, SUITE 331
MINNEAPOLIS MN 55426

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,023.67

**Date or dates debt was incurred**

11/19/2018

**Last 4 digits of account number:** NONE

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.123.   **Nonpriority creditor's name and mailing address**

HEALTHCARE TRUST, INC.
405 PARK AVENUE
NEW YORK NY 10022

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LOAN GUARANTEE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **The LaSalle Group, Inc.**                                            Case number *(if known)* **19-31484**

| 3.124. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HELIN, MEGAN
32W807 ALBERT DR
EAST DUNDEE IL 60118

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

12/11/2018

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.125. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HIGH PROFILE INC
4851 LBJ FRWY STE 500
DALLAS TX 75244

☐ Contingent
☐ Unliquidated
☐ Disputed

$963.53

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1499**

**Basis for the claim:**

CONTRACT LABOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.126. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HILL, SHAVIA
23 LARKIN PLACE
ATLANTA GA 30313

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

4/22/2019

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **The LaSalle Group, Inc.**                    Case number *(if known)* **19-31484**

---

**3.127.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.127.**

**Nonpriority creditor's name and mailing address**

HOLSTEN, ALEXIS
76 ROCKING PINE PLACE
THE WOODLANDS TX 77381

**Date or dates debt was incurred**

5/20/2018

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.128.**

**Nonpriority creditor's name and mailing address**

HONORE, NAOMIE
1508 E LILLIAN AVE
ARLINGTON HEIGHTS IL 60004

**Date or dates debt was incurred**

8/30/2018

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.129.**

**Nonpriority creditor's name and mailing address**

HUNTON ANDREWS KURTH, LLP
P.O. BOX 301276
DALLAS TX 75303-1276

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** NONE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LEGAL FEES

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$349,068.38

---

Debtor    **The LaSalle Group, Inc.**                                        Case number *(if known)* **19-31484**

| | | | |
|---|---|---|---|
| 3.130. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

ILLUSTRATUS
8455 LENEXA DRIVE
LENEXA KS 66214

☐ Contingent

☐ Unliquidated

☐ Disputed

$14,213.55

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| | | | |
|---|---|---|---|
| 3.131. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

INDEED, INC.
MAIL CODE 5160
PO BOX 660367
DALLAS TX 75266-0367

☐ Contingent

☐ Unliquidated

☐ Disputed

$8,609.52

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

RECRUITING SERVICES

**Last 4 digits of account number: NONE**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| | | | |
|---|---|---|---|
| 3.132. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

IPROMOTEU
DEPT 2419
PO BOX 122419
DALLAS TX 75312-2419

☐ Contingent

☐ Unliquidated

☐ Disputed

$335.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor    **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

| 3.133. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.133. | Nonpriority creditor's name and mailing address

IRON MOUNTAIN
P.O. BOX 915004
DALLAS TX 75391

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$561.39

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number: 9519**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.134. | Nonpriority creditor's name and mailing address

IRVING, LARRY
5644 LA FLEUR TRL
LITHONIA GA 30038

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

3/16/2019

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.135. | Nonpriority creditor's name and mailing address

JAYDA BARBER
1920 E. 2ND STREET
EDMOND OK 73034

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

4/23/2019

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Last 4 digits of account number: 7652**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

---

**3.136.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JEFFREY WARD
11201 EVERGLADES PKWY
APT# 205
ESTERO FL 33928

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

3/30/2019

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:** 7652

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.137.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JEMEYSON, CEVIN
2616 HILCROFT AVENUE
DENTON TX 76210

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

10/14/2018

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.138.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JENNIFER WELLS
210 HIGH POINT COURT
BLANCHARD OK 73010

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

10/30/2018

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:** 7652

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **The LaSalle Group, Inc.**

Case number *(if known)* **19-31484**

---

| 3.139. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JETSTAR COURIER, INC.
PO BOX 852073
RICHARDSON TX 75085-2073

☐ Contingent
☐ Unliquidated
☐ Disputed

$79.29

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2740**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.140. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JILL WEINBERG ON BEHALF OF THE ESTATE OF
RENEE SCHELL
C/O CURTIS CLINESMITH
THE CLINESMITH FIRM
325 N. ST. PAUL, 29TH FLOOR
DALLAS TEXAS 75201

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.141. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JOANIE MCKINNEY
277 GLEN CREST DRIVE
MOORE SC 29369

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

11/7/2017

**Last 4 digits of account number: 7652**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The LaSalle Group, Inc.**                                       Case number *(if known)* **19-31484**

---

**3.142.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.142.**

**Nonpriority creditor's name and mailing address**

JOHN F. WARREN, COUNTY CLERK
DALLAS COUNTY CLERK'S OFFICE
RENAISSANCE TOWER, 22ND FLOOR
1201 ELM STREET
DALLAS TX 75270

**Date or dates debt was incurred**

4/24/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FILING FEE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$24.00

---

**3.143.**

**Nonpriority creditor's name and mailing address**

JOHNSON, CRYSTAL
10645 W. LIBERTY AVE
BEACH PARK IL 60099

**Date or dates debt was incurred**

8/10/2018

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.144.**

**Nonpriority creditor's name and mailing address**

JONES, AUDREY
1072 S PLESANT HILL GATE
WAUKEGAN IL 60085

**Date or dates debt was incurred**

5/30/2018, 07/21/18

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **The LaSalle Group, Inc.**                                          Case number *(if known)* **19-31484**

---

**3.145.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JOSEPH, SAINJULIA
31 LANDING LANE
POWDER SPRINGS GA 30127

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

9/26/2018

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.146.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JOSEPH, SIMON
1612 IRONWOOD DRIVE
MOUNT PROSPECT IL 60056

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

10/22/2018

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.147.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JUDITH ROSS PC
700 N PEARL STREET STE 1610
DALLAS TX 75201

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,038.11

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5001

**Basis for the claim:**

LEGAL FEES

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The LaSalle Group, Inc.**                                            Case number *(if known)* **19-31484**

| 3.148. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KAITHARATH, VINCY
1722 W MAGNOLIA LANE
MOUNT PROSPECT IL 60056

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

7/29/2018

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.149. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KELLY SHELTON
C/O PASHA VAZIRI
VAZIRI LAW, LLC
111 W. WASHINGTON STREET
SUITE 1500
CHICAGO IL 60602

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

12/10/2018

**Basis for the claim:**

EEOC/DISCRIMINATION

**Last 4 digits of account number: 2029**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.150. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KIMERLY LEE
3196 MT. ZION ROAD
APT# 1502
STOCKBRIDGE GA 30281

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

6/5/2017

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Last 4 digits of account number: 7652**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

---

| 3.151. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LAKE SUPERIOR CONTRACTING, LP
545 E. JOHN CARPENTER FRWY
SUITE 500
IRVING TX 75062

☐ Contingent

☐ Unliquidated

☐ Disputed

$36,816.02

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: NONE**

**Basis for the claim:**

INTERCOMPANY RENT AND VENDOR REIMBURSABLE EXPENSES

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.152. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LAKE SUPERIOR CONTRACTING, LP
545 E JOHN CARPENTER FRWY
SUITE 500
IRVING TX 75062

☐ Contingent

☐ Unliquidated

☐ Disputed

$9,999,025.94

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY PAYABLES

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.153. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LANCASTER POLLARD
65 E. STATE STREET
16TH FLOOR
COLUMBUS OH 43215

☑ Contingent

☑ Unliquidated

☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LOAN GUARANTEE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The LaSalle Group, Inc.**                                        Case number *(if known)* **19-31484**

| 3.154. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.154. | **Nonpriority creditor's name and mailing address**

LAS COLINAS COUNTRY CLUB
4400 NORTH O'CONNER RD.
IRVING TX 75062-3777

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$122.60

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5149

**Basis for the claim:**

MEMBERSHIP DUES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.155. | **Nonpriority creditor's name and mailing address**

LAWRENCE, AALIYAH
1227 S OLD WILKE RD APT 110
ARLINGTON HEIGHTS IL 60005

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

12/11/2018

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.156. | **Nonpriority creditor's name and mailing address**

LEE'S SUMMIT MEMORY CARE, LLC
3101 SW 3RD STREET
LEE'S SUMMIT MO 64081

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

7/10/1905

**Last 4 digits of account number:**

**Basis for the claim:**

DEPARTMENT OF LABOR AUDIT

**Is the claim subject to offset?**

☐ No
☒ Yes

---

Debtor   **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

| 3.157. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
LEHNHOFF, ALLISON
3530 NE AKIN BLVD. APT. 1021
LEES SUMMIT MO 64064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**
UNDETERMINED

**Date or dates debt was incurred**
8/24/2018

**Last 4 digits of account number:**

**Basis for the claim:**
WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.158. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
LETICIA RIVERA
810 SULLIVAN COURT
CREST HILL IL 60403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**
UNDETERMINED

**Date or dates debt was incurred**
10/21/2018

**Last 4 digits of account number:** 7652

**Basis for the claim:**
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.159. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
LEVEL 3
P.O. BOX 910182
DENVER CO 80291-0182

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$356.04

**Date or dates debt was incurred**
4/1/2019

**Last 4 digits of account number:** CQHG

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

---

**3.160.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

LEVY, DANA
708 MELANIE JEAN DR
MCDONOUGH GA 30252

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

5/21/2019

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.161.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

LEXUS FINANCIAL SERVICES
P.O. BOX 4102
CAROL STREAM IL 60197-4102

☐ Contingent
☐ Unliquidated
☐ Disputed

$310.13

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** N759

**Basis for the claim:**

AUTO LEASE EXPENSES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.162.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

LEZIE W. EKECHI
C/O JEFF MAYES
OGLETREE, DEAKINS, NASH, ET AT
ONE ALLEND CENTER
SUITE 500
DALLAS TX 77002

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **The LaSalle Group, Inc.**                                           Case number *(if known)* **19-31484**

---

| 3.163. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LLOYD, MICHELE
11015 GOLDEN FRN CT
HOUSTON TX 77075

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

5/1/2018

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.164. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LMS ELECTRICAL
PO BOX 428
CYPRESS TX 77410

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,050.83

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: NONE**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.165. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LOUIS, SANDRA
1744 OAK DR
FORT MYERS FL 33907

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

11/9/2018

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **The LaSalle Group, Inc.**                                              Case number *(if known)* **19-31484**

3.166.  **Nonpriority creditor's name and mailing address**

LUCIANA HUBBARD
3600 N. FOREST PARK DRIVE
OKLAHOMA CITY OK 73121

**Date or dates debt was incurred**

2/19/2018

**Last 4 digits of account number: 7652**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.167.  **Nonpriority creditor's name and mailing address**

MALLERY, RACHEAL
11800 CITY PARK CENTRAL LN APT.611
HOUSTON TX 77047

**Date or dates debt was incurred**

11/19/2018

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.168.  **Nonpriority creditor's name and mailing address**

MARINEAU, PHILLIP
425 WATERDANCE LN APT 410
ARLINGTON TX 76010

**Date or dates debt was incurred**

1/1/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **The LaSalle Group, Inc.**                                     Case number *(if known)* **19-31484**

| | | |
|---|---|---|
| 3.169. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.169.  **Nonpriority creditor's name and mailing address**

MARSHA FISHER
1930 CHESTERFIELD LANE
AURORA IL 60503

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

10/4/2018

**Last 4 digits of account number: 7652**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.170.  **Nonpriority creditor's name and mailing address**

MARY MCHERRING
404 JAQULINE LANE
GREENVILLE SC 29607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

9/23/2018

**Last 4 digits of account number: 7652**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.171.  **Nonpriority creditor's name and mailing address**

MATHER, ROGER
1420 W MAIN ST APT 600
LEWISVILLE TX 75067

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

8/21/2018

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

3.172.   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     **Amount of claim**
*Check all that apply.*

MATTHEW, SIMMY                                                                              UNDETERMINED
520 EAGLE VIEW DR.                        ☒ Contingent
CAROL STREAM IL 60188                     ☒ Unliquidated
                                          ☒ Disputed

**Date or dates debt was incurred**       **Basis for the claim:**

9/9/2018                                  WORKERS COMPENSATION CLAIM
                                          WITHIN 1 YEAR OF FILING
**Last 4 digits of account number:**
                                          **Is the claim subject to offset?**

                                          ☒ No
                                          ☐ Yes

3.173.   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     **Amount of claim**
*Check all that apply.*

MCCOY, KRISTEN                                                                              UNDETERMINED
17 DANCHRIS CT                            ☒ Contingent
TAYLORS SC 29687                          ☒ Unliquidated
                                          ☒ Disputed

**Date or dates debt was incurred**       **Basis for the claim:**

6/30/2018                                 WORKERS COMPENSATION CLAIM
                                          WITHIN 1 YEAR OF FILING
**Last 4 digits of account number:**
                                          **Is the claim subject to offset?**

                                          ☒ No
                                          ☐ Yes

3.174.   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     **Amount of claim**
*Check all that apply.*

MCCUIN, KRISTI                                                                             UNDETERMINED
1653 TATE RD                              ☒ Contingent
ROCK HILL SC 29732                        ☒ Unliquidated
                                          ☒ Disputed

**Date or dates debt was incurred**       **Basis for the claim:**

7/2/2018                                  WORKERS COMPENSATION CLAIM
                                          WITHIN 1 YEAR OF FILING
**Last 4 digits of account number:**
                                          **Is the claim subject to offset?**

                                          ☒ No
                                          ☐ Yes

Debtor   **The LaSalle Group, Inc.**                                              Case number *(if known)* **19-31484**

| 3.175. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | MCKESSON CORPORATION<br>P.O. BOX 204786<br>DALLAS TX 75320-4786 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26,693.08 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.176. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | MEDLINE INDUSTRIES, INC.<br>DEPT. 1080<br>P.O. BOX 121080<br>DALLAS TX 75312-1080 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>PAYMENT GUARANTEE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.177. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | MELENDEZ, MICHELLE<br>223 SAN ANTONIO<br>SAN ANTONIO TX 78237 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>11/20/2018 | **Basis for the claim:**<br>WORKERS COMPENSATION CLAIM<br>WITHIN 1 YEAR OF FILING | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor     **The LaSalle Group, Inc.**                                          Case number *(if known)* **19-31484**

| | |
|---|---|
| 3.178. | **Nonpriority creditor's name and mailing address** |

| | | | |
|---|---|---|---|
| 3.178. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | MELVIN (WIN) WARREN 125 W ROMANA STREET STE 215 PENSACOLA FL 32502 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $9,065,581.70 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** NOTES PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☒ Yes | |

| | | | |
|---|---|---|---|
| 3.179. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | MEMORY CARE FOUNDATION FOR THE BENEFIT OF DIXON HUGHES GOODMAN LLP 4350 CONGRESS STREET STE 900 PO BOX 602828 CHARLOTTE NC 28260-2828 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $29,250.00 |
| | **Date or dates debt was incurred** 11/20/2018 | **Basis for the claim:** LEGAL FEES | |
| | **Last 4 digits of account number:** 9275 | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.180. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | MERCIER, TERNISE 23 LARKIN PLACE ATLANTA GA 30313 | ☒ Contingent ☒ Unliquidated ☒ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** 1/3/2019 | **Basis for the claim:** WORKERS COMPENSATION CLAIM WITHIN 1 YEAR OF FILING | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

Debtor    **The LaSalle Group, Inc.**                                              Case number *(if known)* **19-31484**

---

| 3.181. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MITCH WARREN
545 E JOHN CARPENTER FRWY
SUITE 500
IRVING TX 75062

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,129,914.66

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NOTES PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.182. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MONICA WYATT
650 E. SAINT CHARLES ROAD
CAROL STREAM IL 60188

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

6/5/2018

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Last 4 digits of account number: 7652**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.183. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MONSTER WORLDWIDE INC
P.O. BOX 90364
CHICAGO IL 60696-0364

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,445.42

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

RECRUITING SERVICES

**Last 4 digits of account number: 5377**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor     **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

---

3.184. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

MORAN, ELIZABETH
POBOX 257
LEMING TX 78050

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

12/22/2018

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.185. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

MWW DEVELOPMENT, LLC
545 E JOHN CARPENTER FRWY
SUITE 500
IRVING TX 75062

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,373,491.23

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY PAYABLES

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.186. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

MWW DEVELOPMENT, LLC FOR THE BENEFIT
OF
CANNON & CANNON INC
8550 KINGSTON PIKE
KNOXVILLE TN 37919

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,564.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1256

**Basis for the claim:**

ENGINEERING CONSULTING SERVICES

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor     **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

---

**3.187.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| MWW DEVELOPMENT, LLC FOR THE BENEFIT OF | ☐ Contingent | $4,300.00
| GSI ENGINEERING, LLC | ☐ Unliquidated |
| 4503 EAST 47TH STREET SOUTH | ☐ Disputed |
| WICHITA KS 67210-1651 | |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ENGINEERING SERVICES

**Last 4 digits of account number: 3046**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.188.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| MYSSOL, ANILUS | ☒ Contingent | UNDETERMINED
| 9876 WINGOOD DRIVE | ☒ Unliquidated |
| VENICE FL 34292 | ☒ Disputed |

**Date or dates debt was incurred**

12/18/2018

**Basis for the claim:**

WORKERS COMPENSATION CLAIM WITHIN 1 YEAR OF FILING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.189.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| NAAP | ☐ Contingent | $260.00
| 3604 WILDON STREET | ☐ Unliquidated |
| EAU CLAIRE WI 54703 | ☐ Disputed |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **The LaSalle Group, Inc.** Case number *(if known)* **19-31484**

---

**3.190.** **Nonpriority creditor's name and mailing address**

NANGTIE, SOLANGE
2609 FEATHERSTONE RD APT 450
OKLAHOMA CITY OK 73120

**Date or dates debt was incurred**

2/9/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.191.** **Nonpriority creditor's name and mailing address**

NAPLES MEMORY CARE, LLC FOR THE BENEFIT
OF
CAPITAL CENTER LAND CONDO ASSN INC
4077 TAMINAMI TRAIL NORTH STE D-201
NAPLES FL 32502

**Date or dates debt was incurred**

2/13/2019

**Last 4 digits of account number: NONE**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

COMMUNITY ASSOCIATION DUES

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$6,308.63

---

**3.192.** **Nonpriority creditor's name and mailing address**

NHI REIT OF TX-IL, LLC
222 ROBERT ROSE DRIVE
MURFREESBORO TN 37129

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LOAN GUARANTEE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor     **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

---

| 3.193. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NIXON PEABODY LLP
70 W MADISON STREET STE 3500
CHICAGO IL 60602

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,584.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3618**

**Basis for the claim:**

LEGAL FEES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.194. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

O'BRIEN ARCHITECTS INC
5310 HARVEST HILL STE 136 LB 161
DALLAS TX 75230

☐ Contingent
☐ Unliquidated
☐ Disputed

$135,301.03

**Date or dates debt was incurred**

2016

**Last 4 digits of account number: NONE**

**Basis for the claim:**

ARCHITECTURAL SERVICES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.195. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OGBEH, MARY
P.O. BOX 440353
KENNESAW GA 30160

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

9/2/2018

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **The LaSalle Group, Inc.**                                                  Case number *(if known)* **19-31484**

| | | | |
|---|---|---|---|
| 3.196. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | OGLETREE, DEAKINS, NASH, SMAOK & STEWART<br>PO BOX 89<br>COLUMBIA SC 29202 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $52,108.02 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | LEGAL FEES | |
| | **Last 4 digits of account number:** 8881 | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.197. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | OGUNLOLA, ENO<br>9744 FOREST LANE APT#1624<br>DALLAS TX 75243 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 11/8/2018 | WORKERS COMPENSATION CLAIM WITHIN 1 YEAR OF FILING | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.198. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | ON SHIFT, INC.<br>PO BOX 207856<br>DALLAS TX 75320-7856 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,531.66 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

Debtor     **The LaSalle Group, Inc.**                                        Case number *(if known)* **19-31484**

| 3.199. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ONE PENSACOLA PLAZA<br>C/0 DUCKWORTH REALTY<br>308 EAST PEARL ST STE 200<br>JACKSON MS 39201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $207.57 |
| | **Date or dates debt was incurred**<br>5/1/2019 | **Basis for the claim:**<br>RENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.200. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ONE SAFE PLACE<br>1550 WALNUT HILL LANE<br>IRVING TX 75038 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $307.47 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>IT SERVICES | |
| | **Last 4 digits of account number:** 1122 | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.201. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ONEDAY<br>4514 COLE AVENUE, SUITE 740<br>DALLAS TX 75201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,918.39 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>IT SERVICES | |
| | **Last 4 digits of account number:** NONE | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

**3.202.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

ORACLE AMERICA INC
PO BOX 203448
DALLAS TX 75320-3448

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,509.35

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** NONE

**Basis for the claim:**

IT SERVICES

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.203.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

ORIGIN BANCORP, INC.
C/O MAZAN SBAITI
SBAITI & COMPANY, PLLC
1201 ELM STREET, SUITE 4010
DALLAS
DALLAS TEXAS 75270

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LOAN GUARANTEE/PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.204.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

ORLAND PARK MEMORY CARE LLC
545 EAST JOHN CARPENTER FRWY #500
IRVING TX 75062

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,700.68

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** NONE

**Basis for the claim:**

INTERCOMPANY REIMBURSABLE
VENDOR EXPENSES

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor    **The LaSalle Group, Inc.**                                Case number *(if known)* **19-31484**

| | | |
|---|---|---|
| **3.205.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.205.**

**Nonpriority creditor's name and mailing address**

ORLAND PARK MEMORY CARE, LLC
545 E JOHN CARPENTER FRWY
SUITE 500
IRVING TX 75062

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLES

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$10,369.94

---

**3.206.**

**Nonpriority creditor's name and mailing address**

OSWEGO MEMORY CARE, LLC
545 E JOHN CARPENTER FRWY
SUITE 500
IRVING TX 75062

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLES

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$116,871.62

---

**3.207.**

**Nonpriority creditor's name and mailing address**

OVERLAND PARK MEMORY CARE, LLC
545 E JOHN CARPENTER FRWY
SUITE 500
IRVING TX 75062

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLES

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$3,552.53

Debtor     **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

---

**3.208.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

PARTS TOWN LLC
27787 NETWORK PLACE
CHICAGO IL 60673-1277

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$969.57

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.209.** **Nonpriority creditor's name and mailing address**

PATTY WILCZYNSKI
3850 W 117TH STREET
ALSIP IL 60803

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

9/20/2018

**Basis for the claim:**

EEOC/DISCRIMINATION

**Last 4 digits of account number:** 2029

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.210.** **Nonpriority creditor's name and mailing address**

PAULA EDWALL
P.O. BOX 27623
AUSTIN TX 78755

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

11/8/2018

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:** 7652

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The LaSalle Group, Inc.**                                                    Case number *(if known)* **19-31484**

| 3.211. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.211.  **Nonpriority creditor's name and mailing address**

PC CONNECTION SALES CORP
DBA CONNECTION
PO BOX 536472
PITTSBURGH PA 15253-5906

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$403.09

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1259

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.212.  **Nonpriority creditor's name and mailing address**

PEACOCK, LEE
187 MARTY LOOP
WOODLAND WA 98674

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

8/5/2018

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.213.  **Nonpriority creditor's name and mailing address**

PERFECT FEAST
PFR CORPORATE GIFTS, LLC
1469 NORTH 1200 WEST
OREM UT 84057

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$355.52

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** NONE

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The LaSalle Group, Inc.**                                        Case number *(if known)* **19-31484**

| 3.214. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.214.  **Nonpriority creditor's name and mailing address**

PERFECT PLANT CONTROL LLC
3804 ENGLEWOOD LANE
FT WORTH TX 76107

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: NONE**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

$248.98

---

3.215.  **Nonpriority creditor's name and mailing address**

PETTY, TANESHIA
512 FAIRBROOK LANE
FT WORTH TX 76140

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

7/3/2018

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

UNDETERMINED

---

3.216.  **Nonpriority creditor's name and mailing address**

PINEDA, ROSA
1008 TACOMA ST
CARPENTERSVILLE IL 60110

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

5/18/2018

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

UNDETERMINED

---

Debtor **The LaSalle Group, Inc.**                                        Case number *(if known)* **19-31484**

| 3.217. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.217.** **Nonpriority creditor's name and mailing address**

PITNEY BOWES GLOBAL (LEASE)
PO BOX 371887
PITTSBURGH PA 15250-7887

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$172.44

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2530**

**Basis for the claim:**

OFFICE EQUIPMENT LEASE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.218.** **Nonpriority creditor's name and mailing address**

PLAINSCAPITAL BANK
C/O DAVID O'DENS
SETTLEPOU
333 LEE PARKWAY, 8TH FLOOR
DALLAS TEXAS 75219

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.219.** **Nonpriority creditor's name and mailing address**

POPP HUTCHESON PLLC
1301 SOUTH MOPAC SUITE 430
AUSTIN TX 78746

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,578.30

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: IT17**

**Basis for the claim:**

PROFESSIONAL SERVICES

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The LaSalle Group, Inc.**                                              Case number *(if known)* **19-31484**

---

**3.220.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

PROGRESSIVE BUSINESS PUBLICATIONS
P.O. BOX 3014
MALVERN PA 19355-9790

☐ Contingent
☐ Unliquidated
☐ Disputed

$604.13

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number: 2975**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.221.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

PROSPERITY BANK
2201 SOUTH BROADWAY
EDMOND OK 73013

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LOAN GUARANTEE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.222.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

PRUDENTIAL LIFE INSURANCE CO
PO BOX 856138
LOUISVILLE KY 40285

☐ Contingent
☐ Unliquidated
☐ Disputed

$134.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LIFE INSURANCE

**Last 4 digits of account number: 1472**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor　**The LaSalle Group, Inc.**　　　　　　　　　　　Case number *(if known)* **19-31484**

| 3.223. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

QUANISHA SHANNON
818 ORR DRIVE
ROCK HILL SC 29730

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

3/16/2018, 05/09/18

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Last 4 digits of account number: 7652**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.224. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RAMIREZ, RHONDA
4113 W LILLIAN STREET APT H
MCHENRY IL 60050

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

9/22/2018

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.225. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

REACHLOCAL INC.
ATTN: KELLY BARKER
6111 PLANO PARKWAY, SUITE 1000
PLANO TX 75093

☐ Contingent
☐ Unliquidated
☐ Disputed

$20,193.48

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The LaSalle Group, Inc.**                                   Case number *(if known)* **19-31484**

---

| 3.226. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

REALPAGE INC.
PO BOX 11407
BIRMINGHAM AL 35246-5575

☐ Contingent
☐ Unliquidated
☐ Disputed

$105.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number: 221**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.227. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

REBECCA DAVILA
79 PUEBLO ROAD
MONTGOMERY IL 60538

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

7/31/2018

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Last 4 digits of account number: 7652**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.228. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RENASANT BANK
3328 PEACHTREE ROAD NE
SUITE 400
ATLANTA GA 30326

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LOAN GUARANTEE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 81 of 119

Debtor    **The LaSalle Group, Inc.**                                      Case number *(if known)* **19-31484**

| 3.229. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.229.  **Nonpriority creditor's name and mailing address**

RENTOKIL STERITECH
RENTOKIL STERITECH
PO BOX 13848
READING PA 19612

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9,372.26

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.230.  **Nonpriority creditor's name and mailing address**

REPUBLIC TITLE OF TEXAS, INC
2626 HOWELL STREET 10TH FLOOR
DALLAS TX 75204

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,268.00

**Date or dates debt was incurred**

7/17/2017

**Last 4 digits of account number: 7075**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.231.  **Nonpriority creditor's name and mailing address**

RESIDENT ID SC - 1001
C/O MATHEW, HEIMLICH, WALSH, KNIPPEN &
CETINA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

03/26/19

**Last 4 digits of account number: NONE**

**Basis for the claim:**

RESIDENT INJURY CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **The LaSalle Group, Inc.**                                     Case number *(if known)* **19-31484**

| | | |
|---|---|---|
| 3.232. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

|  | **Amount of claim** |
|---|---|

3.232.  **Nonpriority creditor's name and mailing address**

ROBERT HALF MANAGEMENT RESOURCES
PO BOX 743295
LOS ANGELES CA 90074-3295

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,166.40

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 9000

**Basis for the claim:**

CONTRACT LABOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.233.  **Nonpriority creditor's name and mailing address**

ROCKWALL MEMORY CARE, LLC
545 E JOHN CARPENTER FRWY
SUITE 500
IRVING TX 75062

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$94,459.29

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY PAYABLES

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.234.  **Nonpriority creditor's name and mailing address**

ROMERO, RICARDO
3780 COUNTY RD 8
HEREFORD TX 79045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

2/7/2019

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor     **The LaSalle Group, Inc.**                                                    Case number *(if known)* **19-31484**

| 3.235. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ROQUES, ANTOINETTE<br>14125 CORNERSTONE VILLAGE DR #101<br>HOUSTON TX 77014 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>7/7/2018 | **Basis for the claim:**<br>WORKERS COMPENSATION CLAIM<br>WITHIN 1 YEAR OF FILING | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.236. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ROSEMONT SUMMIT OPERATING, LLC<br>P.O. BOX 203525<br>DALLAS TX 75320-3525 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,244.15 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>RENT | |
| | **Last 4 digits of account number:** 8345 | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.237. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ROYAL CUP COFFEE<br>PO BOX 206011<br>DALLAS TX 75320-6011 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $191.19 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** 1681 | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

| | | | |
|---|---|---|---|
| 3.238. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

RUBINO, EMMA
1459 CANTER LANE
BARTLETT IL 60103

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

7/16/2018

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.239. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

RUBINO, EMMA
1459 CANTER LANE
BARTLETT IL 60103

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

12/14/2018

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.240. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

RYAN, LLC
PO BOX 848351
DALLAS TX 75284-8351

☐ Contingent
☐ Unliquidated
☐ Disputed

$27,144.48

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

| | | | |
|---|---|---|---|
| 3.241. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | SAINT-CIR, EMALEINE 10432 MAJESTIC CIR NAPLES FL 34114 | ☒ Contingent ☒ Unliquidated ☒ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** 2/28/2019 | **Basis for the claim:** WORKERS COMPENSATION CLAIM WITHIN 1 YEAR OF FILING | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.242. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | SALARY.COM LLC PO BOX 844048 BOSTON MA 02284-4048 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $8,390.41 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** VENDOR | |
| | **Last 4 digits of account number:** 3458 | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.243. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | SAMUEL, CANAKEISHA 1200 LIGHT ROAD APT 205 OSWEGO IL 60543 | ☒ Contingent ☒ Unliquidated ☒ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** 8/8/2018 | **Basis for the claim:** WORKERS COMPENSATION CLAIM WITHIN 1 YEAR OF FILING | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

Debtor     **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

| | | |
|---|---|---|
| 3.244. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.244. | **Nonpriority creditor's name and mailing address**

SARAH KELLEY
8010 KEW GARDENS CT
WAXHAW NC 28173

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

1/7/2019

**Last 4 digits of account number: 2029**

**Basis for the claim:**

EEOC/DISCRIMINATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.245. | **Nonpriority creditor's name and mailing address**

SARAH RHOTEN, AS EXECUTRIX ON BEHALF OF
MYRA GAIL RHOTEN
C/O JEFFREY KAITCER
LOE, WARREN, ROSENFIELD, KAITCER, HIBBS,
WINDSOR & WOLFFARTH, P.C
4420 W. VICKERY BLVD
FORT WORTH TEXAS 76107

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.246. | **Nonpriority creditor's name and mailing address**

SAS ARCHITECTS & PLANNERS
630 DUNDEE RD., STE. 110
NORTHBROOK IL 60062

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,675.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: NONE**

**Basis for the claim:**

ARCHITECTURAL SERVICES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **The LaSalle Group, Inc.**                                          Case number *(if known)* **19-31484**

| | | |
|---|---|---|
| 3.247. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.247.**

**Nonpriority creditor's name and mailing address**

SCHECHTEL, BARBARA
810 OLD OAK CIRCLE
ALGONQUIN IL 60102

**Date or dates debt was incurred**

3/1/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.248.**

**Nonpriority creditor's name and mailing address**

SCOTT, ANGEKIA
3301 BETHESDA TER
ACWORTH GA 30101

**Date or dates debt was incurred**

4/14/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.249.**

**Nonpriority creditor's name and mailing address**

SCOTT, STEVEN
312D WOODCREEK DR APT 211
BOLINGBROOK IL 60440

**Date or dates debt was incurred**

11/6/2018

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor     **The LaSalle Group, Inc.**                                   Case number *(if known)* **19-31484**

---

| 3.250. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SELEMNE FRUCTOSO
126 ALLENHURST STREET
SAN ANTONIO TX 78227

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

4/1/2019

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Last 4 digits of account number: 7652**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.251. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SELITA GRIFFIN
3200 W. SAM HOUSTON PKWY S
HOUSTON TX 77042

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

10/25/2017

**Basis for the claim:**

EEOC/DISCRIMINATION

**Last 4 digits of account number: 2029**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.252. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SEPULVEDA, KAREN
620 S LIBERTY ST
ELGIN IL 60120

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

9/5/2018

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **The LaSalle Group, Inc.**                                                   Case number *(if known)* **19-31484**

| 3.253. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SERVICETRAC
SERVICETRAC
9382 E. BAHIA DRIVE
SUITE B202
SCOTTSDALE AZ 85260

☐ Contingent
☐ Unliquidated
☐ Disputed

$585.94

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.254. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SHANNA RACKLEY
P.O. BOX 31
WELLSTON OK 74881

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

3/28/2019

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:** 7652

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.255. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SHENEKA BALLARD
15835 BAZELBRIAR
MISSOURI CITY TX 77489

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

1/18/2018

**Basis for the claim:**

EEOC/DISCRIMINATION

**Last 4 digits of account number:** 2029

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

---

3.256.  **Nonpriority creditor's name and mailing address**

SHORT, BRITTANY
175 SOUTHLAKE DR
ROCKWALL TX 75032

**Date or dates debt was incurred**

11/8/2018

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.257.  **Nonpriority creditor's name and mailing address**

SILVA, MARIA
10851 W MONTFAIR BLVD APT 4310
THE WOODLANDS TX 77382

**Date or dates debt was incurred**

5/1/2018

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.258.  **Nonpriority creditor's name and mailing address**

SILVA, RUBEN
222 LOMA LINDA
AMARILLO TX 79118

**Date or dates debt was incurred**

9/12/2018

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor      **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

---

**3.259.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SILVERADO INTERESTS HOLDINGS, LLC
8235 DOUGLAS AVENUE
SUITE 350
DALLAS TX 75225

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,700,000.00

**Date or dates debt was incurred**

09/2016 TO 11/2017

**Basis for the claim:**

NOTES PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.260.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SIMMONS BANK
P.O. BOX 7009
PINE BLUFF AR 71611

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LOAN GUARANTEE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.261.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SIMMONS, MARKESHA
12264 BOB WHITE DR
HOUSTON TX 77035

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

5/10/2019

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The LaSalle Group, Inc.**                                                      Case number *(if known)* **19-31484**

| 3.262. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | SMITH, TIMOTHY<br>1932 S HICKORY PL<br>BROKEN ARROW OK 74012 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>6/11/2018 | **Basis for the claim:**<br>WORKERS COMPENSATION CLAIM<br>WITHIN 1 YEAR OF FILING | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.263. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | SMITH, TYNIKQUA<br>3550 TIMBERGLEN RD #29<br>DALLAS TX 75287 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>10/5/2018 | **Basis for the claim:**<br>WORKERS COMPENSATION CLAIM<br>WITHIN 1 YEAR OF FILING | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.264. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | SOUTH BARRINGTON MEMORY CARE, LLC<br>545 E JOHN CARPENTER FRWY<br>SUITE 500<br>IRVING TX 75062 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $612,634.25 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>INTERCOMPANY PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

Debtor    **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

| 3.265. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SOUTHPAW LIVE
545 E. JOHN CARPENTER FREEWAY
STE 670
IRVING TX 75062

☑ Contingent
☑ Unliquidated
☐ Disputed

$10,463.46

**Date or dates debt was incurred**

_____

**Basis for the claim:**

SECURITY DEPOSIT HELD FOR
SUBLEASES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.266. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SOUTHWEST OKLAHOMA CITY MEMORY CARE,
LLC
545 E JOHN CARPENTER FRWY
SUITE 500
IRVING TX 75062

☐ Contingent
☐ Unliquidated
☐ Disputed

$75,722.81

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.267. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SPARKLE LEWIS-PHILLIPS
307 D WOODCREEK DRIVE
APT# 308
BOLINGBROOK IL 60440

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

3/19/2018

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Last 4 digits of account number: 7652**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **The LaSalle Group, Inc.**                                                    Case number *(if known)* **19-31484**

**3.268.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

STAPLES BUSINESS ADVANTAGE
PO BOX 660409
DALLAS TX 75266-0409

$6,841.17

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       VENDOR

**Last 4 digits of account number: 3617**     **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.269.**    **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** *Check all that apply.*        **Amount of claim**

STAPLES TECHNOLOGY SOLUTIONS
P.O. BOX 95230
CHICAGO IL 60694-5230

$7,131.20

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       COPIER SUPPLIES AND MAINTENANCE

**Last 4 digits of account number: 4500**     **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.270.**    **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** *Check all that apply.*        **Amount of claim**

STEPHANIE DIXON
1114 MOHAWK DRIVE
ELGIN IL 60120

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

3/14/2018                                     WORKERS COMPENSATION CLAIM

**Last 4 digits of account number: 7652**     **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor     **The LaSalle Group, Inc.**                                                   Case number *(if known)* **19-31484**

**3.271.**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     | Amount of claim |
*Check all that apply.*

STERLING TALENT SOLUTIONS                         ☐ Contingent                                $8,192.54
NEWARK POST OFFICE
PO BOX 36482                                      ☐ Unliquidated
NEWARK NJ 07193-6482
                                                 ☐ Disputed

**Date or dates debt was incurred**              **Basis for the claim:**

VARIOUS                                          RECRUITING SERVICES

**Last 4 digits of account number: 8862**        **Is the claim subject to offset?**

                                                 ☑ No
                                                 ☐ Yes


**3.272.**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     | Amount of claim |
*Check all that apply.*

STROM, DONNA                                      ☑ Contingent                                UNDETERMINED
2296 W NICHOLS RD
ARLINGTON HEIGHTS IL 60004                        ☑ Unliquidated

                                                 ☑ Disputed

**Date or dates debt was incurred**              **Basis for the claim:**

10/21/2018                                       WORKERS COMPENSATION CLAIM
                                                 WITHIN 1 YEAR OF FILING
**Last 4 digits of account number:**
                                                 **Is the claim subject to offset?**

                                                 ☑ No
                                                 ☐ Yes


**3.273.**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     | Amount of claim |
*Check all that apply.*

STYERS, GLORIA                                     ☑ Contingent                               UNDETERMINED
7303 SPRING CYPRESS RD. APT #412
SPRING TX 77379                                   ☑ Unliquidated

                                                 ☑ Disputed

**Date or dates debt was incurred**              **Basis for the claim:**

2/16/2019                                        WORKERS COMPENSATION CLAIM
                                                 WITHIN 1 YEAR OF FILING
**Last 4 digits of account number:**
                                                 **Is the claim subject to offset?**

                                                 ☑ No
                                                 ☐ Yes

Debtor **The LaSalle Group, Inc.**                                              Case number *(if known)* **19-31484**

| | | |
|---|---|---|
| 3.274. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

3.274.  **Nonpriority creditor's name and mailing address**

SYSCO
PO BOX 560700
LEWISVILLE TX 75056-0700

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$51,208.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4131**

**Basis for the claim:**

FOOD VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.275.  **Nonpriority creditor's name and mailing address**

TAEKSUM HELMS
620 FAWN MEADOW TRAIL
KENNEDALE TX 76060

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

UNKNOWN (2019)

**Last 4 digits of account number: 2029**

**Basis for the claim:**

EEOC/DISCRIMINATION

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.276.  **Nonpriority creditor's name and mailing address**

TCF NATIONAL BANK
1405 XENIUM LANE
PLYMOUTH MN 55441

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LOAN GUARANTEE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor    **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

| | | |
|---|---|---|
| 3.277. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

TCG - THE CREATIVE GROUP
P.O. BOX 743295
LOS ANGELES CA 90074-3295

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$85.94

**Date or dates debt was incurred**

12/17/2018

**Basis for the claim:**

VENDOR

**Last 4 digits of account number: 9000**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.278.   **Nonpriority creditor's name and mailing address**

TERILYN COLLINS
PO BOX 48234
FORT WORTH TX 76148

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

8/26/2018

**Basis for the claim:**

EEOC/DISABILITY

**Last 4 digits of account number: 2029**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.279.   **Nonpriority creditor's name and mailing address**

TEX-AIR FILTER/AIR RELIEF TECHNOLOGIES
5757 EAST ROSEDALE STREET
FORT WORTH TX 76112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,210.17

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **The LaSalle Group, Inc.**                                              Case number *(if known)* **19-31484**

---

**3.280.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TEXAS CAPITAL BANK
2350 LAKESIDE BLVD.
SUITE 800
RICHARDSON TX 75082

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LOAN GUARANTEE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.281.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

THE AMERICAN NATIONAL BANK OF TEXAS, N.A
C/O ARNALL GOLDEN GREGORY, LLP
17TH STREET NW, SUITE 2100
ATLANTA GA 30363

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.282.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

THE DALLAS MORNING NEWS, INC
PO BOX 630054
DALLAS TX 75263-0054

☐ Contingent
☐ Unliquidated
☐ Disputed

$23.81

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:** 9916

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **The LaSalle Group, Inc.**                                   Case number *(if known)* **19-31484**

---

**3.283.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

THE LASALLE GROUP, INC. D/B/A CONSTANT
CARE MANAGEMENT COMPANY FOR THE
BENEFIT OF
YARDI SYSTEMS
P.O. BOX 82572
GOLETA CA 93118-2572

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$16,588.95

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

SOFTWARE SUBSCRIPTION

**Last 4 digits of account number: 1766**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.284.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

THE VILLAGE AT SILVER SAGE
6363 WOODWAY DRIVE SUITE 410
HOUSTON TX 77057

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$12,246.03

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number: NONE**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.285.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

THE WOODLANDS MEMORY CARE, LLC
545 E JOHN CARPENTER FRWY
SUITE 500
IRVING TX 75062

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,542,825.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

Debtor    **The LaSalle Group, Inc.**                                        Case number *(if known)* **19-31484**

| 3.286. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.286.    **Nonpriority creditor's name and mailing address**

TIMOTHY GREENE AND KAYE SHEETS,
INDIVIDUALLY AND TIMOTHY GREEN ON
BEHALF OF THE ESTATE OF EULA GREENE
C/O JONATHAN PARRIS
GOOD LAW GROUP, LLC
P.O. BOX 2415
GAINESVILLE GEORGIA 30503

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.287.    **Nonpriority creditor's name and mailing address**

TLG FAMILY MANAGEMENT
545 E. JOHN CARPENTER FRWY #500
IRVING TX 75062

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$112,670.41

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: NONE**

**Basis for the claim:**

INTERCOMPANY REIMBURSABLE
VENDOR EXPENSES

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.288.    **Nonpriority creditor's name and mailing address**

TLG FAMILY MANAGEMENT
545 E JOHN CARPENTER FRWY
SUITE 500
IRVING TX 75062

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,878,148.52

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY PAYABLES & NOTE
PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor  **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

| 3.289. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.289.

**Nonpriority creditor's name and mailing address**

TLG FAMILY MANAGEMENT FOR THE BENEFIT OF
THE BUNKER HILL BUILDING
9525 KATY FREEWAY
SUITE 215
HOUSTON TX 77024

**Date or dates debt was incurred**

5/1/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PRO-RATA RENT

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$71.06

---

3.290.

**Nonpriority creditor's name and mailing address**

TMA APARTMENTS, INC.
1110 ASPEN COURT
ROCKWALL TX 75087

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

NOTES PAYABLE

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

$750,000.00

---

3.291.

**Nonpriority creditor's name and mailing address**

TOBIN, ANNA
2534 BISONTINE ST
FRIENDSWOOD TX 77546

**Date or dates debt was incurred**

11/19/2018

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor **The LaSalle Group, Inc.**

Case number *(if known)* **19-31484**

| | | | |
|---|---|---|---|
| 3.292. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | TOWNE LAKE MEMORY CARE, LLC<br>545 E JOHN CARPENTER FRWY<br>SUITE 500<br>IRVING TX 75062 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $39,943.66 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>INTERCOMPANY PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☒ Yes | |

| | | | |
|---|---|---|---|
| 3.293. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | TOWNE LAKE MEMORY CARE, LLC FOR THE BENEFIT OF<br>CHICAGO TITLE INSURANCE COMPANY<br>5565 GLENRIDGE CONNECTOR STE 300<br>ATLANTA GA 30342 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,226.00 |
| | **Date or dates debt was incurred**<br>4/3/2019 | **Basis for the claim:**<br>TITLE COMPANY | |
| | **Last 4 digits of account number:** NONE | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.294. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | TUCKER, AMIE<br>6511 W RIDGECREEK DR<br>MISSOURI CITY TX 77489 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>6/3/2018 | **Basis for the claim:**<br>WORKERS COMPENSATION CLAIM WITHIN 1 YEAR OF FILING | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor    **The LaSalle Group, Inc.**                                     Case number *(if known)* **19-31484**

| 3.295. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | UNDERWOOD ATTORNEYS AT LAW<br>PO BOX 9158<br>AMARILLO TX 79105-9158 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11.34 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 5/17/2017 | LEGAL FEES | |
| | **Last 4 digits of account number: 1003** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| 3.296. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | UNIFORM WIZARD<br>826 N. HOAGLAND BLVD<br>KISSIMMEE FL 34741 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,132.50 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| 3.297. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | UNITED COMMUNITY BANK<br>1400 AUGUSTA STREET<br>GREENVILLE SC 29605 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | LOAN GUARANTEE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

Debtor    **The LaSalle Group, Inc.**                                                    Case number *(if known)* **19-31484**

| 3.298. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

UNIVERSAL ENGINEERING SCIENCES
PO BOX 25316
TAMPA FL 33622-5316

☐ Contingent
☐ Unliquidated
☐ Disputed

$200.00

**Date or dates debt was incurred**

7/22/2016

**Basis for the claim:**

ENGINEERING SERVICES

**Last 4 digits of account number: 0061**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.299. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

US FOODS, INC.
FISH LICENSE #17108
P.O. BOX 843202
DALLAS TX 75284-3202

☐ Contingent
☐ Unliquidated
☐ Disputed

$24,063.63

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

FOOD VENDOR

**Last 4 digits of account number: 2020**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.300. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

USAM, LEAH
322 HICKORY OAKS DR
BOLINGBROOK IL 60490

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

12/23/2018

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **The LaSalle Group, Inc.**                                                      Case number *(if known)* **19-31484**

| 3.301. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | VAZQUEZ, STEPHANIE<br>2944 GEORGE ST<br>FRANKLIN PARK IL 60131 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>1/13/2019 | **Basis for the claim:**<br>WORKERS COMPENSATION CLAIM<br>WITHIN 1 YEAR OF FILING | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.302. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | VERIZON WIRELESS<br>PO BOX 660108<br>DALLAS TX 75266-0108 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $401.19 |
| | **Date or dates debt was incurred**<br>4/18/2019 | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number: 7714** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.303. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | VERONICA EDWARDS<br>C/O STEPHEN MARTAY<br>MARTAY LAW OFFICE<br>134 N. LASALLE STREET<br>9TH FLOOR<br>CHICAGO IL 60602 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>2/8/2019 | **Basis for the claim:**<br>WORKERS COMPENSATION CLAIM | |
| | **Last 4 digits of account number: 5202** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor    **The LaSalle Group, Inc.**                                         Case number *(if known)* **19-31484**

---

**3.304.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| VERTICAL EDGE CONSULTING GROUP<br>11595 NORTH MERIDIAN ST STE 510<br>CARMEL IN 46032 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,290.00

**Date or dates debt was incurred**

2/13/2019

**Basis for the claim:**

ARLINGTON LEASE REFUND

**Last 4 digits of account number: NONE**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.305.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| VIOLETA FLORES<br>10907 STEVE MILE<br>HOUSTON TX 77093 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED

**Date or dates debt was incurred**

11/27/2018

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Last 4 digits of account number: 7652**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.306.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| VMG HEALTH<br>PO BOX 674046<br>DALLAS TX 75267-4046 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,350.00

**Date or dates debt was incurred**

10/15/2018

**Basis for the claim:**

APPRAISAL REPORT SERVICES

**Last 4 digits of account number: NONE**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The LaSalle Group, Inc.**                                                    Case number *(if known)* **19-31484**

| 3.307. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VORROHEALTH
PO BOX 1185
FARMINGTON UT 84025

☐ Contingent
☐ Unliquidated
☐ Disputed

$370.92

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number: NONE**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.308. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WERNER, CAROL
20051 SUNSHINE RIDGE LN
CYPRESS TX 77429

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

9/23/2018

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.309. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WHITE, KIA
PO BOX 3043
ROCK HILL SC 29732

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

2/1/2019

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor      **The LaSalle Group, Inc.**                                                    Case number *(if known)* **19-31484**

| 3.310. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.310.  **Nonpriority creditor's name and mailing address**

WILLIAMS, TARA
1132 N 9TH ST
BLUE SPRINGS MO 64014

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

6/21/2018

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.311.  **Nonpriority creditor's name and mailing address**

WILSON, ROMEL
5951 EAST 72ND STREET APT 2001
TULSA OK 74136

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

12/18/2018

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.312.  **Nonpriority creditor's name and mailing address**

XAVIER, SAINU
2115 S. TONNE DR. APT #110
ARLINGTON HEIGHTS IL 60005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

12/25/2018

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor **The LaSalle Group, Inc.**                                   Case number *(if known)* **19-31484**

| 3.313. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

XEROX CORPORATION
PO BOX 827598
PHILADELPHIA PA 19182-7598

☐ Contingent
☐ Unliquidated
☐ Disputed

$58.35

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 4384

**Basis for the claim:**

IT SERVICES

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.314. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

YANEZ, MARIAH
2420 LAURELWOOD DR #318
ARLINGTON TX 76010

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

12/17/2018

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
WITHIN 1 YEAR OF FILING

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.315. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ZOHO CORPORATION
PO BOX 894926
LOS ANGELES CA 90189-4926

☐ Contingent
☐ Unliquidated
☐ Disputed

$282.36

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 3407

**Basis for the claim:**

IT SERVICES

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The LaSalle Group, Inc.**                                              Case number *(if known)* **19-31484**

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| AMBER GARNETT<br>ADJUSTER<br>GREAT AMERICAN ALLIANCE INSURANCE COMPANY<br>301 4TH STREET<br>CINCINNATI OH 45202 | Part 2 line 3.166 | _____ |
| AMBER GARNETT<br>ADJUSTER<br>GREAT AMERICAN ALLIANCE INSURANCE COMPANY<br>301 4TH STREET<br>CINCINNATI OH 45202 | Part 2 line 3.254 | _____ |
| AMBER GARNETT<br>ADJUSTER<br>GREAT AMERICAN ALLIANCE INSURANCE COMPANY<br>301 4TH STREET<br>CINCINNATI OH 45202 | Part 2 line 3.135 | _____ |
| ANGELA D. GREEN<br>OGLETREE, DEAKINS, NASH, SMAOK & STEWART<br>8117 PRESTON ROAD<br>SUITE 500<br>DALLAS TX 75225 | Part 2 line 3.156 | _____ |
| ANN GUILD<br>ILLINOIS DEPARTMENT OF HUMAN RIGHTS<br>100 WEST RANDOLPH STREET<br>SUITE 10-100<br>CHICAGO IL 60601 | Part 2 line 3.64 | _____ |
| BRETT TIMMONS<br>LAW OFFICES OF BRIAN J. JUDIS<br>700 N. PEARL STREET, SUITE 425<br>DALLAS TEXAS 75201 | Part 2 line 3.245 | _____ |
| BRETT TIMMONS<br>LAW OFFICES OF BRIAN J. JUDIS<br>700 N. PEARL STREET, SUITE 425<br>DALLAS TEXAS 75201 | Part 2 line 3.140 | _____ |
| BRIAN LAUTEN<br>3811 TURTLE CREEK BLVD<br>SUITE 1450<br>DALLAS TEXAS 75219 | Part 2 line 3.21 | _____ |
| BRIAN LAUTEN<br>3811 TURTLE CREEK BLVD<br>SUITE 1450<br>DALLAS TEXAS 75219 | Part 2 line 3.21 | _____ |
| BRIAN LAUTEN<br>3811 TURTLE CREEK BLVD<br>SUITE 1450<br>DALLAS TEXAS 75219 | Part 2 line 3.24 | _____ |

Debtor    **The LaSalle Group, Inc.**                                           Case number *(if known)* **19-31484**

| | | |
|---|---|---|
| BRIAN LAUTEN<br>3811 TURTLE CREEK BLVD<br>SUITE 1450<br>DALLAS TEXAS 75219 | Part 2 line 3.23 | _____ |
| BRIAN LAUTEN<br>3811 TURTLE CREEK BLVD<br>SUITE 1450<br>DALLAS TEXAS 75219 | Part 2 line 3.43 | _____ |
| BRIAN LAUTEN<br>3811 TURTLE CREEK BLVD<br>SUITE 1450<br>DALLAS TEXAS 75219 | Part 2 line 3.32 | _____ |
| BRIAN LAUTEN<br>3811 TURTLE CREEK BLVD<br>SUITE 1450<br>DALLAS TEXAS 75219 | Part 2 line 3.114 | _____ |
| BRIAN LAUTEN<br>3811 TURTLE CREEK BLVD<br>SUITE 1450<br>DALLAS TEXAS 75219 | Part 2 line 3.203 | _____ |
| BRIAN LAUTEN<br>3811 TURTLE CREEK BLVD<br>3811 TURTLE CREEK BLVD<br>SUITE 1450<br>DALLAS TEXAS 75219 | Part 2 line 3.218 | _____ |
| BRYAN CAVE LEIGHTON PAISNER LLP<br>TRINITEE G. GREEN<br>161 NORTH CLARK STREET, SUITE 4300<br>CHICAGO IL 60601-3315 | Part 2 line 3.299 | _____ |
| C/O ARNALL GOLDEN GREGORY, LLP<br>17TH STREET NW, SUITE 2100<br>ATLANTA GA 30363 | Part 2 line 3.281 | _____ |
| C/O COLLEEN DEROSA<br>OGLETREE, DEAKINS, NASH, ET AL.<br>155 NORTH WACKER DRIVE<br>SUITE 4300<br>CHICAGO IL 60606 | Part 2 line 3.17 | _____ |
| C/O COURTNEY BOWLINE<br>DEANS & LYONS, LLP<br>325 NORTH ST. PAUL STREET, SUITE 1500<br>DALLAS TEXAS 75201 | Part 2 line 3.43 | _____ |
| C/O CURTIS CLINESMITH<br>THE CLINESMITH FIRM<br>325 N. ST. PAUL, 29TH FLOOR<br>DALLAS TEXAS 75201 | Part 2 line 3.140 | _____ |
| C/O DAVID FISH<br>THE FISH LAW FIRM, PC<br>200 E. 5TH AVENUE<br>SUITE 123<br>NAPERVILLE IL 60563 | Part 2 line 3.17 | _____ |
| C/O DAVID GORDON<br>POLSINELLI<br>1201 W. PEACHTREE STREET, SUITE 110<br>ATLANTA GA 30309 | Part 2 line 3.192 | _____ |
| C/O DAVID O'DENS<br>SETTLEPOU<br>333 LEE PARKWAY, 8TH FLOOR<br>DALLAS TEXAS 75219 | Part 2 line 3.218 | _____ |

Debtor **The LaSalle Group, Inc.**                                  Case number *(if known)* **19-31484**

| | | |
|---|---|---|
| C/O DUNN SHEEHAN<br>400 CARLILE STREET, SUITE 200<br>DALLAS TEXAS 75304 | Part 2 line 3.21 | _____ |
| C/O DUNN SHEEHAN<br>400 CARLILE STREET, SUITE 200<br>DALLAS TEXAS 75304 | Part 2 line 3.22 | _____ |
| C/O DUNN SHEEHAN<br>400 CARLILE STREET, SUITE 200<br>DALLAS TEXAS 75304 | Part 2 line 3.24 | _____ |
| C/O DUNN SHEEHAN<br>400 CARLILE STREET, SUITE 200<br>DALLAS TEXAS 75304 | Part 2 line 3.23 | _____ |
| C/O FAYSSOUX & LANDIS<br>P.O. BOX 10207<br>209 E. WASHINGTON STREET<br>GREENVILLE SOUTH CAROLINA 29601 | Part 2 line 3.82 | _____ |
| C/O GREGORY SUDBURY<br>QUILLING, SELANDER, LOWNDS, WINSLETT &<br>MOSER, P.C.<br>2001 BRYAN STREET, SUITE 1800<br>DALLAS TEXAS 75201 | Part 2 line 3.32 | _____ |
| C/O JASON WAYMIRE<br>WILLIAMS, MORRIS & WAYMIRE<br>4330 S. LEE STREET, BLDG 400, SUITE A<br>BUFORD GEORGIA 30518 | Part 2 line 3.58 | _____ |
| C/O JEFF MAYES<br>OGLETREE, DEAKINS, NASH, ET AT<br>ONE ALLEN CENTER<br>SUITE 500<br>DALLAS TX 77002 | Part 2 line 3.162 | _____ |
| C/O JEFFREY KAITCER<br>LOE, WARREN, ROSENFIELD, KAITCER, HIBBS,<br>WINDSOR & WOLFFARTH, P.C<br>4420 W. VICKERY BLVD<br>FORT WORTH TEXAS 76107 | Part 2 line 3.245 | _____ |
| C/O JONATHAN PARRIS<br>GOOD LAW GROUP, LLC<br>P.O. BOX 2415<br>GAINESVILLE GEORGIA 30503 | Part 2 line 3.286 | _____ |
| C/O KENNETH JOHSNON<br>JOHNSON & PRATT<br>1717 MAIN STREET, SUITE 3000<br>DALLAS TEXAS 75201 | Part 2 line 3.45 | _____ |
| C/O LAURA HANSEN<br>FOX ROTHSCHILD, LLP<br>1001 FOURTH AVENUE, SUITE 4500<br>SEATTLE WASHINGTON 98154 | Part 2 line 3.2 | _____ |
| C/O MAZAN SBAITI<br>SBAITI & COMPANY, PLLC<br>1201 ELM STREET, SUITE 4010<br>DALLAS TEXAS 75270 | Part 2 line 3.203 | _____ |
| C/O PAT NELIGAN<br>NELIGAN, LLP<br>325 NORTH ST. PAUL STREET, SUITE 3600<br>DALLAS TEXAS 75201 | Part 2 line 3.45 | _____ |
| C/O STEPHEN BRUCE<br>P.O. BOX 808<br>EDMOND OK 73083 | Part 2 line 3.86 | _____ |

Debtor **The LaSalle Group, Inc.** Case number *(if known)* **19-31484**

C/O STEPHEN W. LEMMON
STRESUAND, LANDON, OZBURN & LEMMON, LLP
811 BARTON SPRINGS RAD, SUITE 811
AUSTON TEXAS 78704

Part 2 line 3.114

_____

CHAPMAN AND CUTLER
111 WEST MONROE STREET
CHICAGO IL 60603

Part 2 line 3.41

_____

CHRIS FAGAN
QBE SPECIALTY INSURANCE
ATTN: CLAIMS
55 WATER STREET
NEW YORK NY 10041

Part 2 line 3.209

_____

CHRIS FAGAN
QBE SPECIALTY INSURANCE
ATTN: CLAIMS
55 WATER STREET
NEW YORK NY 10041

Part 2 line 3.5

_____

COLLEEN DEROSA
OGLETREE, DEAKINS, NASH, SMAOK & STEWART
PO BOX 89
COLUMBIA SC 29202

Part 2 line 3.149

_____

DANIELLE CLARK
ADJUSTER
GREAT AMERICAN ALLIANCE INSURANCE
COMPANY
301 4TH STREET
CINCINNATI OH 45202

Part 2 line 3.136

_____

DREW GRAHAM
LAW OFFICES OF ERIC ANDERSON
1851 E. FIRST STREET
SANTA ANA CA 92705

Part 2 line 3.58

_____

GLADYS MARRERO
ENFORCEMENT INVESTIGATOR
EEOC DALLAS DISTRICT OFFICE
207 S. HOUSTON STREET
3RD FLOOR
DALLAS TX 75202

Part 2 line 3.278

_____

GREAT AMERICAN ALLIANCE INSURANCE
COMPANY
ATTN: CLAIMS
301 4TH STREET
CINCINNATI OH 45202

Part 2 line 3.303

_____

HEDRICK KRING PLLC
KATHARINE BATTAIA CLARK,ESQ
1700 PACIFIC AVE.,STE 4650
DALLAS TX 75201

Part 2 line 3.287

_____

HEDRICK KRING PLLC
KATHARINE BATTAIA CLARK,ESQ
1700 PACIFIC AVE.,STE 4650
DALLAS TX 75201

Part 2 line 3.283

_____

JENNIFER TAYLOR
ADJUSTER
GREAT AMERICAN ALLIANCE INSURANCE
COMPANY
301 4TH STREET
CINCINNATI OH 45202

Part 2 line 3.223

_____

Debtor    **The LaSalle Group, Inc.**                                        Case number *(if known)* **19-31484**

| | | |
|---|---|---|
| JENNIFER TAYLOR<br>ADJUSTER<br>GREAT AMERICAN ALLIANCE INSURANCE<br>COMPANY<br>301 4TH STREET<br>CINCINNATI OH 45202 | Part 2 line 3.170 | _____ |
| JUDIE TRUDEL<br>ADJUSTER<br>GREAT AMERICAN ALLIANCE INSURANCE<br>COMPANY<br>301 4TH STREET<br>CINCINNATI OH 45202 | Part 2 line 3.141 | _____ |
| KATHY DEGROOT<br>ADJUSTER<br>GREAT AMERICAN ALLIANCE INSURANCE<br>COMPANY<br>301 4TH STREET<br>CINCINNATI OH 45202 | Part 2 line 3.305 | _____ |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>LAURIE A SPINDLER,ESQ<br>2777 N STEMMONS FREEWAY STE 1000<br>DALLAS TX 75207 | Part 1 line 2.2 | _____ |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>LAURIE A SPINDLER,ESQ<br>2777 N STEMMONS FREEWAY STE 1000<br>DALLAS TX 75207 | Part 1 line 2.4 | _____ |
| LORNA BALTIMORE<br>ADJUSTER<br>GREAT AMERICAN ALLIANCE INSURANCE<br>COMPANY<br>301 4TH STREET<br>CINCINNATI OH 45202 | Part 2 line 3.182 | _____ |
| LORNA BALTIMORE<br>ADJUSTER<br>GREAT AMERICAN ALLIANCE INSURANCE<br>COMPANY<br>301 4TH STREET<br>CINCINNATI OH 45202 | Part 2 line 3.169 | _____ |
| LORNA BALTIMORE<br>ADJUSTER<br>GREAT AMERICAN ALLIANCE INSURANCE<br>COMPANY<br>301 4TH STREET<br>CINCINNATI OH 45202 | Part 2 line 3.158 | _____ |
| MARGARET RUSSO<br>ADJUSTER<br>GREAT AMERICAN ALLIANCE INSURANCE<br>COMPANY<br>301 4TH STREET<br>CINCINNATI OH 45202 | Part 2 line 3.270 | _____ |
| MARGARET RUSSO<br>ADJUSTER<br>GREAT AMERICAN ALLIANCE INSURANCE<br>COMPANY<br>301 4TH STREET<br>CINCINNATI OH 45202 | Part 2 line 3.267 | _____ |
| MARGARET RUSSO<br>ADJUSTER<br>GREAT AMERICAN ALLIANCE INSURANCE<br>COMPANY<br>301 4TH STREET<br>CINCINNATI OH 45202 | Part 2 line 3.227 | _____ |

Debtor   **The LaSalle Group, Inc.**        Case number *(if known)* **19-31484**

| | | |
|---|---|---|
| MARGARET RUSSO<br>ADJUSTER<br>GREAT AMERICAN ALLIANCE INSURANCE<br>COMPANY<br>301 4TH STREET<br>CINCINNATI OH 45202 | Part 2 line 3.75 | _____ |
| MARY CHAMBERS<br>ADJUSTER<br>GREAT AMERICAN ALLIANCE INSURANCE<br>COMPANY<br>301 4TH STREET<br>CINCINNATI OH 45202 | Part 2 line 3.150 | _____ |
| MOIRE MORON<br>QBE SPECIALTY INSURANCE<br>ATTN: CLAIMS<br>55 WATER STREET<br>NEW YORK NY 10041 | Part 2 line 3.20 | _____ |
| MOIRE MORON<br>QBE SPECIALTY INSURANCE<br>ATTN: CLAIMS<br>55 WATER STREET<br>NEW YORK NY 10041 | Part 2 line 3.26 | _____ |
| MOIRE MORON<br>QBE SPECIALTY INSURANCE<br>ATTN: CLAIMS<br>55 WATER STREET<br>NEW YORK NY 10041 | Part 2 line 3.251 | _____ |
| MOIRE MORON<br>QBE SPECIALTY INSURANCE<br>ATTN: CLAIMS<br>55 WATER STREET<br>NEW YORK NY 10041 | Part 2 line 3.255 | _____ |
| MOIRE MORON<br>QBE SPECIALTY INSURANCE<br>ATTN: CLAIMS<br>55 WATER STREET<br>NEW YORK NY 10041 | Part 2 line 3.162 | _____ |
| MONET ILLE<br>ADJUSTER<br>GREAT AMERICAN ALLIANCE INSURANCE<br>COMPANY<br>301 4TH STREET<br>CINCINNATI OH 45202 | Part 2 line 3.138 | _____ |
| OGLETREE, DEAKINS, NASH, SMAOK & STEWART<br>8117 PRESTON ROAD<br>SUITE 500<br>DALLAS TX 75225 | Part 2 line 3.278 | _____ |
| QBE SPECIALTY INSURANCE<br>ATTN: CLAIMS<br>55 WATER STREET<br>NEW YORK NY 10041 | Part 2 line 3.149 | _____ |
| QBE SPECIALTY INSURANCE<br>ATTN: CLAIMS<br>55 WATER STREET<br>NEW YORK NY 10041 | Part 2 line 3.64 | _____ |
| QBE SPECIALTY INSURANCE<br>ATTN: CLAIMS<br>55 WATER STREET<br>NEW YORK NY 10041 | Part 2 line 3.244 | _____ |

Debtor **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

| | | |
|---|---|---|
| QBE SPECIALTY INSURANCE<br>ATTN: CLAIMS<br>55 WATER STREET<br>NEW YORK NY 10041 | Part 2 line 3.278 | _____ |
| QBE SPECIALTY INSURANCE<br>ATTN: CLAIMS<br>55 WATER STREET<br>NEW YORK NY 10041 | Part 2 line 3.278 | _____ |
| QBE SPECIALTY INSURANCE<br>ATTN: CLAIMS<br>55 WATER STREET<br>NEW YORK NY 10041 | Part 2 line 3.275 | _____ |
| SHANNON A LANG<br>LANG & ASSOCIATES, PLLC<br>4301 YOAKUM BLVD<br>HOUSTON TX 77006 | Part 2 line 3.162 | _____ |
| SPENCER SPOFFORD<br>ADJUSTER<br>GREAT AMERICAN ALLIANCE INSURANCE<br>COMPANY<br>301 4TH STREET<br>CINCINNATI OH 45202 | Part 2 line 3.104 | _____ |
| SPENCER SPOFFORD<br>ADJUSTER<br>GREAT AMERICAN ALLIANCE INSURANCE<br>COMPANY<br>301 4TH STREET<br>CINCINNATI OH 45202 | Part 2 line 3.210 | _____ |
| SPENCER SPOFFORD<br>ADJUSTER<br>GREAT AMERICAN ALLIANCE INSURANCE<br>COMPANY<br>301 4TH STREET<br>CINCINNATI OH 45202 | Part 2 line 3.250 | _____ |
| TEXAS COMPTROLLER OF PUBLIC ACCTS<br>PO BOX 13528 CAPITOL STATION<br>AUSTIN TX 78711-3528 | Part 1 line 2.10 | _____ |
| US EQUAL EMPLOYMENT OPPORTUNTY<br>COMMISSION<br>MICKEY LELAND BUILDING<br>1919 SMITH STREET, 6TH FLOOR<br>HOUSTON TX 77002 | Part 2 line 3.26 | _____ |
| US EQUAL EMPLOYMENT OPPORTUNTY<br>COMMISSION<br>207 S. HOUSTON STREET<br>3RD FLOOR<br>DALLAS TX 75202 | Part 2 line 3.20 | _____ |
| US EQUAL EMPLOYMENT OPPORTUNTY<br>COMMISSION<br>MICKEY LELAND BUILDING<br>1919 SMITH STREET, 6TH FLOOR<br>HOUSTON TX 77002 | Part 2 line 3.251 | _____ |
| US EQUAL EMPLOYMENT OPPORTUNTY<br>COMMISSION<br>MICKEY LELAND BUILDING<br>1919 SMITH STREET, 6TH FLOOR<br>HOUSTON TX 77002 | Part 2 line 3.255 | _____ |

Debtor **The LaSalle Group, Inc.** Case number *(if known)* **19-31484**

| | | |
|---|---|---|
| US EQUAL EMPLOYMENT OPPORTUNTY COMMISSION<br>JCK FEDERAL BUILDING<br>230 S. DEARBORN STEET<br>CHICACO IL 60604 | Part 2 line 3.209 | _____ |
| US EQUAL EMPLOYMENT OPPORTUNTY COMMISSION<br>JCK FEDERAL BUILDING<br>230 S. DEARBORN STEET<br>CHICACO IL 60604 | Part 2 line 3.149 | _____ |
| US EQUAL EMPLOYMENT OPPORTUNTY COMMISSION<br>215 DEAN A MCKEE AVENUE<br>SUITE 524<br>OKLAHOMA CITY OK 73102 | Part 2 line 3.5 | _____ |
| US EQUAL EMPLOYMENT OPPORTUNTY COMMISSION<br>JCK FEDERAL BUILDING<br>230 S. DEARBORN STEET<br>CHICACO IL 60604 | Part 2 line 3.303 | _____ |
| US EQUAL EMPLOYMENT OPPORTUNTY COMMISSION<br>JCK FEDERAL BUILDING<br>230 S. DEARBORN STEET<br>CHICACO IL 60604 | Part 2 line 3.64 | _____ |
| US EQUAL EMPLOYMENT OPPORTUNTY COMMISSION<br>301 MAIN STREET<br>SUITE 1402<br>GREENVILLE SC 29601-9916 | Part 2 line 3.244 | _____ |
| US EQUAL EMPLOYMENT OPPORTUNTY COMMISSION<br>JCK FEDERAL BUILDING<br>230 S. DEARBORN STEET<br>CHICACO IL 60604 | Part 2 line 3.275 | _____ |
| US EQUAL EMPLOYMENT OPPORTUNTY COMMISSION<br>207 S. HOUSTON STREET<br>3RD FLOOR<br>DALLAS TX 75202 | Part 2 line 3.255 | _____ |
| WINSTEAD PC<br>MIKE MASSAD;JASON ENRIGHT<br>500 WINSTEAD BUILDING<br>2728 N HARWOOD ST<br>DALLAS TX 75201 | Part 2 line 3.259 | _____ |

Debtor    **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| **5a.** | **Total claims from Part 1** | 5a. | $37,346.82 |
| **5b.** | **Total claims from Part 2** | 5b. **+** | $38,736,867.66 |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $38,774,214.48 |

**Fill in this information to identify the case:**

**Debtor name:** The LaSalle Group, Inc.

**United States Bankruptcy Court for the:** Northern District of Texas

**Case number (if known):** 19-31484

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|----|------------------------------------------|---------------------------------------------------------------------------------------------------------------------------|

| 2.1. | **Title of contract** | REFERRAL AGREEMENT | A PLACE FOR MOM, INC. |
|------|-----------------------|--------------------|-----------------------|
| | **State what the contract or lease is for** | CUSTOMER REFERRAL SERVICE | 704 FIFTH STREET SUITE 3200 SEATTLE WA 98104 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | 30 DAYS | |
| | **List the contract number of any government contract** | _____ | |

| 2.2. | **Title of contract** | SERVICE AND EQUIPMENT CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|------|-----------------------|--------------------------------|---------------------------------------------------------------------------------------------------------------------------|
| | **State what the contract or lease is for** | PHONE SYSTEM FOR AMARILLO | |
| | **Nature of debtor's interest** | LESSEE | ACCESS POINT, INC. 1100 CRESCENT GREEN SUITE 109 CARY NC 27518 |
| | **State the term remaining** | 1 MONTH | |
| | **List the contract number of any government contract** | _____ | |

| 2.3. | **Title of contract** | SERVICE AND EQUIPMENT CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|------|-----------------------|--------------------------------|---------------------------------------------------------------------------------------------------------------------------|
| | **State what the contract or lease is for** | PHONE SYSTEM FOR ESTERO | |
| | **Nature of debtor's interest** | LESSEE | ACCESS POINT, INC. 1100 CRESCENT GREEN SUITE 109 CARY NC 27518 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **The LaSalle Group, Inc.**                Case number *(if known)* **19-31484**

| 2.4. | **Title of contract** | SERVICE AND EQUIPMENT CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PHONE SYSTEM FOR OVERLAND PARK | |
| | **Nature of debtor's interest** | LESSEE | ACCESS POINT, INC. |
| | **State the term remaining** | 1 MONTH | 1100 CRESCENT GREEN SUITE 109 |
| | **List the contract number of any government contract** | | CARY NC 27518 |

| 2.5. | **Title of contract** | SERVICE AND EQUIPMENT CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PHONE SYSTEM FOR GREENVILLE | |
| | **Nature of debtor's interest** | LESSEE | ACCESS POINT, INC. |
| | **State the term remaining** | 1 MONTH | 1100 CRESCENT GREEN SUITE 109 |
| | **List the contract number of any government contract** | | CARY NC 27518 |

| 2.6. | **Title of contract** | SERVICE AND EQUIPMENT CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PHONE SYSTEM FOR ALPHARETTA | |
| | **Nature of debtor's interest** | LESSEE | ACCESS POINT, INC. |
| | **State the term remaining** | 1 MONTH | 1100 CRESCENT GREEN SUITE 109 |
| | **List the contract number of any government contract** | | CARY NC 27518 |

| 2.7. | **Title of contract** | SUBLEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUBLEASE | |
| | **Nature of debtor's interest** | LESSOR | ADVANTIUM CAPITAL |
| | **State the term remaining** | EXPIRING 5/31/2019 | 545 E. JOHN CARPENTER FREEWAY STE 620 |
| | **List the contract number of any government contract** | | IRVING TX 75062 |

| 2.8. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUB-LEASE OF CHICAGO REGIONAL OFFICE AT 1900 E. GOLF ROAD, SUITE 600 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ALGONQUIN ACQUISITIONS CO, INC. |
| | **State the term remaining** | UNKNOWN | 1900 EAST GOLF ROAD SUITE 600 |
| | **List the contract number of any government contract** | | SCHAUMBURG IL 60173 |

Debtor     **The LaSalle Group, Inc.**                                                      Case number *(if known)* **19-31484**

| 2.9. | Title of contract | PHARMACY PRODUCT AND SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | PHARMACY PRODUCTS AND SERVICE | |
| | Nature of debtor's interest | CONTRACT PARTY | APS - SUMMIT CARE PHARMACY, LLC |
| | State the term remaining | 8 MONTHS | D/B/A OMNICARE OF AUSTIN 9210 CAMERON ROAD SUITE 800 |
| | List the contract number of any government contract | _____ | AUSTIN TX 78754 |

| 2.10. | Title of contract | EQUIPMENT FINANCE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | COPIER LEASE (2) AND FAX LINE KIT (1) AT RIVERSTONE MEMORY CARE, LLC; 2172214 | |
| | Nature of debtor's interest | OFFICE EQUIPMENT | ASCENTIUM CAPITAL, LLC 23970 HWY 59 N |
| | State the term remaining | EXPIRED 01/20/19 | KINGWOOD TX 77339 |
| | List the contract number of any government contract | _____ | |

| 2.11. | Title of contract | EQUIPMENT FINANCE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | COPIER LEASE (2) AND FAX LINE KIT (1) AT PEARLAND MEMORY CARE, LLC; 2172547 | |
| | Nature of debtor's interest | OFFICE EQUIPMENT | ASCENTIUM CAPITAL, LLC 23970 HWY 59 N |
| | State the term remaining | EXPIRED 01/20/19 | KINGWOOD TX 77339 |
| | List the contract number of any government contract | _____ | |

| 2.12. | Title of contract | MASTER LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | COPIER LEASE FOR SOUTH ARLINGTON | |
| | Nature of debtor's interest | LESSEE | ASCENTIUM CAPITAL, LLC 23970 HWY 59 N |
| | State the term remaining | 180 DAYS | KINGWOOD TX 77339 |
| | List the contract number of any government contract | _____ | |

| 2.13. | Title of contract | MASTER LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | COPIER LEASE FOR AUTUMN LEAVES OF GEORGETOWN | |
| | Nature of debtor's interest | LESSEE | ASCENTIUM CAPITAL, LLC 23970 HWY 59 N |
| | State the term remaining | 180 DAYS | KINGWOOD TX 77339 |
| | List the contract number of any government contract | _____ | |

Debtor **The LaSalle Group, Inc.**                                                                      Case number *(if known)* **19-31484**

| | | |
|---|---|---|
| 2.14. | **Title of contract** | MASTER LEASE AGREEMENT |
| | **State what the contract or lease is for** | COPIER LEASE FOR AUTUMN LEAVES OF GLEN ELLYN |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 180 DAYS |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ASCENTIUM CAPITAL, LLC
23970 HWY 59 N
KINGWOOD TX 77339

| | | |
|---|---|---|
| 2.15. | **Title of contract** | MASTER LEASE AGREEMENT |
| | **State what the contract or lease is for** | COPIER LEASE FOR AUTUMN LEAVES OF NW AUSTIN |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 180 DAYS |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ASCENTIUM CAPITAL, LLC
23970 HWY 59 N
KINGWOOD TX 77339

| | | |
|---|---|---|
| 2.16. | **Title of contract** | MASTER LEASE AGREEMENT |
| | **State what the contract or lease is for** | COPIER LEASE FOR AUTUMN LEAVES OF SW OKLAHOMA |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 180 DAYS |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ASCENTIUM CAPITAL, LLC
23970 HWY 59 N
KINGWOOD TX 77339

| | | |
|---|---|---|
| 2.17. | **Title of contract** | MASTER LEASE AGREEMENT |
| | **State what the contract or lease is for** | COPIER LEASE FOR AUTUMN OAKS OF CORINTH |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | UNKNOWN |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ASCENTIUM CAPITAL, LLC
23970 HWY 59 N
KINGWOOD TX 77339

| | | |
|---|---|---|
| 2.18. | **Title of contract** | MASTER LEASE AGREEMENT |
| | **State what the contract or lease is for** | COPIER LEASE FOR AUTUMN LEAVES OF WESTOVER HILLS |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 180 DAYS |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ASCENTIUM CAPITAL, LLC
23970 HWY 59 N
KINGWOOD TX 77339

Debtor    **The LaSalle Group, Inc.**                                                                                       Case number *(if known)* **19-31484**

| 2.19. | Title of contract | MASTER LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COPIER LEASE FOR AUTUMN LEAVES OF GURNEE | |
| | Nature of debtor's interest | LESSEE | ASCENTIUM CAPITAL, LLC |
| | State the term remaining | 180 DAYS | 23970 HWY 59 N |
| | List the contract number of any government contract | | KINGWOOD TX 77339 |

| 2.20. | Title of contract | MASTER LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COPIER LEASE FOR AUTUMN LEAVES OF MEYERLAND | |
| | Nature of debtor's interest | LESSEE | ASCENTIUM CAPITAL, LLC |
| | State the term remaining | UNKNOWN | 23970 HWY 59 N |
| | List the contract number of any government contract | | KINGWOOD TX 77339 |

| 2.21. | Title of contract | MASTER LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COPIER LEASE FOR THE VILLAGE AT VALLEY CREEK/DENTON | |
| | Nature of debtor's interest | LESSEE | ASCENTIUM CAPITAL, LLC |
| | State the term remaining | 180 DAYS | 23970 HWY 59 N |
| | List the contract number of any government contract | | KINGWOOD TX 77339 |

| 2.22. | Title of contract | MASTER LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COPIER LEASE FOR AUTUMN LEAVES OF THE WOODLANDS | |
| | Nature of debtor's interest | LESSEE | ASCENTIUM CAPITAL, LLC |
| | State the term remaining | 180 DAYS | 23970 HWY 59 N |
| | List the contract number of any government contract | | KINGWOOD TX 77339 |

| 2.23. | Title of contract | MASTER LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COPIER LEASE FOR AUTUMN LEAVES OF ST. CHARLES | |
| | Nature of debtor's interest | LESSEE | ASCENTIUM CAPITAL, LLC |
| | State the term remaining | 180 DAYS | 23970 HWY 59 N |
| | List the contract number of any government contract | | KINGWOOD TX 77339 |

Debtor **The LaSalle Group, Inc.**                                                  Case number *(if known)* **19-31484**

| | | | |
|---|---|---|---|
| 2.24. | **Title of contract** | MASTER LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | COPIER LEASE FOR AUTUMN LEAVES OF OSWEGO | |
| | **Nature of debtor's interest** | LESSEE | ASCENTIUM CAPITAL, LLC |
| | **State the term remaining** | 180 DAYS | 23970 HWY 59 N<br>KINGWOOD TX 77339 |
| | **List the contract number of any government contract** | _____ | |
| 2.25. | **Title of contract** | MASTER LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | COPIER LEASE FOR AUTUMN LEAVES OF ROCKWALL | |
| | **Nature of debtor's interest** | LESSEE | ASCENTIUM CAPITAL, LLC |
| | **State the term remaining** | 180 DAYS | 23970 HWY 59 N<br>KINGWOOD TX 77339 |
| | **List the contract number of any government contract** | _____ | |
| 2.26. | **Title of contract** | MASTER LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | COPIER LEASE AT THE FOSSIL CREEK | |
| | **Nature of debtor's interest** | LESSEE | ASCENTIUM CAPITAL, LLC |
| | **State the term remaining** | 180 DAYS | 23970 HWY 59 N<br>KINGWOOD TX 77339 |
| | **List the contract number of any government contract** | _____ | |
| 2.27. | **Title of contract** | ASSIGNMENT AND ASSUMPTION | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | COPIER LEASE ASSUMED FROM HSRE-LSGI 1, LLC | |
| | **Nature of debtor's interest** | LESSEE | ASCENTIUM CAPITAL, LLC |
| | **State the term remaining** | _____ | 23970 HWY 59 N<br>KINGWOOD TX 77339 |
| | **List the contract number of any government contract** | _____ | |
| 2.28. | **Title of contract** | ASSIGNMENT AND ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | COPIER LEASE FOR ORLAND PARK | |
| | **Nature of debtor's interest** | LESSEE | ASCENTIUM CAPITAL, LLC |
| | **State the term remaining** | 2 MONTHS | 23970 HWY 59 N<br>KINGWOOD TX 77339 |
| | **List the contract number of any government contract** | _____ | |

Debtor **The LaSalle Group, Inc.**                                                    Case number *(if known)* **19-31484**

| 2.29. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHICAGO REGIONAL OFFICE AT 1900 E. GOLF ROAD, SUITE 600 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CENTENNIAL CENTER, LLC 1900 EAST GOLF ROAD SUITE 975 SCHAUMBURG IL 60173 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | _____ | |

| 2.30. | **Title of contract** | ADMINISTRATIVE SERVICES ONLY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE INSURANCE ADMINISTRATION; ACT# 3339094 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CIGNA HEALTH & LIFE INSURANCE COMPANY ROUTING B2CAU 900 COTTAGE GROVE ROAD HARTFORD CT 06152 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.31. | **Title of contract** | CONTRACT FOR INSPECTION AND SERVICE OF FIRE PROTECTION SYSTEM | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FIRE PROTECTION SYSTEM SERVICE, REPAIR, AND MONITORING | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CONSOLIDATED FIRE PROTECTION, INC. 153 TECHNOLOGY DRIVE SUITE 200 IRVINE CA 92618 |
| | **State the term remaining** | 11 MONTHS | |
| | **List the contract number of any government contract** | _____ | |

| 2.32. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE (3) AT CINCO RANCH MEMORY CARE, LLC; FTC104920 | |
| | **Nature of debtor's interest** | OFFICE EQUIPMENT | DE LAGE LANDEN FINANCIAL SERVICES, INC. LEASE PROCESSING CENTER 1111 OLD EAGLE SCHOOL ROAD WAYNE PA 19087 |
| | **State the term remaining** | 24 MONTHS | |
| | **List the contract number of any government contract** | _____ | |

| 2.33. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE (8) AND FAX LINE KIT (2) AT THE LASALLE GROUP, INC.; FTC59818 | |
| | **Nature of debtor's interest** | OFFICE EQUIPMENT | DE LAGE LANDEN FINANCIAL SERVICES, INC. LEASE PROCESSING CENTER 1111 OLD EAGLE SCHOOL ROAD WAYNE PA 19087 |
| | **State the term remaining** | EXPIRED 04/28/19 | |
| | **List the contract number of any government contract** | _____ | |

Debtor **The LaSalle Group, Inc.**                                                                  Case number *(if known)* **19-31484**

| 2.34. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE (2) AND FAX LINE KIT (1) AT WEST HOUSTON MEMORY CARE, LLC; FTC75340 | |
| | **Nature of debtor's interest** | OFFICE EQUIPMENT | DE LAGE LANDEN FINANCIAL SERVICES, INC. |
| | **State the term remaining** | 3 MONTHS | LEASE PROCESSING CENTER 1111 OLD EAGLE SCHOOL ROAD |
| | **List the contract number of any government contract** | | WAYNE PA 19087 |

| 2.35. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE FOR EDMOND | |
| | **Nature of debtor's interest** | LESSEE | DE LAGE LANDEN FINANCIAL SERVICES, INC. |
| | **State the term remaining** | 15 MONTHS | LEASE PROCESSING CENTER 1111 OLD EAGLE SCHOOL ROAD |
| | **List the contract number of any government contract** | | WAYNE PA 19087 |

| 2.36. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE FOR FORT MILL | |
| | **Nature of debtor's interest** | LESSEE | DE LAGE LANDEN FINANCIAL SERVICES, INC. |
| | **State the term remaining** | 13 MONTSH | LEASE PROCESSING CENTER 1111 OLD EAGLE SCHOOL ROAD |
| | **List the contract number of any government contract** | | WAYNE PA 19087 |

| 2.37. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE FOR SOUTH AUSTIN | |
| | **Nature of debtor's interest** | LESSEE | DE LAGE LANDEN FINANCIAL SERVICES, INC. |
| | **State the term remaining** | 13 MONTSH | LEASE PROCESSING CENTER 1111 OLD EAGLE SCHOOL ROAD |
| | **List the contract number of any government contract** | | WAYNE PA 19087 |

| 2.38. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE FOR GREENVILLE | |
| | **Nature of debtor's interest** | LESSEE | DE LAGE LANDEN FINANCIAL SERVICES, INC. |
| | **State the term remaining** | 17 MONTHS | LEASE PROCESSING CENTER 1111 OLD EAGLE SCHOOL ROAD |
| | **List the contract number of any government contract** | | WAYNE PA 19087 |

Debtor    **The LaSalle Group, Inc.**                                                          Case number *(if known)* **19-31484**

| 2.39. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE FOR CITYVIEW | |
| | **Nature of debtor's interest** | LESSEE | DE LAGE LANDEN FINANCIAL SERVICES, INC. |
| | **State the term remaining** | 12 MONTHS | LEASE PROCESSING CENTER 1111 OLD EAGLE SCHOOL ROAD |
| | **List the contract number of any government contract** | _____ | WAYNE PA 19087 |

| 2.40. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE FOR TULSA | |
| | **Nature of debtor's interest** | LESSEE | DE LAGE LANDEN FINANCIAL SERVICES, INC. |
| | **State the term remaining** | 11 MONTHS | LEASE PROCESSING CENTER 1111 OLD EAGLE SCHOOL ROAD |
| | **List the contract number of any government contract** | _____ | WAYNE PA 19087 |

| 2.41. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE FOR OVERLAND PARK | |
| | **Nature of debtor's interest** | LESSEE | DE LAGE LANDEN FINANCIAL SERVICES, INC. |
| | **State the term remaining** | 10 MONTHS | LEASE PROCESSING CENTER 1111 OLD EAGLE SCHOOL ROAD |
| | **List the contract number of any government contract** | _____ | WAYNE PA 19087 |

| 2.42. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE FOR WINWARD | |
| | **Nature of debtor's interest** | LESSEE | DE LAGE LANDEN FINANCIAL SERVICES, INC. |
| | **State the term remaining** | 9 MONTHS | LEASE PROCESSING CENTER 1111 OLD EAGLE SCHOOL ROAD |
| | **List the contract number of any government contract** | _____ | WAYNE PA 19087 |

| 2.43. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE FOR BOLLINGBROOK | |
| | **Nature of debtor's interest** | LESSEE | DE LAGE LANDEN FINANCIAL SERVICES, INC. |
| | **State the term remaining** | 9 MONTHS | LEASE PROCESSING CENTER 1111 OLD EAGLE SCHOOL ROAD |
| | **List the contract number of any government contract** | _____ | WAYNE PA 19087 |

Debtor    **The LaSalle Group, Inc.**                                          Case number *(if known)* **19-31484**

| 2.44. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE FOR SUGARLOAF | |
| | **Nature of debtor's interest** | LESSEE | DE LAGE LANDEN FINANCIAL SERVICES, INC. |
| | **State the term remaining** | 7 MONTHS | LEASE PROCESSING CENTER |
| | **List the contract number of any government contract** | _____ | 1111 OLD EAGLE SCHOOL ROAD WAYNE PA 19087 |

| 2.45. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE FOR AMARILLO | |
| | **Nature of debtor's interest** | LESSEE | DE LAGE LANDEN FINANCIAL SERVICES, INC. |
| | **State the term remaining** | 5 MONTHS | LEASE PROCESSING CENTER |
| | **List the contract number of any government contract** | _____ | 1111 OLD EAGLE SCHOOL ROAD WAYNE PA 19087 |

| 2.46. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE FOR ESTERO | |
| | **Nature of debtor's interest** | LESSEE | DE LAGE LANDEN FINANCIAL SERVICES, INC. |
| | **State the term remaining** | 4 MONTHS | LEASE PROCESSING CENTER |
| | **List the contract number of any government contract** | _____ | 1111 OLD EAGLE SCHOOL ROAD WAYNE PA 19087 |

| 2.47. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE FOR CLEAR LAKE | |
| | **Nature of debtor's interest** | LESSEE | DE LAGE LANDEN FINANCIAL SERVICES, INC. |
| | **State the term remaining** | 3 MONTHS | LEASE PROCESSING CENTER |
| | **List the contract number of any government contract** | _____ | 1111 OLD EAGLE SCHOOL ROAD WAYNE PA 19087 |

| 2.48. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE FOR CARROLLTON | |
| | **Nature of debtor's interest** | LESSEE | DE LAGE LANDEN FINANCIAL SERVICES, INC. |
| | **State the term remaining** | 3 MONTHS | LEASE PROCESSING CENTER |
| | **List the contract number of any government contract** | _____ | 1111 OLD EAGLE SCHOOL ROAD WAYNE PA 19087 |

Debtor **The LaSalle Group, Inc.**                                              Case number *(if known)* **19-31484**

| 2.49. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE FOR CRYSTAL LAKE | |
| | **Nature of debtor's interest** | LESSEE | DE LAGE LANDEN FINANCIAL SERVICES, INC. |
| | **State the term remaining** | 3 MONTHS | LEASE PROCESSING CENTER |
| | **List the contract number of any government contract** | | 1111 OLD EAGLE SCHOOL ROAD WAYNE PA 19087 |

| 2.50. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE FOR ARLINGTON | |
| | **Nature of debtor's interest** | LESSEE | DE LAGE LANDEN FINANCIAL SERVICES, INC. |
| | **State the term remaining** | 3 MONTHS | LEASE PROCESSING CENTER |
| | **List the contract number of any government contract** | | 1111 OLD EAGLE SCHOOL ROAD WAYNE PA 19087 |

| 2.51. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE FOR ARLINGTON | |
| | **Nature of debtor's interest** | LESSEE | DE LAGE LANDEN FINANCIAL SERVICES, INC. |
| | **State the term remaining** | 3 MONTHS | LEASE PROCESSING CENTER |
| | **List the contract number of any government contract** | | 1111 OLD EAGLE SCHOOL ROAD WAYNE PA 19087 |

| 2.52. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE FOR FLORIDA OFFICE | |
| | **Nature of debtor's interest** | LESSEE | DE LAGE LANDEN FINANCIAL SERVICES, INC. |
| | **State the term remaining** | 3 MONTHS | LEASE PROCESSING CENTER |
| | **List the contract number of any government contract** | | 1111 OLD EAGLE SCHOOL ROAD WAYNE PA 19087 |

| 2.53. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE (2) AND FAX LINE KIT (1) AT WEST HOUSTON MEMORY CARE, LLC | |
| | **Nature of debtor's interest** | LESSEE | DE LAGE LANDEN FINANCIAL SERVICES, INC. |
| | **State the term remaining** | 6 MONTHS | LEASE PROCESSING CENTER |
| | **List the contract number of any government contract** | | 1111 OLD EAGLE SCHOOL ROAD WAYNE PA 19087 |

Debtor    **The LaSalle Group, Inc.**                                                    Case number *(if known)* **19-31484**

| 2.54. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE (8) AND FAX LINE KIT (2) AT THE LASALLE GROUP, INC. | |
| | **Nature of debtor's interest** | LESSEE | DE LAGE LANDEN FINANCIAL SERVICES, INC. |
| | **State the term remaining** | 3 MONTHS | LEASE PROCESSING CENTER 1111 OLD EAGLE SCHOOL ROAD WAYNE PA 19087 |
| | **List the contract number of any government contract** | _____ | |

| 2.55. | **Title of contract** | PRODUCT AND SERVICES SUPPLY AGGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CLEANING AND CHEMICAL SUPPLIES | |
| | **Nature of debtor's interest** | LESSEE | ECOLAB INC. |
| | **State the term remaining** | 24 MONTHS | 1 ECOLAB PLACE ST. PAUL MN 55102 |
| | **List the contract number of any government contract** | _____ | |

| 2.56. | **Title of contract** | FIDELITY INVESTMENTS RETIREMENT PLAN SERVIE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | 401(K) PLAN | |
| | **Nature of debtor's interest** | LESSEE | FIDELITY INVESTMENTS |
| | **State the term remaining** | PERPETUAL WITH 60 DAYS NOTICE TO CANCEL | P.O. BOX 770001 CINCINNATI OH 75277-001 |
| | **List the contract number of any government contract** | _____ | |

| 2.57. | **Title of contract** | PLANHOLDER ENROLLMENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | DENTAL AND VISION INSURANCE | |
| | **Nature of debtor's interest** | LESSEE | GUARDIAN |
| | **State the term remaining** | PERPETUAL | 14643 DALLAS PARKWAY SUITE 100 DALLAS TX 75254 |
| | **List the contract number of any government contract** | _____ | |

| 2.58. | **Title of contract** | SOFTWARE MASTER SUBSCRIPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RECRUITING SOFTWARE | |
| | **Nature of debtor's interest** | LESSEE | HEALTHCARESOURCE HR, INC. |
| | **State the term remaining** | VARIOUS | 100 SYLVAN ROAD SUITE 100 WOBURN MA 01801 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **The LaSalle Group, Inc.**                                                                     Case number *(if known)* **19-31484**

| 2.59. | **Title of contract** | CUSTOMER AGREEMENT FOR CONSTANT CARE MANAGEMENT COMPANY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | DOCUMENT MANAGEMENT; D9519 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | IRON MOUNTAIN P.O. BOX 915004 DALLAS TX 75391 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.60. | **Title of contract** | PHARMACY PRODUCT AND SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PHARMACY PRODUCTS AND SERVICE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LANGSAM HEALTH SERVICES, LLC C/B/A OMNICARE OF TULSA 5460 SOUTH 103RD EAST AVENUE TULSA OK 74146 |
| | **State the term remaining** | 8 MONTHS | |
| | **List the contract number of any government contract** | | |

| 2.61. | **Title of contract** | PHARMACY PRODUCT AND SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PHARMACY PRODUCTS AND SERVICE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LANGSAM HEALTH SERVICES, LLC D/B/A OMNICARE OF OKLAHOMA CITY 4141 HIGHLINE BLVD SUITE 100 OKLAHOMA CITY OK 73108 |
| | **State the term remaining** | 8 MONTHS | |
| | **List the contract number of any government contract** | | |

| 2.62. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INTERNET AND VOICE SERVICES; DID-0000666757 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LEVEL 3 D/B/A CENTURY LINK PO BOX 910182 DENVER CO 80291-0182 |
| | **State the term remaining** | 20 MONTHS | |
| | **List the contract number of any government contract** | | |

| 2.63. | **Title of contract** | BUSINESS ASSOCIATE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | HEALTH AND WELFARE INSURANCE BROKERAGE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | LOCKTON-DUNNING SERIES OF LOCKTON COMPANIES, LLC 2100 ROSS AVENUE SUITE 1200 DALLAS TX 75201 |
| | **State the term remaining** | PERPETUAL | |
| | **List the contract number of any government contract** | | |

Debtor **The LaSalle Group, Inc.**                                                                 Case number *(if known)* **19-31484**

| 2.64. | **Title of contract** | CLIENT SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | HEALTH PLAN SERVICES | |
| | **Nature of debtor's interest** | LESSEE | LOCKTON-DUNNING SERIES OF LOCKTON COMPANIES, LLC |
| | **State the term remaining** | 8 MONTHS | 2100 ROSS AVENUE SUITE 1200 |
| | **List the contract number of any government contract** | _____ | DALLAS TX 75201 |

| 2.65. | **Title of contract** | PHARMACY PRODUCT AND SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PHARMACY PRODUCTS AND SERVICE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MEDICAL ARTS HEALTH CARE, INC. D/B/A OMNICARE OF ATLANTA |
| | **State the term remaining** | 8 MONTHS | 594 SIGMAN ROAD SUITE 200 |
| | **List the contract number of any government contract** | _____ | CONYERS GA 30013 |

| 2.66. | **Title of contract** | SALES ORDER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RECRUITING SERVICES | |
| | **Nature of debtor's interest** | LESSEE | MONSTER WORLDWIDE INC. |
| | **State the term remaining** | 7 MONTHS | 622 THIRD AVENUE 39TH FLOOR |
| | **List the contract number of any government contract** | _____ | NEW YORK NY 10017 |

| 2.67. | **Title of contract** | SOFTWARE LICENSE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ONEDAY SOFTWARE | |
| | **Nature of debtor's interest** | LESSEE | MY LASTIN LEGACY, LLC |
| | **State the term remaining** | 3 MONTHS | 1101 RAINTREE CIRLCE SUITE 180 |
| | **List the contract number of any government contract** | _____ | ALLEN TX 75013 |

| 2.68. | **Title of contract** | PHARMACY PRODUCT AND SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PHARMACY PRODUCTS AND SERVICE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | NEIGHBORCARE PHARMACY SERVICES, INC. |
| | **State the term remaining** | 8 MONTHS | D/B/A OMNICARE OF SAN ANTONIO 12460 NETWORK BLVD |
| | **List the contract number of any government contract** | _____ | SUITE 101 SAN ANTONIO TX 78249 |

Debtor   **The LaSalle Group, Inc.**                                                                 Case number *(if known)* **19-31484**

| 2.69. | **Title of contract** | PHARMACY PRODUCT AND SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PHARMACY PRODUCTS AND SERVICE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | OMNICARE PHARMACY OF FLORIDA, LP |
| | **State the term remaining** | 8 MONTHS | D/B/A OMNICARE OF TAMPA 8603 FLORIDA MINING BLVD TAMPA FL 33634 |
| | **List the contract number of any government contract** | _____ | |

| 2.70. | **Title of contract** | PHARMACY PRODUCT AND SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PHARMACY PRODUCTS AND SERVICE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | OMNICARE PHARMACY OF TEXAS 1, LP |
| | **State the term remaining** | 8 MONTHS | D/B/A OMNICARE OF FORT WORTH 14450 TRINITY BLVD SUITE 200 FORT WORTH TX 76155 |
| | **List the contract number of any government contract** | _____ | |

| 2.71. | **Title of contract** | PHARMACY PRODUCT AND SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PHARMACY PRODUCTS AND SERVICE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | OMNICARE PHARMACY OF TEXAS 1, LP |
| | **State the term remaining** | 8 MONTHS | D/B/A OMNICARE OF HOUSTON 10650 WEST AIRPORT BLVD SUITE 150 STAFFORD TX 77477 |
| | **List the contract number of any government contract** | _____ | |

| 2.72. | **Title of contract** | PHARMACY PRODUCT AND SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PHARMACY PRODUCTS AND SERVICE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | OMNICARE PHARMACY OF TEXAS 2, LP |
| | **State the term remaining** | 8 MONTHS | D/B/A OMNICARE OF AMARILLO 2770 DUNIVEN CIRCLE AMARILLO TX 79109 |
| | **List the contract number of any government contract** | _____ | |

| 2.73. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLORIDA OFFICE AT 125 W. ROMANA STREET, SUITE 215 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ONE PENSACOLA PLAZA, LLC 308 E. PEARL STREET SUITE 200 JACKSON MS 39201 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | _____ | |

Debtor  **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

| 2.74. | Title of contract | MASTER SUBSCRIPTION AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ONSHIFT SOFTWARE | |
| | Nature of debtor's interest | LESSEE | ONSHIFT, INC. |
| | State the term remaining | UNKNOWN | 1621 EUCLID AVENUE SUITE 1400 |
| | List the contract number of any government contract | _____ | CLEVELAND OH 44115 |

| 2.75. | Title of contract | PHARMACY PRODUCT AND SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PHARMACY PRODUCTS AND SERVICE | |
| | Nature of debtor's interest | CONTRACT PARTY | PHARMACY CONSULTANTS, LLC D/B/A OMNICARE OF SPARTANBURG |
| | State the term remaining | 8 MONTHS | 111 CORPORATE DRIVE SUITE L |
| | List the contract number of any government contract | _____ | SPARTANBURG SC 29303 |

| 2.76. | Title of contract | SERVICE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETIREMENT PLAN SOLUTIONS | |
| | Nature of debtor's interest | LESSEE | RETIREMENT PLAN SOLUTIONS A DIVISION OF RMB WEST, LLC |
| | State the term remaining | 4 MONTHS | RMB CAPITAL MANAGEMENT LLC 115 S LASALLE ST., STE 3400 |
| | List the contract number of any government contract | _____ | CHICAGO IL 60603 |

| 2.77. | Title of contract | LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CORPORATE OFFICES AT 545 E. JOHN CARPENTER FREEWAY | |
| | Nature of debtor's interest | CONTRACT PARTY | ROSEMONT SUMMIT OPERATING, LLC |
| | State the term remaining | 15 DAYS | C/O ROMSEMONT SUMMIT PROPERTY MANGEMENT OF TEXAS, LLC |
| | List the contract number of any government contract | _____ | 545 E. JOHN CARPENTER FREEWAY SUITE 1420 IRVING TX 75062 |

| 2.78. | Title of contract | LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | IT EQUIPMENT/SOFTWARE/SUPPORT | |
| | Nature of debtor's interest | LESSEE | SHI INTERNATIONAL CORP LEASE PROCESSING CENTER |
| | State the term remaining | 44 MONTHS | 1111 OLD EAGLE SCHOOL ROAD WAYNE PA 19087 |
| | List the contract number of any government contract | _____ | |

Debtor    **The LaSalle Group, Inc.**                                         Case number *(if known)* **19-31484**

| 2.79. | **Title of contract** | SUBLEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUBLEASE | |
| | **Nature of debtor's interest** | LESSOR | SOUTHPAW LIVE |
| | **State the term remaining** | EXPIRING 5/31/2019 | 545 E. JOHN CARPENTER FREEWAY STE 670 |
| | **List the contract number of any government contract** | _____ | IRVING TX 75062 |

| 2.80. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MEDICAL WASTE SERVICER FOR AUTUMN LEAVES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STERICYCLE, INC. |
| | **State the term remaining** | 11 MONTHS | 4010 COMMERCIAL AVENUE NORTHBROOK IL 60062 |
| | **List the contract number of any government contract** | _____ | |

| 2.81. | **Title of contract** | INVESTMENT MANAGEMENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INVESTMENT MANAGER | |
| | **Nature of debtor's interest** | LESSEE | STRATEGIC ADVISORS, INC. C/O FIDELITY INVESTMENTS - ECM |
| | **State the term remaining** | PERPETUAL WITH 60 DAYS NOTICE TO CANCEL | CLIENT SERVICES RELATIONSHIP MANAGER |
| | **List the contract number of any government contract** | _____ | P.O. BOX 770001 CINCINNATI OH 45277 |

| 2.82. | **Title of contract** | SALES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SOFTWARE LICENSE | |
| | **Nature of debtor's interest** | LESSEE | TRIMBLE INC. |
| | **State the term remaining** | 7 MONTHS | 935 STEWART DRIVE SUNNYVALE CA 94085-3913 |
| | **List the contract number of any government contract** | _____ | |

| 2.83. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FOOD VENDOR | |
| | **Nature of debtor's interest** | LESSEE | US FOODS |
| | **State the term remaining** | PERPETUAL | 3682 COLLECTIONS CTR DR CHICAGO IL 60693 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **The LaSalle Group, Inc.**                                                           Case number *(if known)* **19-31484**

2.84.    **Title of contract**                BUSINESS ASSOCIATE AGREEMENT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

         **State what the contract or lease is for**    MEDICAL RECORDS

         **Nature of debtor's interest**        LESSEE                                          US WELLNESS, INC.
                                                                                                20400 OBSERVATION DRIVE
         **State the term remaining**            UNKNOWN                                        SUITE 100
                                                                                                GERMANTOWN MD 20876
         **List the contract number of any government contract**    _____


2.85.    **Title of contract**                APPLICATION HOSTING AND SOFTWARE LICENSE FOR    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
                                              CONSTANT CARE MANAGEMENT COMPANY

         **State what the contract or lease is for**    SOFTWARE/HOSTING; PIN#100051766

         **Nature of debtor's interest**        CONTRACT PARTY                                  YARDI SYSTEMS, INC.
                                                                                                430 SOUTH FAIRVIEW AVENUE
         **State the term remaining**            2 MONTHS                                       GOLETA CA 93117

         **List the contract number of any government contract**    _____

**Fill in this information to identify the case:**

Debtor name: The LaSalle Group, Inc.

United States Bankruptcy Court for the: Northern District of Texas

Case number (if known): 19-31484

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1. AUTUMN LEAVES OF ARLINGTON / ARLINGTON MEMORY CARE LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | NHI REIT OF TX-IL, LLC | ☐ D ☑ E/F ☐ G |
| 2.2. AUTUMN LEAVES OF BOLLINGBROOK / BOLLINGBROOK MEMORY CARE LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | NHI REIT OF TX-IL, LLC | ☐ D ☑ E/F ☐ G |
| 2.3. AUTUMN LEAVES OF CRYSTAL LAKE / CRYSTAL LAKE MEMORY CARE LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | NHI REIT OF TX-IL, LLC | ☐ D ☑ E/F ☐ G |
| 2.4. AUTUMN LEAVES OF CYPRESSWOOD / CYPRESSWOOD MEMORY CARE, LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | BMO HARRIS | ☐ D ☑ E/F ☐ G |
| 2.5. AUTUMN LEAVES OF ESTERO / ESTERO MEMORY CARE LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | BB&T | ☐ D ☑ E/F ☐ G |
| 2.6. AUTUMN LEAVES OF FORT MILL / FORT MILL MEMORY CARE LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | BB&T | ☐ D ☑ E/F ☐ G |

Debtor    **The LaSalle Group, Inc.**                                        Case number *(if known)* **19-31484**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7. | AUTUMN LEAVES OF GREENVILLE / GREENVILLE MEMORY CARE, LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | UNITED COMMUNITY BANK | ☐ D ☑ E/F ☐ G |
| 2.8. | AUTUMN LEAVES OF NAPLES / NAPLES MEMORY CARE LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | PLAINSCAPITAL BANK | ☐ D ☑ E/F ☐ G |
| 2.9. | AUTUMN LEAVES OF ROCKWALL / ROCKWALL MEMORY CARE LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | NHI REIT OF TX-IL, LLC | ☐ D ☑ E/F ☐ G |
| 2.10. | AUTUMN LEAVES OF S AUSTIN / S AUSTIN MEMORY CARE LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | PROSPERITY BANK | ☐ D ☑ E/F ☐ G |
| 2.11. | AUTUMN LEAVES OF S BARRINGTON / SOUTH BARRINGTON MEMORY CARE LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | NHI REIT OF TX-IL, LLC | ☐ D ☑ E/F ☐ G |
| 2.12. | AUTUMN LEAVES OF ST CHARLES / ST CHARLES MEMORY CARE, LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | BMO HARRIS | ☐ D ☑ E/F ☐ G |
| 2.13. | AUTUMN LEAVES OF STONE OAK / STONE OAK MEMORY CARE LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | FROST BANK | ☐ D ☑ E/F ☐ G |
| 2.14. | AUTUMN LEAVES OF SUGARLOAF / SUGARLOAF MEMORY CARE, LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | FROST BANK | ☐ D ☑ E/F ☐ G |
| 2.15. | AUTUMN LEAVES OF TULSA / TULSA MEMORY CARE LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | BANK OF THE OZARKS | ☐ D ☑ E/F ☐ G |
| 2.16. | AUTUMN LEAVES OF TULSA / TULSA MEMORY CARE, LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | BANK OF THE OZARKS | ☐ D ☑ E/F ☐ G |
| 2.17. | AUTUMN LEAVES OF VERNON HILLS / VERNON HILLS MEMORY CARE, LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | BBVA COMPASS | ☐ D ☑ E/F ☐ G |

Debtor **The LaSalle Group, Inc.**                                    Case number *(if known)* **19-31484**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.18. AUTUMN LEAVES OF WINWARD / WINWARD MEMORY CARE LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | AMERICAN NATIONAL BANK | ☐ D ☑ E/F ☐ G |
| 2.19. CANNON & CANNON, INC MWW DEVELOPMENT, LLC | 545 E. JOHN CARPENTER FRWY SUITE 500 IRVING TX 75062 | CANNON & CANNON, INC | ☐ D ☑ E/F ☐ G |
| 2.20. CAPITAL CENTER LAND CONDO ASSOCIATION INC. NAPLES MEMORY CARE, LLC | 545 E. JOHN CARPENTER FRWY SUITE 500 IRVING TX 75062 | CAPITAL CENTER LAND CONDO ASSOCIATION INC. | ☐ D ☑ E/F ☐ G |
| 2.21. CHICAGO TITLE INSURANCE COMPANY TOWNE LAKE MEMORY CARE, LLC | 545 E. JOHN CARPENTER FRWY SUITE 500 IRVING TX 75062 | CHICAGO TITLE INSURANCE COMPANY | ☐ D ☑ E/F ☐ G |
| 2.22. DIXON HUGHES GOODMAN LLP MEMORY CARE FOUNDATION | 545 E. JOHN CARPENTER FRWY SUITE 500 IRVING TX 75062 | DIXON HUGHES GOODMAN LLP | ☐ D ☑ E/F ☐ G |
| 2.23. FRANKLIN PSH TENANT, LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | LANCASTER POLLARD | ☐ D ☑ E/F ☐ G |
| 2.24. GEORGETOWN MEMORY CARE, LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | SIMMONS BANK | ☐ D ☑ E/F ☐ G |
| 2.25. GSI ENGINEERING, INC. MWW DEVELOPMENT, LLC | 545 E. JOHN CARPENTER FRWY SUITE 500 IRVING TX 75062 | GSI ENGINEERING, INC. | ☐ D ☑ E/F ☐ G |
| 2.26. GURNEE MEMORY CARE, LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | TCF NATIONAL BANK | ☐ D ☑ E/F ☐ G |
| 2.27. ORIGIN BANK MELVIN W WARREN JR | 125 W ROMANA ST STE 215 PENSACOLA FL 32502 | ORIGIN BANK | ☑ D ☐ E/F ☐ G |

Debtor **The LaSalle Group, Inc.**                                      Case number *(if known)* **19-31484**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.28. ORIGIN BANK<br><br>MITCHELL W. WARREN | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | ORIGIN BANK | ☑ D<br>☐ E/F<br>☐ G |
| 2.29. ORIGIN BANK<br><br>WEST HOUSTON MEMORY CARE, LLC | 545 E. JOHN CARPENTER FRWY SUITE 500 IRVING TX 75062 | ORIGIN BANK | ☑ D<br>☐ E/F<br>☐ G |
| 2.30. OSWEGO MEMORY CARE, LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | FROST BANK | ☐ D<br>☑ E/F<br>☐ G |
| 2.31. OSWEGO MEMORY CARE, LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | FIRST SECURE BANK OF SUGAR GROVE | ☐ D<br>☑ E/F<br>☐ G |
| 2.32. OVERLAND PARK MEMORY CARE, LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | CITIZENS SECURITY BANK | ☐ D<br>☑ E/F<br>☐ G |
| 2.33. ROCKWALL REIT TENANT, LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | NHI REIT OF TX-IL, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.34. SARASOTA MEMORY CARE, LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | GREAT SOUTHERN BANK | ☐ D<br>☑ E/F<br>☐ G |
| 2.35. SHARPS COMPLIANCE, INC.<br><br>AUTUMN LEAVES OF NW AUSTIN | 545 E. JOHN CARPENTER FRWY SUITE 500 IRVING TX 75062 | SHARPS COMPLIANCE, INC. | ☐ D<br>☑ E/F<br>☐ G |
| 2.36. THE GREATER NAPLES CHAMBER OF COMMERCE<br><br>AUTUMN LEAVES OF NAPLES | 545 E. JOHN CARPENTER FRWY SUITE 500 IRVING TX 75062 | THE GREATER NAPLES CHAMBER OF COMMERCE | ☐ D<br>☑ E/F<br>☐ G |
| 2.37. TOWNE LAKE MEMORY CARE, LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | BRAND BANK | ☐ D<br>☑ E/F<br>☐ G |
| 2.38. TOWNE LAKE MEMORY CARE, LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | RENASANT BANK | ☐ D<br>☑ E/F<br>☐ G |

Debtor   **The LaSalle Group, Inc.**                                            Case number *(if known)* **19-31484**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.39.  VENICE MEMORY CARE, LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | HANCOCK WHITNEY BANK | ☐ D ☑ E/F ☐ G |
| 2.40.  WHEELING ASSISTED LIVING, LLC | 545 E. JOHN CARPENTER FREEWAY SUITE 500 IRVING TX 75062 | TEXAS CAPITAL BANK | ☐ D ☑ E/F ☐ G |

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** The LaSalle Group, Inc. |
| **United States Bankruptcy Court for the:** Northern District of Texas |
| **Case number (if known):** 19-31484 |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on | 5/30/2019 | ✗ | */s/ Karen Nicolaou* |
| --- | --- | --- | --- |
| | MM/DD/YYYY | | Signature of individual signing on behalf of debtor |

Karen Nicolaou
Printed name

Chief Restructuring Officer
Position or relationship to debtor