**Monthly Operating Report**
ACCRUAL BASIS

| | |
|---|---|
| **CASE NAME:** | In Re: Riverstone Memory Care, LLC, debtor |
| **CASE NUMBER:** | 19-31484 |
| **JUDGE:** | Jernigan |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN & EASTERN DISTRICTS OF TEXAS

### REGION 6

### MONTHLY OPERATING REPORT

**MONTH ENDING:** _____ May _____  2019
                          MONTH              YEAR

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (ACCRUAL BASIS-1 THROUGH ACCRUAL BASIS-7) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

/s/ Karen Nicolaou
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

Chief Restructuring Officer
TITLE

Karen Nicolaou
PRINTED NAME OF RESPONSIBLE PARTY

06/24/2019
DATE

**PREPARER:**

/s/ Karen Nicolaou
ORIGINAL SIGNATURE OF PREPARER

Chief Restructuring Officer
TITLE

Karen Nicolaou
PRINTED NAME OF PREPARER

06/24/2019
DATE

**Monthly Operating Report**
ACCRUAL BASIS-1

| CASE NAME: | In Re: Riverstone Memory Care, LLC, debtor |
|---|---|
| CASE NUMBER: | 19-31484 |

**COMPARATIVE BALANCE SHEET**

| | | SCHEDULE AMOUNT | May 31, 2019 | | |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| 1. | UNRESTRICTED CASH | $64,307 | $89,896 | | |
| 2. | RESTRICTED CASH | | | | |
| 3. | TOTAL CASH | $64,307 | $89,896 | $0 | $0 |
| 4. | ACCOUNTS RECEIVABLE (NET) | $137,061 | $30,527 | | |
| 5. | INVENTORY | $1,000 | | | |
| 6. | NOTES RECEIVABLE | | | | |
| 7. | PREPAID EXPENSES | $8,054 | $6,257 | | |
| 8. | OTHER (ATTACH LIST) | | | | |
| 9. | TOTAL CURRENT ASSETS | $210,422 | $126,681 | $0 | $0 |
| 10. | PROPERTY, PLANT & EQUIPMENT | | $7,608,231 | | |
| 11. | LESS: ACCUMULATED DEPRECIATION/DEPLETION | | ($3,566,268) | | |
| 12. | NET PROPERTY, PLANT & EQUIPMENT | $4,448,470 | $4,041,963 | $0 | $0 |
| 13. | DUE FROM INSIDERS | | | | |
| 14. | OTHER ASSETS - NET OF AMORTIZATION (ATTACH LIST) | | ($52,851) | | |
| 15. | OTHER (ATTACH LIST) | | | | |
| 16. | **TOTAL ASSETS** | $4,658,892 | $4,115,792 | $0 | $0 |
| **POSTPETITION LIABILITIES** | | | | | |
| 17. | ACCOUNTS PAYABLE | | $6,174 | | |
| 18. | TAXES PAYABLE | | | | |
| 19. | NOTES PAYABLE | | | | |
| 20. | PROFESSIONAL FEES | | | | |
| 21. | SECURED DEBT | | | | |
| 22. | OTHER (ATTACH LIST) | | $86,054 | | |
| 23. | TOTAL POSTPETITION LIABILITIES | | $92,228 | $0 | $0 |
| **PREPETITION LIABILITIES** | | | | | |
| 24. | SECURED DEBT | $5,792,639 | $6,003,028 | | |
| 25. | PRIORITY DEBT | $89,560 | $107,553 | | |
| 26. | UNSECURED DEBT | $3,897,487 | $2,951,599 | | |
| 27. | OTHER (ATTACH LIST) | | | | |
| 28. | TOTAL PREPETITION LIABILITIES | $9,779,685 | $9,062,180 | $0 | $0 |
| 29. | **TOTAL LIABILITIES** | $9,779,685 | $9,154,408 | $0 | $0 |
| **EQUITY** | | | | | |
| 30. | PREPETITION OWNERS' EQUITY | | ($4,976,219) | | |
| 31. | POSTPETITION CUMULATIVE PROFIT OR (LOSS) | | ($62,398) | | |
| 32. | DIRECT CHARGES TO EQUITY (ATTACH EXPLANATION) | | | | |
| 33. | TOTAL EQUITY | | ($5,038,616) | $0 | $0 |
| 34. | **TOTAL LIABILITIES & OWNERS' EQUITY** | | $4,115,792 | $0 | $0 |

**In Re: Riverstone Memory Care, LLC, debtor**
**Case # 19-31484**
**Support for MOR-1 Balance Sheet**

| | May 31, 2019 |
|---|---|

**Property, Plant, and Equipment**

| | |
|---|---|
| Building | 6,002,223 |
| Reserves - Site Improvements | 5,723 |
| Land | 1,116,472 |
| Furniture, Fixtures & Equipment | 483,813 |
| Accumulated Depreciation | (3,566,268) |
| **Total Property, Plants, and Equipment** | **$    4,041,963** |

**Other Assets**

| | |
|---|---|
| Loan Origination Cost Amortization | (52,851) |

**Post-Petition Current Liabilities**

| | |
|---|---|
| Accrued Interest - Mortgage Loan - Post | 31,402 |
| Accrued Property/Real Estate Taxes | 7,214 |
| Accrued Payroll Liability | 14,710 |
| Deferred Revenue from Prepaid Rent | 32,728 |
| **Total Other Post-Petition Liabilities** | **86,054** |

**Monthly Operating Report**
ACCRUAL BASIS-2

| CASE NAME: | In Re: Riverstone Memory Care, LLC, debtor |
|---|---|
| CASE NUMBER: | 19-31484 |

| INCOME STATEMENT | May, 2019 | MONTH | MONTH | MONTH |
|---|---|---|---|---|
| **REVENUES** | | | | |
| 1.   GROSS REVENUES | $161,887 | | | |
| 2.   LESS: RETURNS & DISCOUNTS | $24,772 | | | |
| 3.   NET REVENUE | $137,115 | $0 | $0 | $0 |
| **COST OF GOODS SOLD** | | | | |
| 4.   MATERIAL | | | | |
| 5.   DIRECT LABOR | $91,626 | | | |
| 6.   DIRECT OVERHEAD | $12,006 | | | |
| 7.   TOTAL COST OF GOODS SOLD | $103,632 | $0 | $0 | $0 |
| 8.   GROSS PROFIT | $33,483 | $0 | $0 | $0 |
| **OPERATING EXPENSES** | | | | |
| 9.   OFFICER / INSIDER COMPENSATION [a] | $10,266 | | | |
| 10.   SELLING & MARKETING | $919 | | | |
| 11.   GENERAL & ADMINISTRATIVE | $7,424 | | | |
| 12.   RENT & LEASE | | | | |
| 13.   OTHER (ATTACH LIST) | 7,600 | | | |
| 14.   TOTAL OPERATING EXPENSES | $26,209 | $0 | $0 | $0 |
| 15.   INCOME BEFORE NON-OPERATING INCOME & EXPENSE | $7,274 | $0 | $0 | $0 |
| **OTHER INCOME & EXPENSES** | | | | |
| 16.   NON-OPERATING INCOME (ATTACH LIST) | | | | |
| 17.   NON-OPERATING EXPENSE (ATTACH LIST) | | | | |
| 18.   INTEREST EXPENSE | $31,402 | | | |
| 19.   DEPRECIATION / DEPLETION | $38,269 | | | |
| 20.   AMORTIZATION | | | | |
| 21.   OTHER (ATTACH LIST) | $0 | | | |
| 22.   NET OTHER INCOME & EXPENSES | $69,672 | $0 | $0 | $0 |
| **REORGANIZATION EXPENSES** | | | | |
| 23.   PROFESSIONAL FEES | | | | |
| 24.   U.S. TRUSTEE FEES | | | | |
| 25.   OTHER (ATTACH LIST) | | | | |
| 26.   TOTAL REORGANIZATION EXPENSES | $0 | $0 | $0 | $0 |
| 27.   INCOME TAX | | | | |
| 28.   NET PROFIT (LOSS) | ($62,398) | $0 | $0 | $0 |

[a]    Includes management fees payable to TLG Family Management.  Payments to The LaSalle Group Inc are not included in this
     line item as these are pass-through expenses for payroll and benefits

**In Re: Riverstone Memory Care, LLC, debtor**
**Case # 19-31484**
**Support for MOR-2 Income Statement**

| | May, 2019 |
|---|---|
| **Other Operating Expenses** | |
| Accrued Property Taxes | $ 7,214 |
| State Franchise Taxes | $ (300) |
| Bad Debt Expense | $ 686 |
| | |
| **Total Other Operating Expenses** | **$ 7,600** |

**Monthly Operating Report**
**ACCRUAL BASIS-3**

| CASE NAME: | In Re: Riverstone Memory Care, LLC, debtor |
|---|---|
| CASE NUMBER: | 19-31484 |

| CASH RECEIPTS AND DISBURSEMENTS | May, 2019 | | | QUARTER |
|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | $60,920 | $89,896 | $89,896 | |
| **RECEIPTS FROM OPERATIONS** | | | | |
| 2. CASH SALES | | | | $0 |
| **COLLECTION OF ACCOUNTS RECEIVABLE** | | | | |
| 3. PREPETITION | | | | $0 |
| 4. POSTPETITION | | | | $0 |
| 5. TOTAL OPERATING RECEIPTS | $133,670 | $0 | $0 | $0 |
| **NON-OPERATING RECEIPTS** | | | | |
| 6. LOANS & ADVANCES (ATTACH LIST) | | | | $0 |
| 7. SALE OF ASSETS | | | | $0 |
| 8. OTHER (ATTACH LIST) | $11 | | | $11 |
| 9. TOTAL NON-OPERATING RECEIPTS | $11 | $0 | $0 | $11 |
| 10. TOTAL RECEIPTS | $133,681 | $0 | $0 | $11 |
| 11. TOTAL CASH AVAILABLE | $194,601 | $89,896 | $89,896 | |
| **OPERATING DISBURSEMENTS** | | | | |
| 12. NET PAYROLL | $87,636 | | | $87,636 |
| 13. PAYROLL TAXES PAID | | | | $0 |
| 14. SALES, USE & OTHER TAXES PAID | | | | $0 |
| 15. SECURED / RENTAL / LEASES | $176 | | | $176 |
| 16. UTILITIES | $2,460 | | | $2,460 |
| 17. INSURANCE | $7,092 | | | $7,092 |
| 18. INVENTORY PURCHASES | | | | $0 |
| 19. VEHICLE EXPENSES | | | | $0 |
| 20. TRAVEL | | | | $0 |
| 21. ENTERTAINMENT | | | | $0 |
| 22. REPAIRS & MAINTENANCE | | | | $0 |
| 23. SUPPLIES | | | | $0 |
| 24. ADVERTISING | | | | $0 |
| 25. OTHER (ATTACH LIST) | $ 4,934.94 | | | $4,935 |
| 26. TOTAL OPERATING DISBURSEMENTS | $102,299 | $0 | $0 | $102,299 |
| **REORGANIZATION EXPENSES** | | | | |
| 27. PROFESSIONAL FEES | | | | $0 |
| 28. U.S. TRUSTEE FEES | | | | $0 |
| 29. OTHER (ATTACH LIST) | $2,405 | | | $2,405 |
| 30. TOTAL REORGANIZATION EXPENSES | $2,405 | $0 | $0 | $2,405 |
| 31. TOTAL DISBURSEMENTS | $104,704 | $0 | $0 | $104,704 |
| 32. NET CASH FLOW | $28,976 | $0 | $0 | ($104,694) |
| 33. CASH - END OF MONTH | $89,896 | $89,896 | $89,896 | |

**In Re: Riverstone Memory Care, LLC, debtor**
**Case # 19-31484**
**Support for MOR-3 Cash Flow Statement**

|  | May, 2019 |
|---|---|
| **Other Receipts** | |
| Interest Income from Bank Act. X1839 | 10.52 |
| **Total Other Receipts** | **10.52** |
| | |
| **Other Operating Disbursements** | |
| Management Fees | $ 3,501.00 |
| Credit Card Fees | $ 775.00 |
| Community Activities | $ 658.94 |
| **Total Other Operating Disbursements** | **$ 4,934.94** |

**Monthly Operating Report**
ACCRUAL BASIS-4

| CASE NAME: | In Re: Riverstone Memory Care, LLC, debtor |
|---|---|
| CASE NUMBER: | 19-31484 |

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | May 31, 2019 | MONTH | MONTH |
|---|---|---|---|---|
| 1. 0-30 | | $20,834 | | |
| 2. 31-60 | | $9,693 | | |
| 3. 61-90 | | $0 | | |
| 4. 91+ | | $3,214 | | |
| 5. TOTAL ACCOUNTS RECEIVABLE | $137,061 | $33,741 | $0 | $0 |
| 6. AMOUNT CONSIDERED UNCOLLECTIBLE | | $3,214 | | |
| 7. ACCOUNTS RECEIVABLE (NET) | $137,061 | $30,527 | $0 | $0 |

| AGING OF POSTPETITION TAXES AND PAYABLES | | | MONTH: | May 2019 | |
|---|---|---|---|---|---|
| TAXES PAYABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91+ DAYS | TOTAL |
| 1. FEDERAL | | | | | $0 |
| 2. STATE | | | | | $0 |
| 3. LOCAL | | | | | $0 |
| 4. OTHER (ATTACH LIST) | | | | | $0 |
| 5. TOTAL TAXES PAYABLE | $0 | $0 | $0 | $0 | $0 |

| 6. ACCOUNTS PAYABLE | $6,174 | | | $6,174 |
|---|---|---|---|---|

| STATUS OF POSTPETITION TAXES (See Note A) | | MONTH: | May 2019 | |
|---|---|---|---|---|
| FEDERAL | BEGINNING TAX LIABILITY | AMOUNT WITHHELD AND/ OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
| 1. WITHHOLDING | | | | $0 |
| 2. FICA-EMPLOYEE | | | | $0 |
| 3. FICA-EMPLOYER | | | | $0 |
| 4. UNEMPLOYMENT | | | | $0 |
| 5. INCOME | | | | $0 |
| 6. OTHER (ATTACH LIST) | | | | $0 |
| 7. TOTAL FEDERAL TAXES | $0 | $0 | $0 | $0 |
| STATE AND LOCAL | | | | |
| 8. WITHHOLDING | | | | $0 |
| 9. SALES | | | | $0 |
| 10. EXCISE | | | | $0 |
| 11. UNEMPLOYMENT | | | | $0 |
| 12. REAL PROPERTY | | $ 7,214 | $0 | $7,214 |
| 13. PERSONAL PROPERTY | | | | $0 |
| 14. OTHER (ATTACH LIST) | | | | $0 |
| 15. TOTAL STATE & LOCAL | $0 | $7,214 | $0 | $7,214 |
| 16. TOTAL TAXES | $0 | $7,214 | $0 | $7,214 |

Notes
(A) Payroll is processed by the co-debtor The LaSalle Group, Inc. Payroll tax information is recorded on the MOR for The LaSalle Group, Inc.

**Monthly Operating Report**
ACCRUAL BASIS-5

| CASE NAME: | In Re: Riverstone Memory Care, LLC, debtor |
|---|---|
| CASE NUMBER: | 19-31484 |

MONTH: _____ May 2019 _____

| BANK RECONCILIATIONS | | Account #1 | Account #2 | Account #3 | | |
|---|---|---|---|---|---|---|
| A. | BANK: | Happy State Bank & Trust | Happy State Bank & Trust | First National Bank | Happy State Bank & Trust | |
| B. | ACCOUNT NUMBER: | X5148 | X0964 | 54001839 | X5650 | TOTAL |
| C. | PURPOSE (TYPE): | Operating | Tax Escrow Account | Other Escrow Account | Reserve Account | |
| 1. | BALANCE PER BANK STATEMENT | $64,984 | $802 | $22,515 | $1,215 | $89,516 |
| 2. | ADD: TOTAL DEPOSITS NOT CREDITED | | | | | $0 |
| 3. | SUBTRACT: OUTSTANDING CHECKS | $330 | | | | $330 |
| 4. | OTHER RECONCILING ITEMS | | | | | $0 |
| 5. | MONTH END BALANCE PER BOOKS | $64,654 | $802 | $22,515 | $1,215 | $89,186 |
| 6. | NUMBER OF LAST CHECK WRITTEN | 14377 | N/A | N/A | N/A | |

| INVESTMENT ACCOUNTS | | | | | |
|---|---|---|---|---|---|
| | BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | TOTAL INVESTMENTS | | | $0 | $0 |

| CASH | | |
|---|---|---|
| 12. | CURRENCY ON HAND | $700 |

| 13. | TOTAL CASH - END OF MONTH | $89,886 |
|---|---|---|

**Monthly Operating Report**

ACCRUAL BASIS-6

| CASE NAME: | In Re: Riverstone Memory Care, LLC, debtor |
|---|---|
| CASE NUMBER: | 19-31484 |

MONTH: _____ May 2019 _____

**PAYMENTS TO INSIDERS AND PROFESSIONALS**

| | INSIDERS | | | |
|---|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE | |
| 1. The LaSalle Group, Inc. | Reimbursable Payroll and Operating Expenses for the benefit of Debtor | $92,512 | $92,512 | |
| 2. TLG Family Management, LLC | Accounting and Management Fees | $3,501 | $3,501 | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. TOTAL PAYMENTS TO INSIDERS | | $96,013 | $96,013 | |

| | PROFESSIONALS | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID |
| 1. Harney Partners, CRO/FA | | | | | |
| 2. Crowe & Dunlevy, PC | | | | | |
| 3. Donlin Recano & Company | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. TOTAL PAYMENTS TO PROFESSIONALS | | | $0 | $0 | $0 |

**POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS**

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POSTPETITION |
|---|---|---|---|
| 1. Ascentium Capital, LLC (Copier Lease) | $176 | $176 | $0 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL | $2,581 | $2,581 | $0 |

**Monthly Operating Report**
**ACCRUAL BASIS-7**

| CASE NAME: | In Re: Riverstone Memory Care, LLC, debtor |
|---|---|
| CASE NUMBER: | 19-31484 |

**MONTH:** _____ May 2019 _____

## QUESTIONNAIRE

| | | YES | NO |
|---|---|---|---|
| 1. | HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2. | HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X |
| 3. | ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4. | HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | X | |
| 5. | HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 6. | ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7. | ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. | ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | X |
| 9. | ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10. | ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11. | HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | X |
| 12. | ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

4. Pre-Petition payments include $347.05 to Verizon Wireless, $2,113.00 to SiEnergy, LP, and $176.00 to Ascentium Capital, LLC
Debtor is in the process of having these payments applied to post-petition invoices.
Westfield Bank FSA was paid $4,622.42 for Insurance Premium Financing Agreement approved by the Court.
Pre-Petition payment to TLG Management for pre-petition management and marketing fees in the amount of $3,170.49. Debtor is in the process of obtaining a refund for this amount.

## INSURANCE

| | | YES | NO |
|---|---|---|---|
| 1. | ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. | ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. | PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEEN CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

All Insurance and Employee Related Insurance Policies are written through The LaSalle Group, Inc.

| INSTALLMENT PAYMENTS | | | |
|---|---|---|---|
| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
| General Liability/ Professional Liability/ Employee Benefits Liability (Multi State) | Columbia Casualty Company (CNA) | 6/30/2018 -6/30/2019 | $4843.32 Monthly |
| Automobile | Transportation InsuranceCompany (CNA) | 6/30/2018 -6/30/2019 | $4843.32 Monthly |
| Umbrella | Columbia Casualty Company (CNA) | 6/30/2018 -6/30/2019 | $4843.32 Monthly |
| Property | AmRisc (Broker) | 6/30/2018 -6/30/2019 | $4843.32 Monthly |
| Directors & Officers | HCC Specialty Ins Co | 6/30/2018 -6/30/2019 | $4843.32 Monthly |
| Flood Insurance | Wright National Flood Insurance Company | 10/15/18 - 10/15/19 | $752.00 Annually |
| Commercial Crime | Travelers Casualty and Surety Company of America | 6/30/2018 -6/30/2019 | $4843.32 Monthly |

*Note: Debtors are in the process of renewing insurance coverages and premium finance agreement, amount of monthly payments are subject to change.*