BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: The LaSalle Group, Inc. and West Houston Memory Care, LLC<br>DEBTOR | Motion To Use Cash Collateral; Motion For Relief From Stay; Motion For Adequate Protection; Application To Employ #279 and Motion Seeking Interim and Final Orders Post–Petion | Case #<br>19–31484–sgj11 |

**TYPE OF HEARING**

| | | |
|---|---|---|
| The LaSalle Group, Inc. and West Houston Memory Care, LLC<br>**PLAINTIFF / MOVANT** | *VS* | Origin Bank<br>**DEFENDANT / RESPONDENT** |
| Vickie L. Driver and Christina W. Stephenson<br>**ATTORNEY** | | Lynda L. Lankford<br>**ATTORNEY** |

**EXHIBITS**

| | |
|---|---|
| NOTE* SEE EXHIBIT LIST | NOTE* SEE EXHIBIT LIST |

| | | |
|---|---|---|
| Michael Edmond<br>REPORTED BY | August 14, 2019<br>HEARING DATE | Stacey G. Jernigan<br>JUDGE PRESIDING |