

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 16, 2020**

_____
United States Bankruptcy Judge

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| THE LASALLE GROUP, INC., et al.,[1] | § | Case No. 19-31484-sgj-11 |
| | § | |
| DEBTORS. | § | (Jointly Administered) |

### ORDER GRANTING MOTION TO CONVERT CASE TO CHAPTER 7

Came on for consideration, the *Motion to Convert Case to Chapter 7* (the "Motion to Convert") filed by The Lasalle Group, Inc. ("LaSalle" or "Debtor"), debtor and debtor-in-possession in the above-captioned case. The remaining jointly administered debtors, West Houston Memory Care, LLC, Cinco Ranch Memory Care, LLC, and Pearland Memory Care, LLC, are unaffected by the Motion to Convert, and this Order.

---

[1] A list of the Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, is attached hereto as **Schedule 1**. The Debtors' mailing address is 1900 Enchanted Way, Ste. 200, Grapevine, TX 76051.

**ORDER GRANTING MOTION TO CONVERT CASE TO CHAPTER 7 – PAGE 1**

Upon considering the Motion to Convert, and all matters on file, the Court finds and concludes that good cause exists to convert LaSalle's bankruptcy case to Chapter 7. It appearing that all necessary parties were served with notice of the Motion to Convert, that no further notice need be given, the Court noting that no objection or responsive pleading was filed, and that cause exists to approve the Motion to Convert and conversion is in the best interests of LaSalle's creditors and the estate. Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and has the authority to enter this Order pursuant to §1112 of Title 11 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") 1017, 2002, and 9013.

2. Notice of the Motion to Convert and the objection deadline were proper and provided to all parties entitled thereto and no further notice need be given.

3. The Motion to Convert is hereby GRANTED as set forth herein.

4. LaSalle is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# # # END OF ORDER # # #

PREPARED BY:

*/s/ Vickie L. Driver*
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
Christopher M. Staine
State Bar No. 24104576
2525 McKinnon St., Suite 425
Dallas, TX 75201
Telephone: 214.420.2163
Facsimile:  214.736.1762
Email: vickie.driver@crowedunlevy.com
Email: crissie.stephenson@crowedunlevy.com
Email: christopher.staine@crowedunlevy.com

**COUNSEL FOR THE DEBTORS**

**Schedule 1**
**List of Debtors**

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 1 | The LaSalle Group, Inc. | 19-31484 | 0143 |
| 2 | West Houston Memory Care, LLC | 19-31485 | 2760 |
| 3 | Cinco Ranch Memory Care, LLC | 19-31486 | 2716 |
| 4 | Pearland Memory Care, LLC | 19-31488 | 5311 |